1

2

3

4

5

6

7

8

9　　　　　　　　IN THE UNITED STATES DISTRICT COURT

10　　　　　　FOR THE WESTERN DISTRICT OF WASHINGTON

11　　　　　　　　　　　TACOMA DIVISION

12　STEVEN J. NIKOLICH, both individually　) CIVIL NO.: _____

13　and upon behalf of the community property　) ***COMPLAINT: RE:***

14　marital estate of STEVEN J, NIKOLICH　***) JURY TRIAL DEMANDED RE***:

15　and MARCIA A. NIKOLICH,　　　　　　) VII AMENDMENT OF THE

16　　　　　　　　　　　　Plaintiffs,　) CONSTITUTION OF THE

17　　　　　　　vs,　　　　　　　　　) UNITED STATES OF AMERICA,

18　　　　　　　　　　　　　　　　　) FRCP 38, and LCR 38

19　PROGRESSIVE CASUALTY INSURANCE) ***COMPLAINT: RE***:

20　COMPANY, an Ohio corporation; and, THE ) RACKETEER INFLUENCED and

21　PROGRESSIVE COMPANY, an Ohio　　) CORRUPT ORGANIZATIONS

22　corporation,　　　　　　　　　　　) ACT OF 1970 ["RICO"][TITLE 18

23　　　　　　　　　　　　　　　　　) U.S.C. §§1961, ***et.seq***.] ***RE***: RICO

24　　　　　　　　　　　　　　　　　) §1962(d) CONPIRACY ***RE:***

25　　　　　　　　　　　　　　　　　) ***PINKERTON*** DOCTRINE ***RE:***

1 RACKETEER INFLUENCED and CORRUPT ORGANIZATIONS ACT OF 1970 [RICO][Title 18 United States Code §§1961, 1962(a), 1962(c), 1962(d), 1964(a), and 1964(b) et.seq.]; ***RE***: RICO §1962(d) Conspiracy - ***Pinkerton v. United States***, 328 U.S. 640 (1946) – ***Pinkerton*** Doctrine ***RE***:Mediate Causality Predicated RICO §1962(d) Multiple Conspiracy Litigation

1  ) MEDIATE CAUSATION ***RE***:

2  ) RICO §1962(d) CONSPIRACY TO

3  ) AID and ABETT; RICO AIDING

4  ) and  ABETTING RICO §1962(d)

5  ) CONSPIRACY; RICO AIDING and

6  ) ABETTING RICO SUBSTANTIVE

7  ) PRIMARY §§ 1962(a) – 1962(c)

8  ) OFFENSES;

9  ) RICO §1962(d) CONSPIRACY ***RE***:

10  ) ***PINKERTON v. UNITED STATES***,

11  ) 328 U.S. 640 (1946). ***RE***: RICO

12  ) §§1962(a), 1962(c), 1962(d),

13  ) 1964(a), and 1964(b); and, RICO §§

14  ) 1962(a), 1962(c), and 1962(d) ***RE***:

15  ) RICO DERIVATIVE LIABILITY/

16  Defendants.  ) RICO ***RESPONDEAT SUPERIOR***,

17  _____ )

18       Plaintiffs Steven J. Nikolich, both individually and upon behalf of the

19  community property marital estate of Steven J. Nikolich and Marcia A. Nikolich,

20  advances, alleges, articulates, asserts, contends, and complains, by and through

21  Plaintiffs' ***Complaint***, advancing multiple monetary claims for relief, multiple

22  equitable claims for relief, multiple injunctive claims for relief, and multiple

23  declaratory claims for relief, as specifically articulated, expressly enumerated and

24  particularly identified herein after below:

2 RACKETEER INFLUENCED and CORRUPT ORGANIZATIONS ACT OF 1970 [RICO][Title
18 United States Code §§1961, 1962(a), 1962(c), 1962(d), 1964(a), and 1964(b) et.seq.]; ***RE***:
RICO §1962(d) Conspiracy - ***Pinkerton v. United States***, 328 U.S. 640 (1946) – ***Pinkerton***
Doctrine ***RE***:Mediate Causality Predicated RICO §1962(d) Multiple Conspiracy Litigation

1    A.    federal Racketeer Influenced and Corrupt Organizations Act of 1970

2    ["RICO"] [Title 18 United States Code §§ 1961, 1964(a), 1964(b), and 1964©),

3    et.seq.].

4    B.    federal Racketeer Influenced and Corrupt Organizations Act of 1970

5    ["RICO"][Title 18 United States Code §§ 1961, 1962(a), 1962(d), 1964(a),

6    1964(b), and 1964©), et.seq.].

7    C.    federal Racketeer Influenced and Corrupt Organizations Act of 1970

8    ["RICO"][Title 18 United States Code §§ 1961, 1962©), 1962(d), 1964(a),

9    1964(b), and 1964©), et.seq.].

10    D.    federal Racketeer Influenced and Corrupt Organizations Act of 1970

11    ["RICO"][Title 18 United States Code §§ 1961, 1962(d), 1964(a), 1964(b), and

12    1964©), et.seq.].

13    E.    federal Racketeer Influenced and Corrupt Organizations Act of 1970

14    ["RICO"][Title 18 United States Code §§ 1961, 1964(a) federal declaratory

15    relief, et.seq.].

16    F.    federal Racketeer Influenced and Corrupt Organizations Act of 1970

17    ["RICO"][Title 18 United States Code §§ 1961, 1964(b) federal declaratory

18    relief, et.seq.].

3 RACKETEER INFLUENCED and CORRUPT ORGANIZATIONS ACT OF 1970 [RICO][Title
18 United States Code §§1961, 1962(a), 1962(c), 1962(d), 1964(a), and 1964(b) et.seq.]; **_RE_**:
RICO §1962(d) Conspiracy - ***Pinkerton v. United States***, 328 U.S. 640 (1946) – ***Pinkerton***
Doctrine **_RE_**:Mediate Causality Predicated RICO §1962(d) Multiple Conspiracy Litigation

1    G.    federal Racketeer Influenced and Corrupt Organizations Act of 1970

2    ["RICO"][Title 18 United States Code §§ 1961, 1964(a) federal equitable relief,

3    et.seq.].

4    H.    federal Racketeer Influenced and Corrupt Organizations Act of 1970

5    ["RICO"][Title 18 United States Code §§ 1961, 1964(b) federal equitable relief,

6    et.seq.].

7    I.    federal Declaratory Judgment Act of 1946 for entry of appropriate and

8    necessary federal declaratory judgment relief under Title 28 United States Code

9    §§ 2201-2202.

10    J.    federal supplemental jurisdiction pursuant to Title 28 United States

11    Code §1367(b).

12    against defendants, and each and every one of them, jointly and severally:

13    • Progressive Casualty Insurance Company, an Ohio corporation.

14    • The Progressive Company, an Ohio corporation.

15    ///

16    ///

17    ///

18    ///

4 RACKETEER INFLUENCED and CORRUPT ORGANIZATIONS ACT OF 1970 [RICO][Title 18 United States Code §§1961, 1962(a), 1962(c), 1962(d), 1964(a), and 1964(b) et.seq.]; **_RE_**: RICO §1962(d) Conspiracy - **_Pinkerton v. United States_**, 328 U.S. 640 (1946) – **_Pinkerton_** Doctrine **_RE_**:Mediate Causality Predicated RICO §1962(d) Multiple Conspiracy Litigation

# I.

## FEDERAL COMPETENT SUBJECT MATTER JURISDICTIONAL and FEDERAL VENUE ALLEGATIONS

1.     Competent subject matter jurisdiction and venue exists, in whole

and/or in part, pursuant to the following federal statutes:

A.     Section 1964(a) of the Racketeer Influenced and Corrupt

Organizations Act of 1970 ["RICO"] [Title 18 United States Code §1964(a)];

B.     Section 1964(b) of the Racketeer Influenced and Corrupt

Organizations Act of 1970 ["RICO"] [Title 18 United States Code §1964(b)];

C.     Section 1964©) of the Racketeer Influenced and Corrupt

Organizations Act of 1970 ["RICO"] [Title 18 United States Code §1964©)];

D.     Section 1965(a) of the Racketeer Influenced and Corrupt

Organizations Act of 1970 ["RICO"] [Title 18 United States Code §1965(a)];

E.     Section 1965(b) of the Racketeer Influenced and Corrupt

Organizations Act of 1970 ["RICO"] [Title 18 United States Code §1965(b)];

F.     Section 1965(d) of the Racketeer Influenced and Corrupt

Organizations Act of 1970 ["RICO"] [Title 18 United States Code §1965(d)];

G.     Federal Question Jurisdiction [Title 28 United States Code §1331];

---

5 RACKETEER INFLUENCED and CORRUPT ORGANIZATIONS ACT OF 1970 [RICO][Title 18 United States Code §§1961, 1962(a), 1962(c), 1962(d), 1964(a), and 1964(b) et.seq.]; **_RE_**: RICO §1962(d) Conspiracy - **_Pinkerton v. United States_**, 328 U.S. 640 (1946) – **_Pinkerton_** Doctrine **_RE_**:Mediate Causality Predicated RICO §1962(d) Multiple Conspiracy Litigation

1    H.    Federal Regulation of Commerce Jurisdiction [Title 28 United States

2    Code §1337];

3    I.    Federal Declaratory Judgment Act of 1946 [Title 28 United States

4    Code §§ 2201-2202];

5    J.    Federal Supplemental Jurisdiction [Title 28 United States Code

6    §1367(b)]; and,

7    K.    Federal General Venue [Title 28 United States Code §1391(b)].

8    ///
9    ///
10    ///
11    ///
12    ///
13    ///
14    ///
15    ///
16    ///
17    ///
18    ///
19    ///
20    ///
21    ///

6 RACKETEER INFLUENCED and CORRUPT ORGANIZATIONS ACT OF 1970 [RICO][Title 18 United States Code §§1961, 1962(a), 1962(c), 1962(d), 1964(a), and 1964(b) et.seq.]; **_RE_**: RICO §1962(d) Conspiracy - **_Pinkerton v. United States_**, 328 U.S. 640 (1946) – **_Pinkerton_** Doctrine **_RE_**:Mediate Causality Predicated RICO §1962(d) Multiple Conspiracy Litigation

## II.

## RICO PERSONS

### [RICO TITLE 18 UNITED STATES CODE § 1961(3)]

2.       Plaintiffs are, and during all times material herein have been, and continue to be, individuals engaged in business activities within the State of Washington. Plaintiffs maintain both plaintiffs' principal place of business operations and plaintiffs' real property interests situated and located within the City of Centralia, County of Lewis, State of Washington. Plaintiffs engage in activities and conduct that affect federal interstate and/or foreign commerce. Plaintiffs allege that plaintiffs

❖ Steven J. Nikolich, both individually and upon behalf of the community property marital estate of Steven J. Nikolich and Marcia A. Nikolich

are each a "person" as that term is defined pursuant to Section 1961(3) of the Racketeer Influenced and Corrupt Organizations Act of 1970 ["RICO"].

3.       Plaintiffs allege that during all times material herein that

- Progressive Casualty Insurance Company, an Ohio corporation.
- The Progressive Company, an Ohio corporation.

7 RACKETEER INFLUENCED and CORRUPT ORGANIZATIONS ACT OF 1970 [RICO][Title 18 United States Code §§1961, 1962(a), 1962(c), 1962(d), 1964(a), and 1964(b) et.seq.]; __RE__: RICO §1962(d) Conspiracy - *Pinkerton v. United States*, 328 U.S. 640 (1946) – *Pinkerton* Doctrine __RE__:Mediate Causality Predicated RICO §1962(d) Multiple Conspiracy Litigation

1    are each a "person" pursuant to RICO §1961(3) of the Racketeer Influenced and
2    [1]Corrupt Organizations Act of 1970 ["RICO"].

---

[1]    The Progressive Company is comprised of, and constituted by, a significantly multi-faceted, extensively multi-dimensional corporate affiliated subsidiaries as evidenced by recently filings with the United States Securities and Exchange Commission. Progressive Casualty Insurance Company is specifically identified and listed as a corporate affiliated subsidiary. See https://www.sec.gov/Archives/edgar/data/80661/000119312510044296/dex21.htm:

EX-21 27 dex21.htm SUBSIDIARIES OF THE PROGRESSIVE CORPORATION
Exhibit 21

SUBSIDIARIES OF THE PROGRESSIVE CORPORATION

Name of Subsidiary

    Jurisdiction of Incorporation
Drive Insurance Holdings, Inc.

    Delaware
Drive New Jersey Insurance Company

    New Jersey
Progressive American Insurance Company

    Florida
Progressive Bayside Insurance Company

    Florida
Progressive Casualty Insurance Company

    Ohio
PC Investment Company

    Delaware
Progressive Gulf Insurance Company

    Ohio
Progressive Specialty Insurance Company

    Ohio
Trussville/Cahaba, AL, LLC

8 RACKETEER INFLUENCED and CORRUPT ORGANIZATIONS ACT OF 1970 [RICO][Title 18 United States Code §§1961, 1962(a), 1962(c), 1962(d), 1964(a), and 1964(b) et.seq.]; **_RE_**: RICO §1962(d) Conspiracy - **_Pinkerton v. United States_**, 328 U.S. 640 (1946) – **_Pinkerton_** Doctrine **_RE_**:Mediate Causality Predicated RICO §1962(d) Multiple Conspiracy Litigation

———————————————

Ohio
Progressive Classic Insurance Company

Wisconsin
Progressive DLP Corp.

Ohio
Progressive Hawaii Insurance Corp.

Ohio
Progressive Michigan Insurance Company

Michigan
Progressive Mountain Insurance Company

Ohio
Progressive Northern Insurance Company

Wisconsin
Progressive Northwestern Insurance Company

Ohio
Progressive Preferred Insurance Company

Ohio
Progressive Security Insurance Company

Louisiana
Progressive Southeastern Insurance Company

Indiana
Progressive West Insurance Company

Ohio
Garden Sun Insurance Services, Inc.

Hawaii
Pacific Motor Club

California
Progny Agency, Inc.

New York
9 RACKETEER INFLUENCED and CORRUPT ORGANIZATIONS ACT OF 1970 [RICO][Title 18 United States Code §§1961, 1962(a), 1962(c), 1962(d), 1964(a), and 1964(b) et.seq.]; __*RE*__: RICO §1962(d) Conspiracy - ***Pinkerton v. United States***, 328 U.S. 640 (1946) – ***Pinkerton*** Doctrine __*RE*__:Mediate Causality Predicated RICO §1962(d) Multiple Conspiracy Litigation

Progressive Adjusting Company, Inc.

    Ohio
Progressive Capital Management Corp.

    New York
Progressive Commercial Holdings, Inc.

    Delaware
Artisan and Truckers Casualty Company

    Wisconsin
National Continental Insurance Company

    New York
Progressive Express Insurance Company

    Florida
United Financial Casualty Company

    Ohio
Progressive Commercial Casualty Company

    Ohio
Name of Subsidiary (con't)

    Jurisdiction
of Incorporation
Progressive Direct Holdings, Inc.

    Delaware
Progressive Advanced Insurance Company

    Ohio
Mountain Laurel Assurance Company

    Ohio
Progressive Auto Pro Insurance Agency, Inc.

    Florida
Progressive Choice Insurance Company

10 RACKETEER INFLUENCED and CORRUPT ORGANIZATIONS ACT OF 1970 [RICO][Title 18 United States Code §§1961, 1962(a), 1962(c), 1962(d), 1964(a), and 1964(b) et.seq.]; **_RE_**: RICO §1962(d) Conspiracy - **_Pinkerton v. United States_**, 328 U.S. 640 (1946) – **_Pinkerton_** Doctrine **_RE_**:Mediate Causality Predicated RICO §1962(d) Multiple Conspiracy Litigation

_____

Ohio
Progressive Direct Insurance Company

Ohio
Gadsden, AL, LLC

Ohio
Progressive Freedom Insurance Company

New Jersey
Progressive Garden State Insurance Company

New Jersey
Progressive Marathon Insurance Company

Michigan
Progressive Max Insurance Company

Ohio
Progressive Paloverde Insurance Company

Indiana
Progressive Premier Insurance Company of Illinois

Ohio
Progressive Select Insurance Company

Florida
Progressive Specialty Insurance Agency, Inc.

Ohio
Progressive Universal Insurance Company

Wisconsin
Progressive Investment Company, Inc.

Delaware
Progressive Premium Budget, Inc.

Ohio
Progressive RSC, Inc.

11 RACKETEER INFLUENCED and CORRUPT ORGANIZATIONS ACT OF 1970 [RICO][Title 18 United States Code §§1961, 1962(a), 1962(c), 1962(d), 1964(a), and 1964(b) et.seq.]; **_RE_**: RICO §1962(d) Conspiracy - **_Pinkerton v. United States_**, 328 U.S. 640 (1946) – **_Pinkerton_** Doctrine **_RE_**:Mediate Causality Predicated RICO §1962(d) Multiple Conspiracy Litigation

4.     Plaintiffs allege that during all times material herein that Progressive Casualty Insurance Company, a corporation, [hereinafter referred to as "Progressive Casualty"] engages in the activities alleged herein as an alter ego and acting upon behalf of Progressive Company as RICO persons. Progressive Casualty Insurance Company is a "person" as that term is defined pursuant to Section 1961(3) of the Racketeer Influenced and Corrupt Organizations Act of 1970 ["RICO"].

5.     Plaintiffs allege that during all times material herein that The Progressive Company, a corporation, [hereinafter referred to as "Progressive"] engages in the activities alleged herein as an alter ego and acting upon behalf of Progressive Casualty Insurance Company as RICO persons. Progressive Company is a "person" as that term is defined pursuant to Section 1961(3) of the Racketeer Influenced and Corrupt Organizations Act of 1970 ["RICO"].

---

Ohio
Progressive Vehicle Service Company

Ohio
Village Transport Corp.

Delaware
Wilson Mills Land Co.

Ohio
Each subsidiary is wholly owned by its parent.
12 RACKETEER INFLUENCED and CORRUPT ORGANIZATIONS ACT OF 1970 [RICO][Title 18 United States Code §§1961, 1962(a), 1962(c), 1962(d), 1964(a), and 1964(b) et.seq.]; __*RE*__: RICO §1962(d) Conspiracy - ***Pinkerton v. United States***, 328 U.S. 640 (1946) – ***Pinkerton*** Doctrine __*RE*__:Mediate Causality Predicated RICO §1962(d) Multiple Conspiracy Litigation

6.      Plaintiffs allege that during all times material herein that Progressive Company, a corporation, is the parent corporation that wholly owns, controls, manages, operates, administers, and directs the activities alleged herein of Progressive Casualty Insurance Company, a wholly owned and controlled corporate subsidiary, as RICO persons. Progressive Company and Progressive Casualty Insurance Company are each a "person" as that term is defined pursuant to Section 1961(3) of the Racketeer Influenced and Corrupt Organizations Act of 1970 ["RICO"].

7.      Plaintiffs allege that each and every defendant is liable as a principal pursuant to Title 18 United States Code §§ 2(a)-(b) and that each and every defendant is liable as a co-conspirator pursuant to Title 18 United States Code § 371.

8.      Plaintiffs further allege that the acts, conduct, activities, and/or omissions committed by any one defendant are attributable to all the other defendants.

9.      Plaintiffs allege that at all times material herein, the activities, conduct, and/or omissions committed and/or engaged in by the defendants herein give rise to this action being instituted within this federal district court inasmuch as plaintiffs are a citizen and a resident of the City of Centralia, County of Lewis, State of

13 RACKETEER INFLUENCED and CORRUPT ORGANIZATIONS ACT OF 1970 [RICO][Title 18 United States Code §§1961, 1962(a), 1962(c), 1962(d), 1964(a), and 1964(b) et.seq.]; *RE*: RICO §1962(d) Conspiracy - *Pinkerton v. United States*, 328 U.S. 640 (1946) – *Pinkerton* Doctrine *RE*:Mediate Causality Predicated RICO §1962(d) Multiple Conspiracy Litigation

1   Washington, and the events that give rise to the federal Racketeer Influenced and

2   Corrupt Organizations Act of 1970 ["RICO"][Title 18 United States Code § §§ 1961,

3   1965(a), (b), and (d)] action are predicated under the RICO co-conspiracy theory of

4   venue and the RICO co-conspiracy theory of personal jurisdiction, by and through

5   employment of federal instrumentalities of federal interstate commerce, including

6   the federal mails, federal wires, and traveling in connection with the commission of

7   racketeering activity across federal interstate and/or international boundaries and/or

8   lines.

9          10.    Plaintiffs further allege that the defendants, each of whom are engaged

10  in principal business activities within the City of Centralia, County of Lewis, State

11  of Washington, engaged in continuous, concerted, and systematic activities that

12  culminated within this federal district, resulting in injury to plaintiffs' interests in

13  plaintiffs' business or property, pursuant to RICO Title 18 U.S.C. §1964©).

14         ///

15         ///

16         ///

17         ///

14 RACKETEER INFLUENCED and CORRUPT ORGANIZATIONS ACT OF 1970
[RICO][Title 18 United States Code §§1961, 1962(a), 1962(c), 1962(d), 1964(a), and 1964(b)
et.seq.]; __RE__: RICO §1962(d) Conspiracy - *Pinkerton v. United States*, 328 U.S. 640 (1946) –
*Pinkerton* Doctrine __RE__:Mediate Causality Predicated RICO §1962(d) Multiple Conspiracy
Litigation

*III.*

*RICO EVIDENTIARY FACTUAL ALLEGATIONS*

*COMPREHENSIVE RICO ARTIFICE AND SCHEME TO DEFRAUD AND TO DEPRIVE PLAINTIFFS OF PLAINTIFFS' INTERESTS IN BUSINESSOR PROPERTY [TITLE 18 UNITED STATES CODE § 1964©)]*

*A.    RICO RACKETEERING ACTIVITY [18 U.S.C. § 1961(1)(B)] and RICO PATTERN OF RACKETEERING ACTIVITY [18 U.S.C. §1961(5)]*

> *1.    Artifice and Scheme to Feloniously, Fraudulently, Wrongfully, and Criminally Acquire Plaintiffs' Interests in Property and Money*

> > *a.  "The Progressive Casualty Insurance Electronic Funds Transfer Scheme"*

11.    Plaintiffs, by and through the employment and use of federal instrumentalities of federal interstate commerce, including, but not restricted to, federal mails and federal wires, contracted with Progressive Casualty Insurance Company in 2020 to secure and obtain motor vehicle insurance coverage for a certain motor vehicle owned by plaintiffs. Plaintiffs expressly consented to and authorized Progressive Casualty to withdraw monies by electronic funds transfer from plaintiffs' bank account at Wells Fargo Bank monthly to pay monthly insurance premiums for motor vehicle coverage based upon Progressive Casualty's affirmative representations to honour said insurance agreement.

15 RACKETEER INFLUENCED and CORRUPT ORGANIZATIONS ACT OF 1970 [RICO][Title 18 United States Code §§1961, 1962(a), 1962(c), 1962(d), 1964(a), and 1964(b) et.seq.]; **_RE_**: RICO §1962(d) Conspiracy - *Pinkerton v. United States*, 328 U.S. 640 (1946) – *Pinkerton* Doctrine **_RE_**:Mediate Causality Predicated RICO §1962(d) Multiple Conspiracy Litigation

12.    Plaintiffs allege that on or about 24 September 2020, plaintiffs' daughter, Danica Nikolich, an additional insured under the motor vehicle insurance contractual coverage issued by Progressive Casualty, operating a covered motor vehicle, a 2013 Ford Fusion, was involved in a vehicular accident. The property damages sustained as a proximate and direct result of the accident resulted with the vehicle being declared a complete and total wreck, inoperable and unrepairable.

13.    Plaintiffs promptly submitted a claim pursuant to the terms and conditions of the Progressive Casualty motor vehicle insurance coverage. Progressive Casualty back dated the insurance coverage policy to July 2020. Plaintiffs allege that Progressive Casualty established 24 September 2020 as the date of loss.

14.    Plaintiffs allege that Progressive Casualty summarily denied the claim submitted by plaintiffs without cause and/or rational justification.

15.    Plaintiffs allege that Progressive Casualty continued to effectuate electronic funds transfer of monies from plaintiffs' bank account at Wells Fargo Bank

16 RACKETEER INFLUENCED and CORRUPT ORGANIZATIONS ACT OF 1970 [RICO][Title 18 United States Code §§1961, 1962(a), 1962(c), 1962(d), 1964(a), and 1964(b) et.seq.]; *RE*: RICO §1962(d) Conspiracy - ***Pinkerton v. United States***, 328 U.S. 640 (1946) – ***Pinkerton*** Doctrine *RE*:Mediate Causality Predicated RICO §1962(d) Multiple Conspiracy Litigation

1    for purposes of providing motor vehicle insurance coverage on the Ford Fusion

2    notwithstanding the complete destruction of the motor vehicle.

3        16.    Plaintiffs demanded Progressive Casualty immediately cease

4    withdrawing electronic funds transfer of monies from plaintiffs' Wells Fargo Bank

5    account notwithstanding the complete destruction of the Ford Fusion.

6        17.    Plaintiffs allege that Progressive Casualty, feloniously, wrongfully, and

7    criminally, with specific intent, fraudulently caused the electronic transfers fund of

8    monies from plaintiffs' bank account at Wells Fargo Bank to pay for motor vehicle

9    insurance coverage on the Ford Fusion completely and totally destroyed as alleged

10    above.

11        18.    Plaintiffs allege that the following electronic transfers of monies, by

12    and through federal wire fraud and/or federal mail fraud, Progressive Casualty

13    constitute felonious, wrongful, criminal, and fraudulent conduct proximately

14    causing and directly resulting in damage to plaintiffs' interest in business and/or

15    property, in contravention of, **_inter alia_**, Title 18 U.S.C. §1346, **_RE_**: intangible

16    personal property right to receive rendition of honest services for purposes of title

17    18 U.S.C. §§ 1341 and 1343. Plaintiffs allege that each and every electronic funds

18    transfer specifically identified herein below constitute a form of RICO "racketeering

17 RACKETEER INFLUENCED and CORRUPT ORGANIZATIONS ACT OF 1970 [RICO][Title 18 United States Code §§1961, 1962(a), 1962(c), 1962(d), 1964(a), and 1964(b) et.seq.]; **_RE_**: RICO §1962(d) Conspiracy - **_Pinkerton v. United States_**, 328 U.S. 640 (1946) – **_Pinkerton_** Doctrine **_RE_**:Mediate Causality Predicated RICO §1962(d) Multiple Conspiracy Litigation

activity" pursuant to RICO §1961(1)(B), which includes multiple judicially recognized RICO permutations of: [**_1_**] RICO aiding and abetting RICO §§ 1962(a), 1962(c) substantive, primary contraventions; [**_2_**] RICO §1962(d) conspiracy to commit primary and substantive RICO §§1962(a), 1962(c) substantive, primary contraventions; [**_3_**] RICO aiding and abetting RICO §1962(d) conspiracy, and [**_4_**] RICO §1962(d) conspiracy to commit RICO aiding and abetting RICO §§1962(a), 1962(c) substantive, primary the statutory identified RICO 18 U.S.C. §1961(1)(B) "racketeering activity" multiples the statutorily enumerated RICO 18 U.S.C. §1961(1)(B) "racketeering activity" by **_quadruple_** [**_4_**] **_fold_** pursuant to RICO 18 U.S.C. §1961(1)(B):

### A. _RICO RACKETEERING ACTIVITY MULTIPLE PREDICATE OFFENSES– 18 U.S.C. §1961(1)(B)):_

RACKETEERING ACTIVIVTY PREDICATE OFFENSE # 1:

- 09/11/2020  201014xxxxx9707        $133.66

RACKETEERING ACTIVIVTY PREDICATE OFFENSE # 2:

❖ 10/14/2020  201112xxxxx9707        $215.06

RACKETEERING ACTIVIVTY PREDICATE OFFENSE #3:

❖ 11/12/2020  201211xxxxx9707        $215.06

RACKETEERING ACTIVIVTY PREDICATE OFFENSE # 4:

❖ 12/11/2020  201211xxxxx9707        $584.77

RACKETEERING ACTIVIVTY PREDICATE OFFENSE #5:

18 RACKETEER INFLUENCED and CORRUPT ORGANIZATIONS ACT OF 1970 [RICO][Title 18 United States Code §§1961, 1962(a), 1962(c), 1962(d), 1964(a), and 1964(b) et.seq.]; **_RE_**: RICO §1962(d) Conspiracy - **_Pinkerton v. United States_**, 328 U.S. 640 (1946) – **_Pinkerton_** Doctrine **_RE_**:Mediate Causality Predicated RICO §1962(d) Multiple Conspiracy Litigation

1    ❖ 01/12/2021  210112xxxxx9707    $338.30

2  RACKETEERING ACTIVIVTY PREDICATE OFFENSE #6:

3    ❖ 02/11/2021  210211xxxxx9707    $354.58

4  RACKETEERING ACTIVIVTY PREDICATE OFFENSE # 7:

5    ❖ 03/11/2021  210311xxxxx9707    $354.49

6  RACKETEERING ACTIVIVTY PREDICATE OFFENSE # 8:

7    ❖ 04/13/2021  210413xxxxx9707    $354.49

8  RACKETEERING ACTIVIVTY PREDICATE OFFENSE # 9:

9    ❖ 05/11/2021  210511xxxxx9707    $354.49

10  RACKETEERING ACTIVIVTY PREDICATE OFFENSE # 10:

11    ❖ 06/11/2021  210611xxxxx9707    $354.49

12  RACKETEERING ACTIVIVTY PREDICATE OFFENSE # 11:

13    ❖ 07/13/2021  210713xxxxx9707    $354.46

14  RACKETEERING ACTIVIVTY PREDICATE OFFENSE # 12:

15    ❖ 08/11/2021  210811xxxxx9707    $354.58

16  RACKETEERING ACTIVIVTY PREDICATE OFFENSE # 13:

17    ❖ 09/13/2021  210911xxxxx9707    $354.49

18  RACKETEERING ACTIVIVTY PREDICATE OFFENSE # 14:

19    ❖ 10/11/2021  211011xxxxx9707    $354.49

20  RACKETEERING ACTIVIVTY PREDICATE OFFENSE # 15:

21    ❖ 11/12/2021  211011xxxxx9707    $354.49

22  RACKETEERING ACTIVIVTY PREDICATE OFFENSE # 16:

23    ❖ 12/13/2021  210112xxxxx9707    $354.49

24  RACKETEERING ACTIVIVTY PREDICATE OFFENSE # 17:

19 RACKETEER INFLUENCED and CORRUPT ORGANIZATIONS ACT OF 1970 [RICO][Title 18 United States Code §§1961, 1962(a), 1962(c), 1962(d), 1964(a), and 1964(b) et.seq.]; __*RE*__: RICO §1962(d) Conspiracy - ***Pinkerton v. United States***, 328 U.S. 640 (1946) – ***Pinkerton*** Doctrine __*RE*__:Mediate Causality Predicated RICO §1962(d) Multiple Conspiracy Litigation

❖ 01/11/2022  220110xxxxx9707        $354.46

RACKETEERING ACTIVIVTY PREDICATE OFFENSE # 18:

❖ 02/11/2022  220210xxxxx9707        $334.58

RACKETEERING ACTIVIVTY PREDICATE OFFENSE # 19:

❖ 03/11/2022  220310xxxxx9707        $354.49

RACKETEERING ACTIVIVTY PREDICATE OFFENSE # 20:

❖ 04/12/2022  220410xxxxx9707        $334.49

RACKETEERING ACTIVIVTY PREDICATE OFFENSE # 21:

❖ 05/11/2022  220510xxxxx9707        $334.49

RACKETEERING ACTIVIVTY PREDICATE OFFENSE # 22:

❖ 06/13/2022  220610xxxxx9707        $334.49

RACKETEERING ACTIVIVTY PREDICATE OFFENSE # 23:

❖ 07/12/2022  220710xxxxx9707        $334.46

RACKETEERING ACTIVIVTY PREDICATE OFFENSE # 24:

❖ 08/11/2022  220810xxxxx9707        $334.58

RACKETEERING ACTIVIVTY PREDICATE OFFENSE # 25:

❖ 09/13/2022  220910xxxxx9707        $334.49

RACKETEERING ACTIVIVTY PREDICATE OFFENSE # 26:

❖ 10/11/2022  221011xxxxx9707        $334.49

RACKETEERING ACTIVIVTY PREDICATE OFFENSE # 27:

❖ 11/14/2022  221111xxxxx9707        $334.49

RACKETEERING ACTIVIVTY PREDICATE OFFENSE # 28:

❖ 12/13/2022  221212xxxxx9707        $334.49

RACKETEERING ACTIVIVTY PREDICATE OFFENSE # 29:
20 RACKETEER INFLUENCED and CORRUPT ORGANIZATIONS ACT OF 1970 [RICO][Title 18 United States Code §§1961, 1962(a), 1962(c), 1962(d), 1964(a), and 1964(b) et.seq.]; **_RE_**: RICO §1962(d) Conspiracy - ***Pinkerton v. United States***, 328 U.S. 640 (1946) – ***Pinkerton*** Doctrine **_RE_**:Mediate Causality Predicated RICO §1962(d) Multiple Conspiracy Litigation

1    ❖ 01/11/2023  2301110xxxxx9707      $334.46

2    RACKETEERING ACTIVIVTY PREDICATE OFFENSE # 30:

3    ❖ 02/13/2023  2301210xxxxx9707      $325.25

4    RACKETEERING ACTIVIVTY PREDICATE OFFENSE # 31:

5    ❖ 03/13/2023  2301310xxxxx9707      $352.16

6    RACKETEERING ACTIVIVTY PREDICATE OFFENSE # 32:

7    ❖ 04/11/2023  2301410xxxxx9707      $352.16

8    RACKETEERING ACTIVIVTY PREDICATE OFFENSE # 33:

9    ❖ 05/11/2023  2301510xxxxx9707      $352.16

10   RACKETEERING ACTIVIVTY PREDICATE OFFENSE # 34:

11   ❖ 06/13/2023  2301610xxxxx9707      $352.16

12   RACKETEERING ACTIVIVTY PREDICATE OFFENSE # 35:

13   ❖ 07/11/2023  2301710xxxxx9707      $352.11

14   RACKETEERING ACTIVIVTY PREDICATE OFFENSE # 36:

15   ❖ 08/11/2023  2301810xxxxx9707      $367.25

16   RACKETEERING ACTIVIVTY PREDICATE OFFENSE # 37:

17   ❖ 09/12/2023  2301910xxxxx9707      $367.16

18   RACKETEERING ACTIVIVTY PREDICATE OFFENSE # 38:

19   ❖ 10/11/2023  2301010xxxxx9707      $367.16

20   RACKETEERING ACTIVIVTY PREDICATE OFFENSE # 39:

21   ❖ 11/12/2023  2301110xxxxx9707      $367.16

22   RACKETEERING ACTIVIVTY PREDICATE OFFENSE # 40:

23   ❖ 12/12/2023  2301210xxxxx9707      $218.81

24   RACKETEERING ACTIVIVTY PREDICATE OFFENSE # 41

25   ❖ 01/11/2024  240110xxxxx9707       $353.80

21 RACKETEER INFLUENCED and CORRUPT ORGANIZATIONS ACT OF 1970 [RICO][Title 18 United States Code §§1961, 1962(a), 1962(c), 1962(d), 1964(a), and 1964(b) et.seq.]; *RE*: RICO §1962(d) Conspiracy - *Pinkerton v. United States*, 328 U.S. 640 (1946) – *Pinkerton* Doctrine *RE*:Mediate Causality Predicated RICO §1962(d) Multiple Conspiracy Litigation

RACKETEERING ACTIVIVTY PREDICATE OFFENSE # 42:

❖ 02/13/2024  240212xxxxx9707          $    1.00

***Total amount of converted stolen monies obtained by and through felonious, criminal, wrongful, inimical, theft, fraudulent artifice to defraud:***

***$ 13,909.85***

18*****.    Plaintiffs allege that the specifically foregoing articulated identified electronic transfers of monies, by and through federal wire and/or federal mail fraud, by and through Progressive Casualty, constitute felonious, wrongful, criminal, and fraudulent conduct proximately causing and directly resulting in damage to plaintiffs' interest in business and/or property. Plaintiffs allege that each and every electronic funds transfer specifically identified herein below constitute a form of RICO "racketeering activity" pursuant to RICO §1961(1)(B), which includes multiple judicially recognized RICO permutations of: [**1**] RICO aiding and abetting RICO §§ 1962(a), 1962(c) substantive, primary contraventions; [**2**] RICO §1962(d) conspiracy to commit primary and substantive RICO §§1962(a), 1962(c) substantive, primary contraventions; [**3**] RICO aiding and abetting RICO §1962(d) conspiracy, and [**4**] RICO §1962(d) conspiracy to commit RICO aiding and abetting RICO §§1962(a), 1962(c) substantive, primary the statutory identified RICO "racketeering activity" multiples the enumerated RICO §1961(1) "racketeering activity" by ***quadruple*** [**4**] ***fold*** pursuant to RICO 18 U.S.C. §1961(1)(B):

22 RACKETEER INFLUENCED and CORRUPT ORGANIZATIONS ACT OF 1970 [RICO][Title 18 United States Code §§1961, 1962(a), 1962(c), 1962(d), 1964(a), and 1964(b) et.seq.]; ___**RE**___: RICO §1962(d) Conspiracy - ***Pinkerton v. United States***, 328 U.S. 640 (1946) – ***Pinkerton*** Doctrine ___**RE**___:Mediate Causality Predicated RICO §1962(d) Multiple Conspiracy Litigation

1    ***TOTAL NUMBER OF RICO §1961(1)(B) RACKETEERING ACTIVITY***
2    ***PREDICATE OFFENSES COMMITTEDD FOR PURPOSES OF RICO***
3    ***§1961(5) RICO PATTERN OF RACKETEERING ACTIVITY RE:***
4    ***CONTINOUS and RELATED ACTIVITY:***

5    [***42 x 4 = 168***]

6    18******.    Plaintiffs allege that Progressive Casualty engages in this alleged

7    artifice and scheme designed, intended, implemented and executed to wrongfully,

8    fraudulently, criminally and feloniously effectuating electronic funds transfers from

9    similarly situated insured customers situated both within the state of Washington and

10    across the United States of America where Progressive Casualty engages in similarly

11    identical criminal conduct on a persistent pattern of practice and inimical course of

12    conduct. Plaintiffs furthermore allege that Progressive Casualty declines to honour

13    the terms and conditions of motor vehicle insurance coverage in the aftermath of the

14    complete and absolute destruction of the insured customers' motor vehicles and

15    continues to effectuate electronic funds transfers from those insured customers.

16    18**********    Plaintiffs allege furthermore herein after that Progressive

17    Casualty is engaged in a course of conduct and pattern of practice constituting RICO

18    §1961(5) pattern of racketeering activity that is both continuous and related.

19    Plaintiffs allege that this perfidious, pernicious, unconscionable, malevolent and

20    Machiavellian afore described artifice and scheme skillfully designed, implemented,

23 RACKETEER INFLUENCED and CORRUPT ORGANIZATIONS ACT OF 1970
[RICO][Title 18 United States Code §§1961, 1962(a), 1962(c), 1962(d), 1964(a), and 1964(b)
et.seq.]; ___RE___: RICO §1962(d) Conspiracy - ***Pinkerton v. United States***, 328 U.S. 640 (1946) –
***Pinkerton*** Doctrine ___RE___:Mediate Causality Predicated RICO §1962(d) Multiple Conspiracy
Litigation

1    engineered and executed by Progressive Casualty is aptly characterized as the ***"The***

2    ***Progressive Casualty Insurance Electronic Funds Transfer Scheme***."

3    18A.  Plaintiffs demanded, through counsel, in November 2024, through

4    written demand to Progressive Casualty, payment of the total amount

5    feloniously, criminally, fraudulently and wrongfully converted from plaintiffs

6    as alleged more fully herein.

7    18AA.    Counsel representing plaintiffs engaged in a telephonic

8    conversation with Progressive Casualty authorized representative and agent,

9    Raquel, on or about, 14 November 2024, demanding payment of full

10    reimbursement of previously paid insurance policy premiums, as specifically

11    articulated hereinabove inasmuch as Progressive Casualty declared the

12    complete, total loss of the motor vehicle, on 24 September 2020.

13    18AAA.    Counsel for plaintiff received verbal acceptance and express

14    acknowledgement by and from Raquel during said telephone conversation,

15    admitting that Progressive Casualty in fact was contractually obligated to

16    refund said previously paid insurance premiums by plaintiffs. that the entire

17    amount of the previously paid insurance premiums would in fact be paid to

18    plaintiffs, that payment to plaintiffs would be in the form of a check made

24 RACKETEER INFLUENCED and CORRUPT ORGANIZATIONS ACT OF 1970 [RICO][Title 18 United States Code §§1961, 1962(a), 1962(c), 1962(d), 1964(a), and 1964(b) et.seq.]; ***RE***: RICO §1962(d) Conspiracy - ***Pinkerton v. United States***, 328 U.S. 640 (1946) – ***Pinkerton*** Doctrine ***RE***:Mediate Causality Predicated RICO §1962(d) Multiple Conspiracy Litigation

1    payable to plaintiffs, and mailed to the address of plaintiffs as evidenced upon

2    the motor vehicle insurance contractual agreement. Counsel for plaintiffs

3    reasonably relied upon those representations and immediately forwarded

4    those representations of the representative/agent to plaintiffs via federal wires

5    and telephonic device.

6    18B.  Plaintiffs allege that during November 2024, defendants only paid the

7    offensively, insulting, paltry sum of $197.41 of the total amount demanded,

8    evidenced through a series of federal electronic funds transfers to plaintiffs'

9    Wells Fargo Bank account. These payments were not in cull, total and

10   complete payment as affirmatively represented and expressly promised by

11   Raquel, duly authorized representative of Progressive Casualty. No written

12   explanation or description accompanied these federal electronic funds

13   transfers to plaintiffs' account at Wells Fargo Bank.  These payments represent

14   payments of a diminutive, lesser, fraudulently false amounts, accomplished

15   via federal interstate wires and/or federal mails, thereby constituting RICO

16   racketeering activity pursuant to RICO §1961(1)(B). Plaintiffs allege that

17   these federal electronic funds transfers are specifically itemized and

18   enumerated hereinbelow:

25 RACKETEER INFLUENCED and CORRUPT ORGANIZATIONS ACT OF 1970 [RICO][Title 18 United States Code §§1961, 1962(a), 1962(c), 1962(d), 1964(a), and 1964(b) et.seq.]; _**RE**_: RICO §1962(d) Conspiracy - _**Pinkerton v. United States**_, 328 U.S. 640 (1946) – _**Pinkerton**_ Doctrine _**RE**_:Mediate Causality Predicated RICO §1962(d) Multiple Conspiracy Litigation

1    RACKETEERING ACTIVIVTY PREDICATE OFFENSE # 43:

2         ❖ 11/24/2025  Prog Casualty Ins Prem 241122xxxxx9707   $18.37

3    RACKETEERING ACTIVIVTY PREDICATE OFFENSE # 44:

4         ❖ 11/25/2024  Prog Casualty Ins Prem 241122xxxxx9707   $18.38

5    RACKETEERING ACTIVIVTY PREDICATE OFFENSE # 45:

6         ❖ 11/25/2024  Prog Casualty Ins Prem 241122xxxxx9707   $18.38

7    RACKETEERING ACTIVIVTY PREDICATE OFFENSE # 46:

8         ❖ 11/25/2024  Prog Casualty Ins Prem 241122xxxxx9707   $23.27

9    RACKETEERING ACTIVIVTY PREDICATE OFFENSE # 47:

10        ❖ 11/25/2024  Prog Casualty Ins Prem 241122xxxxx9707   $24.00

11   RACKETEERING ACTIVIVTY PREDICATE OFFENSE # 48:

12        ❖ 11/25/2024  Prog Casualty Ins Prem 241122xxxxx9707   $24.00

13   RACKETEERING ACTIVIVTY PREDICATE OFFENSE # 49:

14        ❖ 11/25/2024  Prog Casualty Ins Prem 241122xxxxx9707   $24.00

15   RACKETEERING ACTIVIVTY PREDICATE OFFENSE # 50:

26 RACKETEER INFLUENCED and CORRUPT ORGANIZATIONS ACT OF 1970 [RICO][Title 18 United States Code §§1961, 1962(a), 1962(c), 1962(d), 1964(a), and 1964(b) et.seq.]; ***RE***: RICO §1962(d) Conspiracy - ***Pinkerton v. United States***, 328 U.S. 640 (1946) – ***Pinkerton*** Doctrine ***RE***:Mediate Causality Predicated RICO §1962(d) Multiple Conspiracy Litigation

❖ 11/25/2024  Prog Casualty Ins Prem 241122xxxxx9707   $24.00

RACKETEERING ACTIVIVTY PREDICATE OFFENSE # 51:

❖ 11/25/2024  Prog Casualty Ins Prem 241122xxxxx9707   $24.01

***Total amount of payments insufficiently deficient to comply with and honour acceptance of affirmative misrepresentations by Progressive Casualty, by and through duly authorized representative/agent, to pay entire amount of previously paid insurance premiums in furtherance to facilitate and further RICO §1962(d) conspiracy to defraud***:

[**$ 197.41**]

18BB.     Plaintiffs allege that the specifically foregoing articulated identified electronic transfers of monies, by and through federal wire and/or federal mail fraud, by and through Progressive Casualty, constitute felonious, wrongful, criminal, and fraudulent conduct proximately causing and directly resulting in damage to plaintiffs' interest in business and/or property. Plaintiffs allege that each and every electronic funds transfer specifically identified herein below constitute a form of RICO "racketeering activity" pursuant to RICO §1961(1)(B), which includes multiple judicially recognized RICO permutations of: [**1**] RICO aiding and abetting RICO §§ 1962(a), 1962(c) substantive, primary contraventions; [**2**] RICO §1962(d) conspiracy to commit primary and substantive RICO §§1962(a), 1962(c) substantive,

27 RACKETEER INFLUENCED and CORRUPT ORGANIZATIONS ACT OF 1970 [RICO][Title 18 United States Code §§1961, 1962(a), 1962(c), 1962(d), 1964(a), and 1964(b) et.seq.]; ***RE***: RICO §1962(d) Conspiracy - ***Pinkerton v. United States***, 328 U.S. 640 (1946) – ***Pinkerton*** Doctrine ***RE***:Mediate Causality Predicated RICO §1962(d) Multiple Conspiracy Litigation

primary contraventions; [**3**] RICO aiding and abetting RICO §1962(d)

conspiracy, and [**4**] RICO §1962(d) conspiracy to commit RICO aiding and

abetting RICO §§1962(a), 1962(c) substantive, primary the statutory

identified RICO "racketeering activity" multiples the enumerated RICO

§1961(1) "racketeering activity" by ***quadruple*** [**4**] ***fold*** pursuant to RICO 18

U.S.C. §1961(1)(B):

***ADDITIONAL TOTAL NUMBER OF RICO §1961(1)(B)***
***RACKETEERING ACTIVITY PREDICATE OFFENSES COMMITTED***
***FOR PURPOSES OF RICO §1961(5) RICO PATTERN OF***
***RACKETEERING ACTIVITY RE: CONTINOUS and RELATED RE:***
***FALSE and FRAUDUENTLY PREDICATED PAYMENTS BY***
***PROGRESSIVE CASUALTY:***

[***9 x 4 = 36***]

18C.   Plaintiffs allege that the representations of Raquel, the duly authorized

representative of Progressive Casualty, were materially false, constituted

material misrepresentations of fact, fraudulently conveyed, and intended to

lull plaintiffs into a false sense of security that complete, total payment would

be made when in fact no intention to pay the total amount of previously paid

insurance premiums was originally confirmed, represented, contemplated

and/or affirmed by Progressive Casualty,  in contravention of, ***inter alia***, Title

1    18 U.S.C. §1346, **_RE_**: intangible personal property right to receive rendition

2    of honest services for purposes of title 18 U.S.C. §§ 1341 and 1343.

3    18D.  Plaintiffs allege that Raquel knew, and had reason to know, at the time

4    Raquel made the representations particularly described hereinabove to

5    counsel for plaintiffs, that Progressive Casualty would not, and refused to,

6    effectuate the complete and total return of the previously paid insurance

7    premiums by plaintiffs.

8    18E.  Plaintiffs allege that renewed demands for payment from Progressive

9    Casualty in June 2025, by multiple email letter written demands, have been,

10   and continue to be, summarily rejected and categorically denied.

11   19 .    Plaintiffs allege herein that plaintiffs have sustained damages as

12   a proximate cause of defendants' felonious, criminal, and wrongful

13   conspiratorial conduct and are therefore entitled for entry of an order for

14   monetary relief, declaratory relief, equitable relief and injunctive relief as

15   more specifically described and particularly alleged herein.

16   20.    Plaintiffs are entitled to recover damages according to offer of

17   proof at time of trial, pursuant to Section 1964© of the Racketeer Influenced

18   and Corrupt Organizations Act of 1970 [Title 18 United States Code §1964©].

29 RACKETEER INFLUENCED and CORRUPT ORGANIZATIONS ACT OF 1970 [RICO][Title 18 United States Code §§1961, 1962(a), 1962(c), 1962(d), 1964(a), and 1964(b) et.seq.]; **_RE_**: RICO §1962(d) Conspiracy - **_Pinkerton v. United States_**, 328 U.S. 640 (1946) – **_Pinkerton_** Doctrine **_RE_**:Mediate Causality Predicated RICO §1962(d) Multiple Conspiracy Litigation

1    Plaintiffs are entitled to entry of orders entering declaratory relief, equitable

2    relief, and injunctive relief as plaintiffs respectfully petition therefore.

3    Plaintiffs are entitled to recover attorneys' fees, costs, and expenses

4    attributable to prosecuting this federal RICO litigation, pursuant to Section

5    1964© of the Racketeer Influenced and Corrupt Organizations Act of 1970

6    [Title 18 United States Code §1964©].

7    ///

8    ///

9    ///

10    ///

11    ///

12    ///

13    ///

14    ///

15    ///

16    ///

30 RACKETEER INFLUENCED and CORRUPT ORGANIZATIONS ACT OF 1970 [RICO][Title 18 United States Code §§1961, 1962(a), 1962(c), 1962(d), 1964(a), and 1964(b) et.seq.]; ___**RE**___: RICO §1962(d) Conspiracy - ***Pinkerton v. United States***, 328 U.S. 640 (1946) – ***Pinkerton*** Doctrine ___**RE**___:Mediate Causality Predicated RICO §1962(d) Multiple Conspiracy Litigation

*IV.*

*RICO § 1961(4) ENTERPRISE ALLEGATIONS re:*

*RICO § 1962©) CLAIM FOR RELIEF RE: [18 U.S.C. § 1961(4)]*

21.    Plaintiffs allege that these particular RICO defendants, and other persons acting in concert with this particular RICO defendants unknown to plaintiffs, were employed by and associated with others, and engaged in conduct that constitutes a RICO §1961(5) pattern of racketeering activity. Plaintiff further alleges that said RICO defendants were knowledgeable and aware of the activities of the following RICO §1961(4) enterprises, and that said RICO defendants facilitated and furthered the RICO §1962(d) multiple conspiracies alleged herein, for the purpose and objective of damaging and/or injuring plaintiffs' interests in their businesses and/or properties by reason of contravention and violation of RICO §1962©.

22.    Plaintiffs allege that each of the following configurations, for purposes of plaintiffs' RICO §1962©) claims for relief, constitute a RICO "enterprise," as that term is defined pursuant to Title 18 United States Code §1961(4) of the Racketeer Influenced and Corrupt Organizations Act of 1970 ["RICO"][Title 18 U.S.C. §1961(4)] and within the strictures of *Boyle v.*

31 RACKETEER INFLUENCED and CORRUPT ORGANIZATIONS ACT OF 1970 [RICO][Title 18 United States Code §§1961, 1962(a), 1962(c), 1962(d), 1964(a), and 1964(b) et.seq.]; *RE*: RICO §1962(d) Conspiracy - *Pinkerton v. United States*, 328 U.S. 640 (1946) – *Pinkerton* Doctrine *RE*:Mediate Causality Predicated RICO §1962(d) Multiple Conspiracy Litigation

1    *United States*, 129 S. Ct. 2237 (2009) and ***Odom v. Microsoft Corp***., 486 F.3d

2    541 (9 Cir. 2007)(***en banc***):

3        A. **RICO Enterprise No. 1**: Plaintiffs allege that at and during all times

4        material herein, and continuing up through and including the date of the

5        initiation of these federal proceedings, defendants have engaged, and

6        continue to engage, in felonious, criminal and wrongful conduct as

7        alleged herein, constituting commission of RICO "racketeering

8        activity," as statutorily defined pursuant to RICO 18 United States Code

9        §1961(1)(B), specifically, commission of federal mail fraud [Title 18

10       United States Code §1341], federal wire fraud [Title 18 United States

11       Code §1343], and, federal racketeering [Title 18 United States Code

12       §1952], and were employed by or associated with the operation of a

13       RICO association-in-fact enterprise, as statutorily defined pursuant to

14       RICO 18 United States Code §1961(4), specifically, Progressive

15       Casualty and Progressive, for purposes of RICO §1962(c), whose

16       activities affect federal interstate and/or in foreign commerce.

32 RACKETEER INFLUENCED and CORRUPT ORGANIZATIONS ACT OF 1970 [RICO][Title 18 United States Code §§1961, 1962(a), 1962(c), 1962(d), 1964(a), and 1964(b) et.seq.]; **_RE_**: RICO §1962(d) Conspiracy - ***Pinkerton v. United States***, 328 U.S. 640 (1946) – ***Pinkerton*** Doctrine **_RE_**:Mediate Causality Predicated RICO §1962(d) Multiple Conspiracy Litigation

1    23.    Plaintiff alleges that in conducting the business and affairs of the

2    RICO[2] enterprises, and in committing the acts, omissions, misrepresentations,

---

[2]

The Progressive Company is comprised of, and constituted by, a significantly multi-faceted, extensively multi-dimensional corporate affiliated subsidiaries as evidenced by recently filings with the United States Securities and Exchange Commission. Progressive Casualty Insurance Company is specifically identified and listed as a corporate affiliated subsidiary. See https://www.sec.gov/Archives/edgar/data/80661/000119311510044296/dex21.htm:

EX-21 27 dex21.htm SUBSIDIARIES OF THE PROGRESSIVE CORPORATION
Exhibit 21

SUBSIDIARIES OF THE PROGRESSIVE CORPORATION

Name of Subsidiary

    Jurisdiction of Incorporation
Drive Insurance Holdings, Inc.

    Delaware
Drive New Jersey Insurance Company

    New Jersey
Progressive American Insurance Company

    Florida
Progressive Bayside Insurance Company

    Florida
Progressive Casualty Insurance Company

    Ohio
PC Investment Company

    Delaware
Progressive Gulf Insurance Company

    Ohio
Progressive Specialty Insurance Company

33 RACKETEER INFLUENCED and CORRUPT ORGANIZATIONS ACT OF 1970 [RICO][Title 18 United States Code §§1961, 1962(a), 1962(c), 1962(d), 1964(a), and 1964(b) et.seq.]; **_RE_**: RICO §1962(d) Conspiracy - ***Pinkerton v. United States***, 328 U.S. 640 (1946) – ***Pinkerton*** Doctrine **_RE_**:Mediate Causality Predicated RICO §1962(d) Multiple Conspiracy Litigation

Ohio
Trussville/Cahaba, AL, LLC

Ohio
Progressive Classic Insurance Company

Wisconsin
Progressive DLP Corp.

Ohio
Progressive Hawaii Insurance Corp.

Ohio
Progressive Michigan Insurance Company

Michigan
Progressive Mountain Insurance Company

Ohio
Progressive Northern Insurance Company

Wisconsin
Progressive Northwestern Insurance Company

Ohio
Progressive Preferred Insurance Company

Ohio
Progressive Security Insurance Company

Louisiana
Progressive Southeastern Insurance Company

Indiana
Progressive West Insurance Company

Ohio
Garden Sun Insurance Services, Inc.

Hawaii
Pacific Motor Club

34 RACKETEER INFLUENCED and CORRUPT ORGANIZATIONS ACT OF 1970 [RICO][Title 18 United States Code §§1961, 1962(a), 1962(c), 1962(d), 1964(a), and 1964(b) et.seq.]; **_RE_**: RICO §1962(d) Conspiracy - ***Pinkerton v. United States***, 328 U.S. 640 (1946) – ***Pinkerton*** Doctrine **_RE_**:Mediate Causality Predicated RICO §1962(d) Multiple Conspiracy Litigation

_____

California
Progny Agency, Inc.

New York
Progressive Adjusting Company, Inc.

Ohio
Progressive Capital Management Corp.

New York
Progressive Commercial Holdings, Inc.

Delaware
Artisan and Truckers Casualty Company

Wisconsin
National Continental Insurance Company

New York
Progressive Express Insurance Company

Florida
United Financial Casualty Company

Ohio
Progressive Commercial Casualty Company

Ohio
Name of Subsidiary (con't)

Jurisdiction
of Incorporation
Progressive Direct Holdings, Inc.

Delaware
Progressive Advanced Insurance Company

Ohio
Mountain Laurel Assurance Company

Ohio
Progressive Auto Pro Insurance Agency, Inc.

35 RACKETEER INFLUENCED and CORRUPT ORGANIZATIONS ACT OF 1970 [RICO][Title 18 United States Code §§1961, 1962(a), 1962(c), 1962(d), 1964(a), and 1964(b) et.seq.]; **_RE_**: RICO §1962(d) Conspiracy - **_Pinkerton v. United States_**, 328 U.S. 640 (1946) – **_Pinkerton_** Doctrine **_RE_**:Mediate Causality Predicated RICO §1962(d) Multiple Conspiracy Litigation

_____

Florida
Progressive Choice Insurance Company

Ohio
Progressive Direct Insurance Company

Ohio
Gadsden, AL, LLC

Ohio
Progressive Freedom Insurance Company

New Jersey
Progressive Garden State Insurance Company

New Jersey
Progressive Marathon Insurance Company

Michigan
Progressive Max Insurance Company

Ohio
Progressive Paloverde Insurance Company

Indiana
Progressive Premier Insurance Company of Illinois

Ohio
Progressive Select Insurance Company

Florida
Progressive Specialty Insurance Agency, Inc.

Ohio
Progressive Universal Insurance Company

Wisconsin
Progressive Investment Company, Inc.

Delaware
Progressive Premium Budget, Inc.

36 RACKETEER INFLUENCED and CORRUPT ORGANIZATIONS ACT OF 1970 [RICO][Title 18 United States Code §§1961, 1962(a), 1962(c), 1962(d), 1964(a), and 1964(b) et.seq.]; _**RE**_: RICO §1962(d) Conspiracy - _**Pinkerton v. United States**_, 328 U.S. 640 (1946) – _**Pinkerton**_ Doctrine _**RE**_:Mediate Causality Predicated RICO §1962(d) Multiple Conspiracy Litigation

1   and breaches referred to herein between September, 2020, and continuing up

2   through and including the initiation of these proceedings, RICO defendants

3   engaged in a RICO pattern of racketeering activity in contravention of Title

4   18 United States Code §1962©) inasmuch as said defendants were employed

5   by, or associated with, said RICO enterprise that were engaged in activities

6   that affect federal interstate and/or foreign commerce, and conducted such

7   RICO §1961(4) enterprise affairs by and through a RICO pattern of

8   racketeering activity.

9       24.    Plaintiffs allege that in conducting the business and affairs of the

10   RICO enterprises, and in committing the acts, omissions, misrepresentations,

11   and breaches referred to herein between September 2020, and continuing up

---

Ohio
Progressive RSC, Inc.

Ohio
Progressive Vehicle Service Company

Ohio
Village Transport Corp.

Delaware
Wilson Mills Land Co.

Ohio
Each subsidiary is wholly owned by its parent.
37 RACKETEER INFLUENCED and CORRUPT ORGANIZATIONS ACT OF 1970
[RICO][Title 18 United States Code §§1961, 1962(a), 1962(c), 1962(d), 1964(a), and 1964(b)
et.seq.]; _**RE**_: RICO §1962(d) Conspiracy - _**Pinkerton v. United States**_, 328 U.S. 640 (1946) –
_**Pinkerton**_ Doctrine _**RE**_:Mediate Causality Predicated RICO §1962(d) Multiple Conspiracy
Litigation

1    through and including the initiation of these proceedings, defendants'

2    activities were consistently intended to tortiously interfere with both

3    plaintiffs' existing contractual and business commercial relationships and

4    prospective economic advantages. Plaintiffs allege that defendants' use of the

5    federal mails and the federal interstate wires in this regard was reasonably

6    foreseeable, and, as such, constituted contraventions of Title 18 U.S.C. §§

7    1341, 1343, and 1346.

8    ///

9    ///

10   ///

11   ///

12   ///

13   ///

14   ///

15   ///

16   ///

38 RACKETEER INFLUENCED and CORRUPT ORGANIZATIONS ACT OF 1970 [RICO][Title 18 United States Code §§1961, 1962(a), 1962(c), 1962(d), 1964(a), and 1964(b) et.seq.]; *RE*: RICO §1962(d) Conspiracy - *Pinkerton v. United States*, 328 U.S. 640 (1946) – *Pinkerton* Doctrine *RE*:Mediate Causality Predicated RICO §1962(d) Multiple Conspiracy Litigation

*V.*

***RICO §1961(5)***

***PATTERN OF RACKETEERING ACTIVITY ALLEGATIONS***

***[TITLE 18 U.S.C. § 1961(5)]***

***A. Commission of RICO §1961(1)(B) Racketeering Activity***

25.    Plaintiffs allege that defendants engaged in the above activities

and/or conduct that constitutes the following form of "racketeering activity,"

as that term is defined pursuant to Title 18 United States Code §1961(1)(B) of

the Racketeer Influenced and Corrupt Organizations Act of 1970 ["RICO"].

Plaintiff alleges that the forms of "racketeering activity" include, and are not

restricted to, various formulations of conspiracy to aid and abet, and aiding

and abetting a conspiracy:

A.    Federal Principal and Aider and Abettor Liability:
Title 18 U.S.C.A. §2(a)-(b).

B.    Federal Principal and Aider and Abettor Liability re:
Aiding and Abetting A Conspiracy: Title 18 U.S.C.A.
§2(a)-(b).

C.    Federal Principal and Aider and Abettor Liability re:
Conspiracy to Commit Aiding and Abetting: Title 18
U.S.C.A. §2(a)-(b).

D.    Federal Mail Fraud: Title 18 U.S.C.A. §1341.

E.    Federal Mail Fraud re: Aiding and Abetting: Title 18
U.S.C.A. §1341.

39 RACKETEER INFLUENCED and CORRUPT ORGANIZATIONS ACT OF 1970
[RICO][Title 18 United States Code §§1961, 1962(a), 1962(c), 1962(d), 1964(a), and 1964(b)
et.seq.]; ***RE***: RICO §1962(d) Conspiracy - ***Pinkerton v. United States***, 328 U.S. 640 (1946) –
***Pinkerton*** Doctrine ***RE***:Mediate Causality Predicated RICO §1962(d) Multiple Conspiracy
Litigation

1   F.   Federal Mail Fraud re: Conspiracy: Title 18 U.S.C.A.
2        §1341.

3   G.   Federal Mail Fraud re: Conspiracy to Aid and Abet:
4        Title 18 U.S.C.A. §1341.

5   H.   Federal Mail Fraud re: Aiding and Abetting a Conspiracy:
6        Title 18 U.S.C.A. §1341.

7   I.   Federal Wire Fraud: Title 18 U.S.C.A. §1343.

8   J.   Federal Wire Fraud re: Aiding and Abetting: Title 18
9        U.S.C.A. §1343.

10  K.   Federal Wire Fraud re: Conspiracy: Title 18 U.S.C.A.
11       §1343.

12  L.   Federal Wire Fraud re: Conspiracy to Aid and Abet: Title
13       18 U.S.C.A. §1343.

14  M.   Federal Wire Fraud re: Aiding and Abetting a Conspiracy:
15       Title 18 U.S.C.A. §1343.

16  N.   Federal Intangible Personal Property Right Deprivation:
17       Title 18 U.S.C.A. §1346.

18  O.   Federal Racketeering: Title 18 U.S.C.A. §1952.

19  P.   Federal Racketeering re: Aiding and Abetting: Title 18
20       U.S.C.A. §1952.

21  Q.   Federal Racketeering re: Conspiracy: Title 18 U.S.C.A.
22       §1952.

23  R.   Federal Racketeering re: Conspiracy to Aid and Abet: Title
24       18 U.S.C.A. §1952.

25  S.   Federal Racketeering re: Aiding and Abetting a
26       Conspiracy: Title 18 U.S.C.A. §1952.

27  ///

28  ///

40 RACKETEER INFLUENCED and CORRUPT ORGANIZATIONS ACT OF 1970
[RICO][Title 18 United States Code §§1961, 1962(a), 1962(c), 1962(d), 1964(a), and 1964(b)
et.seq.]; __*RE*__: RICO §1962(d) Conspiracy - *Pinkerton v. United States*, 328 U.S. 640 (1946) –
*Pinkerton* Doctrine __*RE*__:Mediate Causality Predicated RICO §1962(d) Multiple Conspiracy
Litigation

**B.**     ***Commission of RICO §1961(5) Pattern of Racketeering Activity***

     ***1.***     ***Continuity and Relatedness***

26.     Plaintiffs allege that above activities and/or conduct engaged in by RICO defendants constitute a "pattern of racketeering activity," as that term is defined pursuant to Title 18 United States Code §1961(5) of the Racketeer Influenced and Corrupt Organizations Act of 1970 ["RICO"].

27.     Plaintiffs furthermore allege that the activities and/or conduct engaged in by said RICO defendants was both related as to the ***<u>modus operandi</u>*** engaged in by said RICO defendants of depriving plaintiffs of plaintiffs' interests in business and/or property, and was continuous inasmuch as the activities and/or conduct engaged in by defendants exhibited a realistic, long term threat of continued future injury to plaintiffs' interest in plaintiffs' business and/or property. Plaintiffs furthermore allege that said activities and conduct engaged in by said defendants as evidence of other crimes, wrongs, or acts, pursuant to FRE Rule 404(b).

///

///

41 RACKETEER INFLUENCED and CORRUPT ORGANIZATIONS ACT OF 1970 [RICO][Title 18 United States Code §§1961, 1962(a), 1962(c), 1962(d), 1964(a), and 1964(b) et.seq.]; ***<u>RE</u>***: RICO §1962(d) Conspiracy - ***Pinkerton v. United States***, 328 U.S. 640 (1946) – ***Pinkerton*** Doctrine ***<u>RE</u>***:Mediate Causality Predicated RICO §1962(d) Multiple Conspiracy Litigation

## VI.

### MULTIPLE CLAIMS FOR RELIEF

### FIRST CLAIM FOR RELIEF

#### [For Commission of Primary Substantive Contravention of RICO Section 1962©) of the Racketeer Influenced and Corrupt Organizations Act of 1970]

#### ["RICO"]

#### [Title 18 United States Code §1962©)]

#### [Against All Defendants]

28.    For Plaintiffs' First Claim for Relief, plaintiffs reallege and incorporate Paragraphs 1 through 27.

#### [RICO Title 18 United States Code Section 1961(1)(B) Predicate Offense Contraventions]

#### Federal Principal and Aider and Abettor Liability: Title 18 U.S.C.A. §2(a)-(b)

#### Federal Principal and Aider and Abettor Liability re: Aiding and Abetting A Conspiracy: Title 18 U.S.C.A. §2(a)-(b)

#### Federal Principal and Aider and Abettor Liability re: Conspiracy to Commit Aiding and Abetting: Title 18 U.S.C.A. §2(a)-(b)

#### Federal Mail Fraud: Title 18 U.S.C.A. §1341

#### Federal Mail Fraud re: Aiding and Abetting: Title 18 U.S.C.A. §1341

#### Federal Mail Fraud re: Conspiracy: Title 18 U.S.C.A. §1341

#### Federal Mail Fraud re: Conspiracy to Aid and Abet: Title 18 U.S.C.A. §1341

42 RACKETEER INFLUENCED and CORRUPT ORGANIZATIONS ACT OF 1970 [RICO][Title 18 United States Code §§1961, 1962(a), 1962(c), 1962(d), 1964(a), and 1964(b) et.seq.]; __RE__: RICO §1962(d) Conspiracy - *Pinkerton v. United States*, 328 U.S. 640 (1946) – *Pinkerton* Doctrine __RE__:Mediate Causality Predicated RICO §1962(d) Multiple Conspiracy Litigation

*Federal Mail Fraud re: Aiding and Abetting a Conspiracy:*

*Title 18 U.S.C.A. §1341*

*Federal Wire Fraud: Title 18 U.S.C.A. §1343*

*Federal Wire Fraud re: Aiding and Abetting: Title 18 U.S.C.A. §1343*

*Federal Wire Fraud re: Conspiracy: Title 18 U.S.C.A. §1343*

*Federal Wire Fraud re: Conspiracy to Aid and Abet: Title 18 U.S.C.A. §1343*

*Federal Wire Fraud re: Aiding and Abetting a Conspiracy:*

*Title 18 U.S.C.A. §1343*

*Federal Intangible Personal Property Right Deprivation: Title 18 U.S.C.A. §1346*

*Federal Racketeering: Title 18 U.S.C.A. §1952*

*Federal Racketeering re: Aiding and Abetting: Title 18 U.S.C.A. §1952*

*Federal Racketeering re: Conspiracy: Title 18 U.S.C.A. §1952*

*Federal Racketeering re: Conspiracy to Aid and Abet: Title 18 U.S.C.A. §1952*

*Federal Racketeering re: Aiding and Abetting a Conspiracy:*

*Title 18 U.S.C.A. §1952*

29.    Plaintiffs allege that defendants engaged in the aforementioned

activities, with the intent to harm plaintiffs' interest in business and/or property.

30.    Plaintiffs allege that the extortionate and fraudulent activity engaged by

43 RACKETEER INFLUENCED and CORRUPT ORGANIZATIONS ACT OF 1970 [RICO][Title 18 United States Code §§1961, 1962(a), 1962(c), 1962(d), 1964(a), and 1964(b) et.seq.]; __*RE*__: RICO §1962(d) Conspiracy - *Pinkerton v. United States*, 328 U.S. 640 (1946) – *Pinkerton* Doctrine __*RE*__:Mediate Causality Predicated RICO §1962(d) Multiple Conspiracy Litigation

1  said defendants injured plaintiffs' business and/or property in connection with their

2  business activities that affect federal interstate commerce, resulting in loss of

3  plaintiff's property interests, business opportunities, and monies.

4  *[RICO Title 18 United States Code § 1961(5) Pattern of*

5  *Racketeering Activity]*

6  31.    Plaintiffs allege that the afore described activities constitute conduct

7  engaged in by defendants to deprive plaintiffs of their interest in business and/or

8  property, by and through commission of federal mail fraud, federal wire fraud, and

9  federal racketeering, and are therefore indictable as "racketeering activity," as that

10  term is defined pursuant to Title 18 United States Code §1961(1)(B).

11  32.    Plaintiffs allege that the course of conduct engaged in by said

12  defendants constitute both continuity and relatedness of the racketeering activity,

13  thereby constituting a "pattern of racketeering activity, as that term is defined

14  pursuant to Title 18 United States Code §1961(5).

15  33.    Plaintiffs allege that the aforementioned pattern of racketeering activity

16  committed by said defendants is both related and continuous inasmuch as it is

17  designed and/or intended to cause damage and/or injury to the interest in business

1    and/or property of plaintiffs, and plaintiffs reasonably believe and apprehend that

2    such conduct shall and will continue prospectively with correlative long-term injury.

3        33A. Plaintiffs allege that Progressive Casualty engages in this alleged

4    artifice and scheme designed, intended, implemented and executed to wrongfully,

5    fraudulently, criminally and feloniously effectuating electronic funds transfers from

6    similarly situated insured customers. Plaintiffs furthermore allege that Progressive

7    Casualty declines to honour the terms and conditions of motor vehicle insurance

8    coverage in the aftermath of the complete and total destruction of the insured

9    customers' motor vehicles and continues to effectuate electronic funds transfers from

10   those insured customers. Plaintiffs allege that Progressive Casualty is engaged in a

11   course of conduct and pattern of practice constituting RICO §1961(5) pattern of

12   racketeering activity that is both continuous and related, in contravention of, ***inter***

13   ***alia***, Title 18 U.S.C. §1346, **_RE_**: intangible personal property right to receive

14   rendition of honest services for purposes of title 18 U.S.C. §§ 1341 and 1343.

15       *[RICO Section 1962©) Enterprises]*

16       34. Plaintiffs allege that each of the following configurations, for purposes

17   of plaintiffs' RICO §1962©) claims for relief, constitute a RICO "enterprise," as that

18   term is defined pursuant to Title 18 United States Code §1961(4) of the Racketeer

45 RACKETEER INFLUENCED and CORRUPT ORGANIZATIONS ACT OF 1970 [RICO][Title 18 United States Code §§1961, 1962(a), 1962(c), 1962(d), 1964(a), and 1964(b) et.seq.]; **_RE_**: RICO §1962(d) Conspiracy - ***Pinkerton v. United States***, 328 U.S. 640 (1946) – ***Pinkerton*** Doctrine **_RE_**:Mediate Causality Predicated RICO §1962(d) Multiple Conspiracy Litigation

1  Influenced and Corrupt Organizations Act of 1970 ["RICO"][Title 18 U.S.C.

2  §1961(4)] and within the strictures of *Boyle v. United States*, 129 S. Ct. 2237 (2009)

3  and *Odom v. Microsoft Corp*., 486 F.3d 541 (9 Cir. 2007)(en banc):

4      ***A.    RICO Enterprise No. 1***: Plaintiffs allege that at and during all

5          times material herein, and continuing up through and including the date

6          of the initiation of these federal proceedings, defendants have engaged,

7          and continue to engage, in felonious, criminal and wrongful conduct as

8          alleged herein, constituting commission of RICO "racketeering

9          activity," as statutorily defined pursuant to RICO 18 United States Code

10          §1961(1)(B), specifically, commission of federal mail fraud [Title 18

11          United States Code §1341], federal wire fraud [Title 18 United States

12          Code §1343],  and, federal racketeering [Title 18 United States Code

13          §1952], and were employed by or associated with the operation of a

14          RICO association-in-fact enterprise, as statutorily defined pursuant to

15          RICO 18 United States Code §1961(4), specifically, Progressive

16          Casualty and Progressive, for purposes of RICO §1962(c), whose

17          activities affect federal interstate and/or in foreign commerce.

18      35.   Plaintiffs allege that in conducting the business and affairs of the RICO

46 RACKETEER INFLUENCED and CORRUPT ORGANIZATIONS ACT OF 1970 [RICO][Title 18 United States Code §§1961, 1962(a), 1962(c), 1962(d), 1964(a), and 1964(b) et.seq.]; ___RE___: RICO §1962(d) Conspiracy - *Pinkerton v. United States*, 328 U.S. 640 (1946) – *Pinkerton* Doctrine ___RE___:Mediate Causality Predicated RICO §1962(d) Multiple Conspiracy Litigation

1  § 1961(4) enterprise, and in committing the acts, omissions, misrepresentations, and

2  breaches referred to herein between September, 2020, and continuing up through

3  and including the initiation of these proceedings, RICO defendants engaged in a

4  RICO pattern of racketeering activity in contravention of Title 18 United States Code

5  §1962©) inasmuch as said RICO defendants was employed by, or associated with,

6  said RICO enterprise that are engaged in activities that affect federal interstate and/or

7  foreign commerce, and conducted such RICO enterprise affairs by and through a

8  RICO pattern of racketeering activity.

9                                  *[RICO Recovery]*

10      36.    Plaintiffs are entitled to recover, pursuant to Title 18 United States Code

11  §1964©), treble damages in the amount to be determined by offer of proof at time

12  of trial. Plaintiffs are also entitled to recover attorneys' fees and costs of this

13  litigation, as well as damages arising from lost profits and/or lost business

14  opportunities attributable to the activities engaged in by defendants committed in

15  furtherance of the Racketeer Influenced and Corrupt Organizations Act of 1970

16  ["RICO"] [Title 18 U.S.C. §1961 et.seq.].

17          ///

47 RACKETEER INFLUENCED and CORRUPT ORGANIZATIONS ACT OF 1970 [RICO][Title 18 United States Code §§1961, 1962(a), 1962(c), 1962(d), 1964(a), and 1964(b) et.seq.]; __*RE*__: RICO §1962(d) Conspiracy - ***Pinkerton v. United States***, 328 U.S. 640 (1946) – ***Pinkerton*** Doctrine __*RE*__:Mediate Causality Predicated RICO §1962(d) Multiple Conspiracy Litigation

1        ***SECOND CLAIM FOR RELIEF***

2    ***[For RICO Aiding and Abetting Primary Contravention of RICO Section***

3    ***1962©) of the Racketeer Influenced and Corrupt Organizations Act of 1970]***

4        ***["RICO"] [Title 18 United States Code §§ 2(a)-(b) and §1962©)]***

5                ***[Against All Defendants]***

6        37.    For Plaintiffs' Second Claim for Relief, plaintiffs reallege and

7    incorporate Paragraphs 1 through 27, and each and every claim for relief asserted

8    pursuant to the federal Racketeer Influenced and Corrupt Organizations Act of 1970

9    ["RICO"] [Title 18 U.S.C. §§ 1961 et.seq.].

10        38.    Plaintiffs allege that the defendants employed the federal mail and/or

11    federal interstate wires, as well as engaged in federal racketeering, said racketeering

12    activity as alleged herein, to aid and abet the primary RICO § 1962©) contraventions

13    committed by defendants as alleged herein above.

14        39.    Plaintiffs allege that defendants were knowledgeable and aware of the

15    commission of the primary RICO contraventions committed, and that said

16    defendants substantially assisted in the commission of the primary RICO

17    contraventions by defendants, thereby deriving a benefit as a result to the detriment

18    of plaintiffs.

48 RACKETEER INFLUENCED and CORRUPT ORGANIZATIONS ACT OF 1970 [RICO][Title 18 United States Code §§1961, 1962(a), 1962(c), 1962(d), 1964(a), and 1964(b) et.seq.]; ***RE***: RICO §1962(d) Conspiracy - ***Pinkerton v. United States***, 328 U.S. 640 (1946) – ***Pinkerton*** Doctrine ***RE***:Mediate Causality Predicated RICO §1962(d) Multiple Conspiracy Litigation

1

2                                    *[RICO Recovery]*

3        40.     Plaintiffs are entitled to recover, pursuant to Title 18 United States Code

4    §1964©), treble damages in the amount to be determined by offer of proof at time

5    of trial. Plaintiffs are also entitled to recover attorneys' fees and costs of this

6    litigation, as well as damages arising from lost profits and/or lost business

7    opportunities attributable to the activities engaged in by defendants committed in

8    furtherance of the Racketeer Influenced and Corrupt Organizations Act of 1970

9    ["RICO"][Title 18 U.S.C. §1961 et.seq.].

10   ///

11   ///

12   ///

13   ///

14   ///

15   ///

16   ///

49 RACKETEER INFLUENCED and CORRUPT ORGANIZATIONS ACT OF 1970
[RICO][Title 18 United States Code §§1961, 1962(a), 1962(c), 1962(d), 1964(a), and 1964(b)
et.seq.]; **_RE_**: RICO §1962(d) Conspiracy - ***Pinkerton v. United States***, 328 U.S. 640 (1946) –
***Pinkerton*** Doctrine **_RE_**:Mediate Causality Predicated RICO §1962(d) Multiple Conspiracy
Litigation

***THIRD CLAIM FOR RELIEF***

***[For Contravention of RICO Section 1962©) of the Racketeer Influenced***

***and Corrupt Organizations Act of 1970]***

***["RICO"]***

***[Title 18 United States Code §1962©)]***

***[Respondeat Superior\Derivative Liability]***

***[Against Progressive Only]***

41.    For Plaintiffs' Third Claim for Relief, plaintiffs reallege and incorporate

Paragraph 1 through 27, and each and every claim for relief asserted pursuant to the

federal Racketeer Influenced and Corrupt Organizations Act of 1970 ["RICO"][Title

18 U.S.C. §§ 1961 et.seq.].

***[RICO Respondeat Superior/Derivative Liability Contentions]***

42.    Plaintiffs allege that during and at all times material herein various

individuals and persons functioned and served in the capacities of agent, employee,

director, designee, officer, co-managing general partner, general partner,

representative, managing member, co-managing member, member, and/or servant

upon behalf of Progressive, the parent corporation of Progressive Casualty, engaged

in the fraudulent and felonious conduct in such representative capacities, and that as

a proximate result thereof, the entity derived a benefit thereby.

50 RACKETEER INFLUENCED and CORRUPT ORGANIZATIONS ACT OF 1970
[RICO][Title 18 United States Code §§1961, 1962(a), 1962(c), 1962(d), 1964(a), and 1964(b)
et.seq.]; ***RE***: RICO §1962(d) Conspiracy - ***Pinkerton v. United States***, 328 U.S. 640 (1946) –
***Pinkerton*** Doctrine ***RE***:Mediate Causality Predicated RICO §1962(d) Multiple Conspiracy
Litigation

1    43.    Plaintiffs allege that Progressive exercised control, management, and/or

2    direction of Progressive Casualty, and the various persons and individuals relative

3    to the complained of fraudulent and felonious activities, with the intent to harm

4    plaintiffs in plaintiffs' business and/or property interests.

5    44.    Plaintiffs allege that the fraudulent activities engaged in by Progressive

6    Casualty injured and/or damaged plaintiffs' business interests and activities and/or

7    properties in connection with plaintiffs' business activities that affect federal

8    commerce.

9    45.    Plaintiffs allege that the commission of the afore described extortionate,

10    fraudulent, and criminally felonious activities by said individuals employed by or

11    associated with Progressive, and therefore Progressive is vicariously and

12    derivatively liable for contravening RICO Section 1962©).

13    46.    Plaintiffs further allege that Progressive ratified, authorized,

14    acquiesced, and/or consented to the wrongful conduct of certain persons and

15    individuals that proximately caused the injuries sustained by plaintiffs to plaintiffs'

16    interests in business and/or property.

17    ///

51 RACKETEER INFLUENCED and CORRUPT ORGANIZATIONS ACT OF 1970 [RICO][Title 18 United States Code §§1961, 1962(a), 1962(c), 1962(d), 1964(a), and 1964(b) et.seq.]; **_RE_**: RICO §1962(d) Conspiracy - **_Pinkerton v. United States_**, 328 U.S. 640 (1946) – **_Pinkerton_** Doctrine **_RE_**:Mediate Causality Predicated RICO §1962(d) Multiple Conspiracy Litigation

1    ***[RICO Recovery]***

2        47.    Plaintiffs are entitled to recover, pursuant to Title 18 United States Code

3    §1964©), treble damages in the amount to be determined by offer of proof at time

4    of trial. Plaintiffs are also entitled to recover attorneys' fees and costs of this

5    litigation, as well as damages arising from lost profits and/or lost business

6    opportunities attributable to the activities engaged in by defendants committed in

7    furtherance of the Racketeer Influenced and Corrupt Organizations Act of 1970

8    ["RICO"][Title 18 U.S.C. § 1961 et.seq.].

9    ///

10    ///

11    ///

12    ///

13    ///

14    ///

15    ///

16    ///

52 RACKETEER INFLUENCED and CORRUPT ORGANIZATIONS ACT OF 1970 [RICO][Title 18 United States Code §§1961, 1962(a), 1962(c), 1962(d), 1964(a), and 1964(b) et.seq.]; ___**RE**___: RICO §1962(d) Conspiracy - ***Pinkerton v. United States***, 328 U.S. 640 (1946) – ***Pinkerton*** Doctrine ___**RE**___:Mediate Causality Predicated RICO §1962(d) Multiple Conspiracy Litigation

1          ***FOURTH CLAIM FOR RELIEF***

2      ***[For RICO Aiding and Abetting a RICO Section 1962(d) Conspiracy***

3    ***Contravention of RICO Section 1962©) of the Racketeer Influenced and***

4                ***Corrupt Organizations Act of 1970]***

5                          ***["RICO"]***

6      ***[Title 18 United States Code §§ 2(a)-(b) and §§1962(c)-1962(d)]***

7                    ***[Against All Defendants]***

8          48.    For Plaintiffs' Fourth Claim for Relief, plaintiffs reallege and

9    incorporate Paragraphs 1 through 27, and each and every claim for relief asserted

10   pursuant to the federal Racketeer Influenced and Corrupt Organizations Act of 1970

11   ["RICO"][Title 18 U.S.C. §§ 1961 et.seq.].

12         49.    Plaintiffs allege that defendants employed the federal mails and/or

13   federal interstate wires, as well as engaged in racketeering activity as alleged herein,

14   to aid and abet the primary RICO § 1962©) contraventions committed by defendants

15   and other RICO persons unknown to plaintiffs as alleged herein above.

16         50.    Plaintiffs allege that the defendants were knowledgeable and aware of

17   the commission of the primary RICO contraventions committed, and those

18   defendants substantially assisted in the commission of the primary RICO

53 RACKETEER INFLUENCED and CORRUPT ORGANIZATIONS ACT OF 1970 [RICO][Title 18 United States Code §§1961, 1962(a), 1962(c), 1962(d), 1964(a), and 1964(b) et.seq.]; ***RE***: RICO §1962(d) Conspiracy - ***Pinkerton v. United States***, 328 U.S. 640 (1946) – ***Pinkerton*** Doctrine ***RE***:Mediate Causality Predicated RICO §1962(d) Multiple Conspiracy Litigation

1  contraventions, thereby deriving a monetary benefit as a result to the detriment of

2  plaintiffs.

3      51.    Plaintiffs allege that defendants aided and abetted a RICO Section

4  1962(d) conspiracy between said defendants to contravene RICO Section 1962©) to

5  injure and/or damage Plaintiffs' interests in business and/or property.

6                              *[RICO Recovery]*

7      52.    Plaintiffs are entitled to recover, pursuant to Title 18 United States Code

8  §1964©), treble damages in the amount to be determined by offer of proof at time

9  of trial. Plaintiffs are also entitled to recover attorneys' fees and costs of this

10  litigation, as well as damages arising from lost profits and/or lost business

11  opportunities attributable to the activities engaged in by defendants committed in

12  furtherance of the Racketeer Influenced and Corrupt Organizations Act of 1970

13  ["RICO"] [Title 18 U.S.C. §1961 et.seq.].

14  ///

15  ///

16  ///

17  ///

54 RACKETEER INFLUENCED and CORRUPT ORGANIZATIONS ACT OF 1970 [RICO][Title 18 United States Code §§1961, 1962(a), 1962(c), 1962(d), 1964(a), and 1964(b) et.seq.]; **RE**: RICO §1962(d) Conspiracy - ***Pinkerton v. United States***, 328 U.S. 640 (1946) – ***Pinkerton*** Doctrine **RE**:Mediate Causality Predicated RICO §1962(d) Multiple Conspiracy Litigation

*FIFTH CLAIM FOR RELIEF*

*[For Commission of Conspiratorial Contravention of RICO Section 1962©) of*

*the Racketeer Influenced and Corrupt Organizations Act of 1970]*

*["RICO"]*

*[Title 18 United States Code §1962©)]*

*[RE: RICO Section 1962(d)\Pinkerton Doctrine]*

*[RE: Pinkerton, v. United States, 328 U.S. 640 (1946)*

*and*

*Salinas, v. United States, 522 U.S. 52 (1997) Conspiratorial Liability]*

*[Against All Defendants – RICO Intra-Corporate Conspiracy]*

53.    For Plaintiffs' Fifth Claim for Relief, plaintiffs reallege and incorporate

Paragraphs 1 through 27, and each and every claim for relief asserted pursuant to the

federal Racketeer Influenced and Corrupt Organizations Act of 1970["RICO"][Title

18 U.S.C. §§ 1961 et.seq.].

*[RICO §1962(d) Conspiratorial Liability Contentions]*

54.    Plaintiffs allege that commencing in September, 2020, and during and

at all times material herein thereafter, defendants mutually agreed to engage in the

aforementioned racketeering activities and/or wrongful conduct giving rise to the

RICO Section 1962©) contraventions, that the objective of that mutual agreement

was to injure, damage, and/or destroy plaintiffs' interests in business and/or property,

1  and that such conspiratorial conduct constitutes contravention of RICO Section

2  1962(d).

3      55.    Plaintiffs allege that defendants employed the federal mails and/or

4  federal interstate wires, as well as engaged in racketeering activity as alleged herein,

5  to aid and abet the primary RICO § 1962©) contraventions committed by defendants

6  and other RICO persons unknown to plaintiff as alleged herein above.

7      56.    Plaintiffs allege that the defendants were knowledgeable and aware of

8  the commission of the primary RICO contraventions committed, and that defendants

9  substantially assisted in the commission of the primary RICO contraventions,

10  thereby deriving a monetary benefit as a result to the detriment of plaintiffs.

11      57.    Plaintiffs allege that defendants aided and abetted a RICO Section

12  1962(d) conspiracy between said defendants to contravene RICO Section 1962©) to

13  injure and/or damage Plaintiffs' interests in business and/or property.

14      58.    Plaintiffs allege that defendants are conspiratorially liable under

15  application of the **Pinkerton** Doctrine [***Pinkerton, v. United States***, 328 U.S. 640

16  (1946) and ***Salinas, v. United States***, 522 U.S. 52 (1997)] for the commission of the

56 RACKETEER INFLUENCED and CORRUPT ORGANIZATIONS ACT OF 1970 [RICO][Title 18 United States Code §§1961, 1962(a), 1962(c), 1962(d), 1964(a), and 1964(b) et.seq.]; **_RE_**: RICO §1962(d) Conspiracy - ***Pinkerton v. United States***, 328 U.S. 640 (1946) – **_Pinkerton_** Doctrine **_RE_**:Mediate Causality Predicated RICO §1962(d) Multiple Conspiracy Litigation

1    substantive RICO Section 1962©) contraventions committed by defendants

2    inasmuch as:

3            A.    Defendants engaged in the fraudulent activities that constitute the

4            RICO §1961(5) pattern of racketeering activity;

5    B.    Defendants are members of the RICO §1962(d) conspiracy designed

6            and intended to contravene RICO § 1962©);

7    C.    Defendants engaged in activities in furtherance of advancing and

8            promoting the RICO §1962(d) conspiracy designed and intended to

9            contravene RICO § 1962©);

10    D.    Defendants are members of the RICO §1962(d) conspiracy at and

11            during the time frame the fraudulent and extortionate activities were

12            committed that constitute the RICO §1961(5) pattern of racketeering

13            activity; and,

14    E.    The offense fell within the scope of the unlawful agreement and could

15            reasonably have been foreseen to be a necessary or natural consequence

16            of the unlawful agreement.

17    ///

57 RACKETEER INFLUENCED and CORRUPT ORGANIZATIONS ACT OF 1970 [RICO][Title 18 United States Code §§1961, 1962(a), 1962(c), 1962(d), 1964(a), and 1964(b) et.seq.]; *__RE__*: RICO §1962(d) Conspiracy - ***Pinkerton v. United States***, 328 U.S. 640 (1946) – ***Pinkerton*** Doctrine *__RE__*:Mediate Causality Predicated RICO §1962(d) Multiple Conspiracy Litigation

1

*[RICO Recovery]*

2    59.    Plaintiffs are entitled to recover, pursuant to Title 18 United States Code

3    §1964©), treble damages in the amount to be determined by offer of proof at time

4    of trial. Plaintiffs are also entitled to recover attorneys' fees and costs of this

5    litigation, as well as damage arising from lost profits and/or lost business

6    opportunities attributable to the activities engaged in by defendants committed in

7    furtherance of the Racketeer Influenced and Corrupt Organizations Act of 1970

8    ["RICO"] [Title 18 U.S.C. §1961 et.seq.].

9    ///

10    ///

11    ///

12    ///

13    ///

14    ///

15    ///

16    ///

58 RACKETEER INFLUENCED and CORRUPT ORGANIZATIONS ACT OF 1970 [RICO][Title 18 United States Code §§1961, 1962(a), 1962(c), 1962(d), 1964(a), and 1964(b) et.seq.]; **_RE_**: RICO §1962(d) Conspiracy - **_Pinkerton v. United States_**, 328 U.S. 640 (1946) – **_Pinkerton_** Doctrine **_RE_**:Mediate Causality Predicated RICO §1962(d) Multiple Conspiracy Litigation

***SIXTH CLAIM FOR RELIEF***

***[For Commission of Conspiratorial Contravention of RICO Section 1962©) of***

***the Racketeer Influenced and Corrupt Organizations Act of 1970]***

***["RICO"] RE: RICO §1962(d) Conspiracy to Commit RICO Aiding and***

***Abetting***

***[Title 18 United States Code §1962©)]***

***[RE: RICO Section 1962(d)\Pinkerton Doctrine]***

***[RE: Pinkerton, v. United States, 328 U.S. 640 (1946)***

***and***

***Salinas, v. United States, 522 U.S. 52 (1997) Conspiratorial Liability]***

***[Against All Defendants]***

60.     For Plaintiffs' Sixth Claim for Relief, plaintiffs reallege and incorporate

Paragraph 1 through 27, and each and every claim for relief asserted pursuant to the

federal Racketeer Influenced and Corrupt Organizations Act of 1970 ["RICO"][Title

18 U.S.C. §§ 1961 et.seq.].

***[RICO Conspiratorial Liability Contentions]***

61.     Plaintiffs allege that commencing in September 2020, and during and

at all times material herein thereafter, defendants mutually agreed to engage in the

aforementioned racketeering activities and/or wrongful conduct giving rise to the

RICO Section 1962©) contraventions, that the objective of that mutual agreement

59 RACKETEER INFLUENCED and CORRUPT ORGANIZATIONS ACT OF 1970 [RICO][Title 18 United States Code §§1961, 1962(a), 1962(c), 1962(d), 1964(a), and 1964(b) et.seq.]; ***RE***: RICO §1962(d) Conspiracy - ***Pinkerton v. United States***, 328 U.S. 640 (1946) – ***Pinkerton*** Doctrine ***RE***:Mediate Causality Predicated RICO §1962(d) Multiple Conspiracy Litigation

1    was to destroy plaintiff's interests in business and/or property, and that such

2    conspiratorial conduct constitutes contravention of RICO Section 1962(d).

3    62.    Plaintiffs allege that the defendants employed the federal mails and/or

4    federal interstate wires, as well as engaged in racketeering activity as alleged herein,

5    to aid and abet the primary RICO § 1962©) contraventions committed by defendants

6    as alleged herein above.

7    63.    Plaintiffs allege that defendants were knowledgeable and aware of the

8    commission of the primary RICO contraventions committed, and that said

9    defendants substantially assisted in the commission of the primary RICO

10    contraventions by defendants, thereby deriving a monetary benefit as a result to the

11    detriment of plaintiffs.

12    64.    Plaintiffs allege that defendants are conspiratorially liable under

13    application of the **Pinkerton** Doctrine [**Pinkerton, v. United States**, 328 U.S. 640

14    (1946) and **Salinas, v. United States**, 522 U.S. 52 (1997)] for the substantive RICO

15    Section 1962©) contraventions committed by defendants inasmuch as:

60 RACKETEER INFLUENCED and CORRUPT ORGANIZATIONS ACT OF 1970 [RICO][Title 18 United States Code §§1961, 1962(a), 1962(c), 1962(d), 1964(a), and 1964(b) et.seq.]; **_RE_**: RICO §1962(d) Conspiracy - **Pinkerton v. United States**, 328 U.S. 640 (1946) – **Pinkerton** Doctrine **_RE_**:Mediate Causality Predicated RICO §1962(d) Multiple Conspiracy Litigation

1          A.     Defendants engaged in the fraudulent activities that constitute the

2                  RICO §1961(5) pattern of racketeering activity;

3          B.     Defendants are members of the RICO §1962(d) conspiracy

4                  designed and intended to contravene RICO § 1962©);

5          C.     Defendants engaged in activities in furtherance of advancing

6                  and promoting the RICO §1962(d) conspiracy designed and

7                  intended to contravene RICO § 1962©);

8          D.     Defendants are members of the RICO §1962(d) conspiracy

9                  at and during the time frame the fraudulent activities were

10                committed that constitute the RICO §1961(5) pattern of

11                racketeering activity; and,

12          E.     The offense fell within the scope of the unlawful agreement

13                and could reasonably have been foreseen to be a necessary or

14                natural consequence of the unlawful agreement.

15    ///

16    ///

61 RACKETEER INFLUENCED and CORRUPT ORGANIZATIONS ACT OF 1970 [RICO][Title 18 United States Code §§1961, 1962(a), 1962(c), 1962(d), 1964(a), and 1964(b) et.seq.]; **_RE_**: RICO §1962(d) Conspiracy - **_Pinkerton v. United States_**, 328 U.S. 640 (1946) – **_Pinkerton_** Doctrine **_RE_**:Mediate Causality Predicated RICO §1962(d) Multiple Conspiracy Litigation

1    *[RICO Recovery]*

2    65.    Plaintiffs are entitled to recover, pursuant to Title 18 United States Code

3    §1964©), treble damages in the amount to be determined by offer of proof at time

4    of trial. Plaintiffs are also entitled to recover attorneys' fees and costs of this

5    litigation, as well as damages arising from lost profits and/or lost business

6    opportunities attributable to the activities engaged in by defendants committed in

7    furtherance of the Racketeer Influenced and Corrupt Organizations Act of 1970

8    ["RICO"] [Title 18 U.S.C. §1961 et.seq.].

9    ///

10   ///

11   ///

12   ///

13   ///

14   ///

15   ///

16   ///

62 RACKETEER INFLUENCED and CORRUPT ORGANIZATIONS ACT OF 1970 [RICO][Title 18 United States Code §§1961, 1962(a), 1962(c), 1962(d), 1964(a), and 1964(b) et.seq.]; **RE**: RICO §1962(d) Conspiracy - ***Pinkerton v. United States***, 328 U.S. 640 (1946) – ***Pinkerton*** Doctrine **RE**:Mediate Causality Predicated RICO §1962(d) Multiple Conspiracy Litigation

*VII.*

*RICO §1962(d) CONSPIRACY PREMISED AND PREDICATED CLAIMS ADVANCED THROUGH INVOCATION OF THE CONCEPT OF MEDIATE CAUSATION and THE <u>PINKERTON</u> DOCTRINE*

*SEVENTH CLAIM FOR RELIEF*

*[For Commission of Conspiratorial Contravention of RICO Section 1962©) of the Racketeer Influenced and Corrupt Organizations Act of 1970]*

*["RICO"][Title 18 United States Code §1962©)]*

*RE: <u>Mediate Causation</u>*

*[RE: RICO Section 1962(d)\Pinkerton Doctrine]*

*[RE: Pinkerton, v. United States, 328 U.S. 640 (1946)*

*and*

*Salinas, v. United States, 522 U.S. 52 (1997) Conspiratorial Liability]*

*[Against All Defendants - RICO <u>Intra-Corporate</u> Conspiracy]*

66.    For Plaintiffs' Seventh Claim for Relief, plaintiffs reallege and incorporate Paragraphs 1 through 27, and each and every claim for relief asserted pursuant to the federal Racketeer Influenced and Corrupt Organizations Act of 1970 ["RICO"][Title 18 U.S.C. §§ 1961 et.seq.].

*[RICO §1962(d) Conspiratorial Liability Contentions]*

67.    Plaintiffs allege that commencing in September 2020, and during and at all times material herein thereafter, defendants mutually agreed to engage in the aforementioned racketeering activities and/or wrongful conduct giving rise to the

1    RICO Section 1962©) contraventions, that the objective of that mutual agreement

2    was to injure, damage, and/or destroy plaintiffs' interests in business and/or property,

3    and that such conspiratorial conduct constitutes contravention of RICO Section

4    1962(d).

5        68.    Plaintiffs allege that defendants employed the federal mails and/or

6    federal interstate wires, as well as engaged in racketeering activity as alleged herein,

7    to aid and abet the primary RICO § 1962©) contraventions committed by defendants

8    and other RICO persons unknown to plaintiff as alleged herein above.

9        69.    Plaintiffs allege that the defendants were knowledgeable and aware of

10   the commission of the primary RICO contraventions committed, and that defendants

11   substantially assisted in the commission of the primary RICO contraventions,

12   thereby deriving a monetary benefit as a result to the detriment of plaintiffs.

13       70.    Plaintiffs allege that defendants aided and abetted a RICO Section

14   1962(d) conspiracy between said defendants to contravene RICO Section 1962©) to

15   injure and/or damage Plaintiffs' interests in business and/or property.

16       ///

64 RACKETEER INFLUENCED and CORRUPT ORGANIZATIONS ACT OF 1970 [RICO][Title 18 United States Code §§1961, 1962(a), 1962(c), 1962(d), 1964(a), and 1964(b) et.seq.]; **_RE_**: RICO §1962(d) Conspiracy - **_Pinkerton v. United States_**, 328 U.S. 640 (1946) – **_Pinkerton_** Doctrine **_RE_**:Mediate Causality Predicated RICO §1962(d) Multiple Conspiracy Litigation

1    *[Mediate Causation Predicated Affiliative Conspiratorial Liability and <u>Pinkerton</u>*

2    *<u>Doctrine</u> Applicability]*

3    71.    Plaintiffs allege that during all times material herein that defendants,

4    acting in concert with each other, and acting with persons unknown, engaged in

5    conspiratorial activities designed, formulated, intended, and executed to achieve

6    their conspiratorial objective as alleged herein.

7    72.    Plaintiffs allege that the affiliative associational collaborative concerted

8    actions of defendants, and those acting with defendants unknown to plaintiffs, are

9    conspiratorially liable, jointly and severally, by invocation and application of the

10    concept of mediate causation.

11    72A.    Plaintiffs allege that defendants are conspiratorially liable for

12    contravention of RICO §1962(d) by application and invocation of mediate causation.

13    Plaintiffs allege that "mediate causation" denotes instances in which an individual's

14    actions can be deemed to have exerted some causal effect upon another's conduct.

15    It resolves the problem of attempting to identify the extent to which one person's

16    acts actually affected another's conduct by making it possible, under certain

17    circumstances, to assume a causal effect that is sufficient to support imposition of

18    criminal liability.

65 RACKETEER INFLUENCED and CORRUPT ORGANIZATIONS ACT OF 1970
[RICO][Title 18 United States Code §§1961, 1962(a), 1962(c), 1962(d), 1964(a), and 1964(b)
et.seq.]; <u>**RE**</u>: RICO §1962(d) Conspiracy - *Pinkerton v. United States*, 328 U.S. 640 (1946) –
***Pinkerton*** Doctrine <u>**RE**</u>:Mediate Causality Predicated RICO §1962(d) Multiple Conspiracy
Litigation

72B.         Plaintiffs that defendants are conspiratorially liable for contravention of RICO §1962(d) by application of and by invocation investing the concept of mediate causation. Plaintiffs furthermore allege that the concerted, orchestrated, and coordinated activities and conduct of these RICO defendants exerted a causal effect on another's conduct.  Application of this conception of causation avoids the difficult task of specifying the actual effect such acts had on another's conduct by making it possible to assume a causal effect sufficient to support liability.  The result is the imposition of RICO § 1962(d) conspiratorial criminal liability that comports with traditional requirements by including the element of demonstrable personal fault.

73.    Plaintiffs allege that defendants are conspiratorially liable for contravention of the RICO §1962(d) conspiratorial prohibition arising from contravention of RICO §1962(c), by and through application of mediate causation.

74.    Plaintiffs allege that defendants are conspiratorially liable under application of the **Pinkerton** Doctrine [**Pinkerton, v. United States**, 328 U.S. 640 (1946) and **Salinas v. United States**, 522 U.S. 52 (1997)] for the commission of the substantive RICO Section 1962©) contraventions committed by defendants inasmuch as:

66 RACKETEER INFLUENCED and CORRUPT ORGANIZATIONS ACT OF 1970 [RICO][Title 18 United States Code §§1961, 1962(a), 1962(c), 1962(d), 1964(a), and 1964(b) et.seq.]; **_RE_**: RICO §1962(d) Conspiracy - **Pinkerton v. United States**, 328 U.S. 640 (1946) – **Pinkerton** Doctrine **_RE_**:Mediate Causality Predicated RICO §1962(d) Multiple Conspiracy Litigation

1    A.    Defendants engaged in the fraudulent activities that constitute the

2          RICO §1961(5) pattern of racketeering activity;

3    B.    Defendants are members of the RICO §1962(d) conspiracy

4          designed and intended to contravene RICO § 1962©);

5    C.    Defendants engaged in activities in furtherance of advancing and

6          promoting the RICO §1962(d) conspiracy designed and intended

7          to contravene RICO § 1962©);

8    D.    Defendants are members of the RICO §1962(d) conspiracy at

9          and during the time frame the fraudulent and extortionate

10         activities were committed that constitute the RICO §1961(5)

11         pattern of racketeering activity; and,

12   E.    The offense fell within the scope of the unlawful agreement and

13         could reasonably have been foreseen to be a necessary or natural

14         consequence of the unlawful agreement.

15   ///

16   ///

67 RACKETEER INFLUENCED and CORRUPT ORGANIZATIONS ACT OF 1970 [RICO][Title 18 United States Code §§1961, 1962(a), 1962(c), 1962(d), 1964(a), and 1964(b) et.seq.]; **_RE_**: RICO §1962(d) Conspiracy - **_Pinkerton v. United States_**, 328 U.S. 640 (1946) – **_Pinkerton_** Doctrine **_RE_**:Mediate Causality Predicated RICO §1962(d) Multiple Conspiracy Litigation

1

*[RICO Recovery]*

2   75.    Plaintiffs are entitled to recover, pursuant to Title 18 United States Code

3   §1964©), treble damages in the amount to be determined by offer of proof at time

4   of trial. Plaintiffs are also entitled to recover attorneys' fees and costs of this

5   litigation, as well as damages arising from lost profits and/or lost business

6   opportunities attributable to the activities engaged in by defendants committed in

7   furtherance of the Racketeer Influenced and Corrupt Organizations Act of 1970

8   ["RICO"] [Title 18 U.S.C. §1961 et.seq.].

9   ///

10   ///

11   ///

12   ///

13   ///

14   ///

15   ///

16   ///

68 RACKETEER INFLUENCED and CORRUPT ORGANIZATIONS ACT OF 1970
[RICO][Title 18 United States Code §§1961, 1962(a), 1962(c), 1962(d), 1964(a), and 1964(b)
et.seq.]; **_RE_**: RICO §1962(d) Conspiracy - *Pinkerton v. United States*, 328 U.S. 640 (1946) –
*Pinkerton* Doctrine **_RE_**:Mediate Causality Predicated RICO §1962(d) Multiple Conspiracy
Litigation

*EIGHTH CLAIM FOR RELIEF*

*[For Commission of Primary Contravention of RICO Section 1962(a) of the*

*Racketeer Influenced and Corrupt Organizations Act of 1970]*

*["RICO"]*

*[Title 18 United States Code §1962(a)]*

*[Against All Defendants]*

76.    For Plaintiffs' Eighth Claim for Relief, plaintiffs reallege and incorporate Paragraphs 1 through 27, and each and every claim for relief asserted pursuant to the federal Racketeer Influenced and Corrupt Organizations Act of 1970 ["RICO"][Title 18 U.S.C. §§ 1961 et.seq.].

*RICO Title 18 United States Code Section 1961(B) Predicate Offense*

*Contraventions re: Title 18 U.S.C. §§ 2, 1341, 1343, 1346,  and 1952]*

*Federal Principal and Aider and Abettor Liability: Title 18 U.S.C.A. §2(a)-(b)*

*Federal Principal and Aider and Abettor Liability*

*re: Aiding and Abetting A Conspiracy: Title 18 U.S.C.A. §2(a)-(b)*

*Federal Principal and Aider and Abettor Liability*

*re: Conspiracy to Commit Aiding and Abetting: Title 18 U.S.C.A. §2(a)-(b)*

*Federal Mail Fraud: Title 18 U.S.C.A. §1341*

*Federal Mail Fraud re: Aiding and Abetting: Title 18 U.S.C.A. §1341*

*Federal Mail Fraud re: Conspiracy: Title 18 U.S.C.A. §1341*

*Federal Mail Fraud re: Conspiracy to Aid and Abet: Title 18 U.S.C.A. §1341*

*Federal Mail Fraud re: Aiding and Abetting a Conspiracy:*

69 RACKETEER INFLUENCED and CORRUPT ORGANIZATIONS ACT OF 1970 [RICO][Title 18 United States Code §§1961, 1962(a), 1962(c), 1962(d), 1964(a), and 1964(b) et.seq.]; ___RE___: RICO §1962(d) Conspiracy - *Pinkerton v. United States*, 328 U.S. 640 (1946) – *Pinkerton* Doctrine ___RE___:Mediate Causality Predicated RICO §1962(d) Multiple Conspiracy Litigation

1    *Title 18 U.S.C.A. §1341*

2    *Federal Wire Fraud: Title 18 U.S.C.A. §1343*

3    *Federal Wire Fraud re: Aiding and Abetting: Title 18 U.S.C.A. §1343*

4    *Federal Wire Fraud re: Conspiracy: Title 18 U.S.C.A. §1343*

5    *Federal Wire  Fraud re: Conspiracy to Aid and Abet: Title 18 U.S.C.A. §1343*

6    *Federal Wire  Fraud re: Aiding and Abetting a Conspiracy:*

7    *Title 18 U.S.C.A. §1343*

8    *Federal Intangible Personal Property Right Deprivation: Title 18 U.S.C.A.*
9    *§1346*

10    *Federal Racketeering :Title 18 U.S.C.A. §1952*

11    *Federal Racketeering re: Aiding and Abetting: Title 18 U.S.C.A. §1952*

12    *Federal Racketeering re: Conspiracy: Title 18 U.S.C.A. §1952*

13    *Federal Racketeering re: Conspiracy to Aid and Abet: Title 18 U.S.C.A. §1952*

14    *Federal Racketeering re: Aiding and Abetting a Conspiracy:*

15    *Title 18 U.S.C.A. §1952*

16    77.    Plaintiffs allege that defendants engaged in the aforementioned

17    activities, with the intent to harm plaintiffs' interest  in business and/or property.

18    Plaintiffs allege that the fraudulent activity engaged by  defendants  injured

19    plaintiffs' interests in business and/or property in connection with their business

20    activities that affect federal interstate commerce, resulting in loss of plaintiffs'

21    property interests, business opportunities, and monies.

22    ///

70 RACKETEER INFLUENCED and CORRUPT ORGANIZATIONS ACT OF 1970 [RICO][Title 18 United States Code §§1961, 1962(a), 1962(c), 1962(d), 1964(a), and 1964(b) et.seq.]; **_RE_**: RICO §1962(d) Conspiracy - **_Pinkerton v. United States_**, 328 U.S. 640 (1946) – **_Pinkerton_** Doctrine **_RE_**:Mediate Causality Predicated RICO §1962(d) Multiple Conspiracy Litigation

1    *[RICO Title 18 United States Code § 1961(5) Pattern of Racketeering Activity]*

2    78.    Plaintiffs allege that the afore described activities constitute conduct

3    engaged in by defendants  to  deprive  plaintiffs of their  interest in business and/or

4    property, by and through commission of federal mail fraud, federal wire fraud,  and

5    federal racketeering, and are therefore indictable as "racketeering activity," as that

6    term is defined  pursuant to Title 18 United  States  Code §1961(1)(B), and in

7    contravention of, **inter alia**, Title 18 U.S.C. §1346, **_RE_**: intangible personal property

8    right to receive rendition of honest services for purposes of title 18 U.S.C. §§ 1341

9    and 1343.

10    79.    Plaintiffs allege that the course of  conduct engaged  in by said

11    defendants constitute both continuity  and  relatedness of the racketeering activity,

12    thereby constituting a "pattern of racketeering activity, as that term is defined

13    pursuant to Title 18 United State Code §1961(5).

14    79A. Plaintiffs allege that Progressive Casualty engages in this alleged

15    artifice and scheme designed, intended, implemented and executed to wrongfully,

16    fraudulently, criminally and feloniously effectuating electronic funds transfers from

17    similarly situated insured customers. Plaintiffs furthermore allege that Progressive

18    Casualty declines to honour the terms and conditions of motor vehicle insurance

71 RACKETEER INFLUENCED and CORRUPT ORGANIZATIONS ACT OF 1970 [RICO][Title 18 United States Code §§1961, 1962(a), 1962(c), 1962(d), 1964(a), and 1964(b) et.seq.]; **_RE_**: RICO §1962(d) Conspiracy - **_Pinkerton v. United States_**, 328 U.S. 640 (1946) – **_Pinkerton_** Doctrine **_RE_**:Mediate Causality Predicated RICO §1962(d) Multiple Conspiracy Litigation

1    coverage in the aftermath of the complete and total destruction of the insured

2    customers' motor vehicles and continues to effectuate electronic funds transfers from

3    those insured customers. Plaintiffs allege that Progressive Casualty is engaged in a

4    course of conduct and pattern of practice constituting RICO §1961(5) pattern of

5    racketeering activity that is both continuous and related.

6    80.    Plaintiffs allege that the afore described pattern of racketeering activity

7    committed by defendants is both related and continuous inasmuch as it is designed

8    and/or intended to  cause  damage and/or injury to the interest in business and/or

9    property of plaintiffs, and plaintiffs reasonably believe and apprehend that such

10   conduct shall and will continue prospectively with correlative long  term  injury.

11    *[RICO Section 1962(a) Enterprises and*

12    *RICO Section 1962(a) Enterprise Investment Injury]*

13   81.    Plaintiffs   allege   that defendants were employed by and associated

14   with others and engaged in conduct that constitutes a RICO §1961(5) pattern of

15   racketeering  activity.    Plaintiffs  furthermore  allege  that  defendants  were

16   knowledgeable and aware of the activities of these RICO §1961(4) enterprises, and

17   that defendants facilitated  and   furthered the RICO §1962(d) conspiracies alleged

18   herein, for the purpose and objective of damaging and/or injuring Plaintiff interests

19   in their businesses and/or properties.

72 RACKETEER INFLUENCED and CORRUPT ORGANIZATIONS ACT OF 1970 [RICO][Title 18 United States Code §§1961, 1962(a), 1962(c), 1962(d), 1964(a), and 1964(b) et.seq.]; __*RE*__: RICO §1962(d) Conspiracy - *Pinkerton v. United States*, 328 U.S. 640 (1946) – *Pinkerton* Doctrine __*RE*__:Mediate Causality Predicated RICO §1962(d) Multiple Conspiracy Litigation

82.    Plaintiffs allege that each of the following configurations constitute a RICO "enterprise," as that term is defined pursuant to Title 18 United States Code §1961(4) of the Racketeer Influenced and Corrupt Organizations Act of 1970 ["RICO"][Title 18 U.S.C. §1961(4)] and within the strictures of ***Boyle v. United States***, 129 S. Ct. 2237 (2009) and ***Odom v. Microsoft Corp***., 486 F.3d 541 (9th Cir. 2007)(***en banc***):

A.    ***<u>RICO Enterprise No. 1</u>***: Plaintiffs allege that at and during all times material herein, and continuing up through and including the date of the initiation of these federal proceedings, defendants have engaged, and continue to engage, in felonious, criminal and wrongful conduct as alleged herein, constituting commission of RICO "racketeering activity," as statutorily defined pursuant to RICO 18 United States Code §1961(1)(B), specifically, commission of federal mail fraud [Title 18 United States Code §1341], federal wire fraud [Title 18 United States Code §1343], and, federal racketeering [Title 18 United States Code §1952], and were employed by or associated with the operation of a RICO association-in-fact enterprise, as statutorily defined

73 RACKETEER INFLUENCED and CORRUPT ORGANIZATIONS ACT OF 1970 [RICO][Title 18 United States Code §§1961, 1962(a), 1962(c), 1962(d), 1964(a), and 1964(b) et.seq.]; ***<u>RE</u>***: RICO §1962(d) Conspiracy - ***Pinkerton v. United States***, 328 U.S. 640 (1946) – ***Pinkerton*** Doctrine <u>***RE***</u>:Mediate Causality Predicated RICO §1962(d) Multiple Conspiracy Litigation

1      pursuant to RICO 18 United States Code §1961(4), specifically,

2      Progressive Casualty and Progressive, for purposes of RICO

3      §1962(c), whose activities affect federal interstate and/or in

4      foreign commerce.

5    B.    ***RICO Enterprise No. 2***: Plaintiffs allege that at and during all

6      times material herein, and continuing up through and including

7      the date of the initiation of these federal proceedings, defendants

8      have engaged, and continue to engage, in felonious, criminal and

9      wrongful conduct as alleged herein, constituting commission of

10     RICO "racketeering activity," as statutorily defined pursuant to

11     RICO 18 United States Code §1961(1)(B), specifically,

12     commission of federal mail fraud [Title 18 United States Code

13     §1341], federal wire fraud [Title 18 United States Code §1343],

14     and, federal racketeering [Title 18 United States Code §1952],

15     and were employed by or associated with the operation of a

16     RICO enterprise, as statutorily defined pursuant to RICO 18

17     United States Code §1961(4), specifically, Progressive Casualty,

74 RACKETEER INFLUENCED and CORRUPT ORGANIZATIONS ACT OF 1970 [RICO][Title 18 United States Code §§1961, 1962(a), 1962(c), 1962(d), 1964(a), and 1964(b) et.seq.]; ___RE___: RICO §1962(d) Conspiracy - ***Pinkerton v. United States***, 328 U.S. 640 (1946) – ***Pinkerton*** Doctrine ___RE___:Mediate Causality Predicated RICO §1962(d) Multiple Conspiracy Litigation

1    for purposes of RICO §1962(c), whose activities affect federal

2    interstate and/or in foreign commerce.

3    83.    Plaintiffs allege that in conducting the business and affairs of the RICO

4    enterprises, and in committing the acts, omissions, misrepresentations, and breaches

5    referred to herein between September, 2020, and continuing up through and

6    including the initiation of these proceedings, RICO defendants engaged in a RICO

7    pattern of racketeering activity in contravention of Title 18 United States Code

8    §1962(a) inasmuch as said defendants were employed by, or associated with, said

9    RICO enterprise that were engaged in activities that affect federal interstate and/or

10    foreign commerce, and conducted such RICO §1961(4) enterprise affairs by and

11    through a RICO §1961(5) pattern of racketeering activity.[3]

---

[3]

The Progressive Company is comprised of, and constituted by, a significantly multi-faceted, extensively multi-dimensional corporate affiliated subsidiaries as evidenced by recently filings with the United States Securities and Exchange Commission. Progressive Casualty Insurance Company is specifically identified and listed as a corporate affiliated subsidiary. See https://www.sec.gov/Archives/edgar/data/80661/000119312510044296/dex21.htm:

EX-21 27 dex21.htm SUBSIDIARIES OF THE PROGRESSIVE CORPORATION
Exhibit 21

SUBSIDIARIES OF THE PROGRESSIVE CORPORATION

Name of Subsidiary

     Jurisdiction of Incorporation
75 RACKETEER INFLUENCED and CORRUPT ORGANIZATIONS ACT OF 1970 [RICO][Title 18 United States Code §§1961, 1962(a), 1962(c), 1962(d), 1964(a), and 1964(b) et.seq.]; __*RE*__: RICO §1962(d) Conspiracy - ***Pinkerton v. United States***, 328 U.S. 640 (1946) – ***Pinkerton*** Doctrine __*RE*__:Mediate Causality Predicated RICO §1962(d) Multiple Conspiracy Litigation

Drive Insurance Holdings, Inc.

Delaware
Drive New Jersey Insurance Company

New Jersey
Progressive American Insurance Company

Florida
Progressive Bayside Insurance Company

Florida
Progressive Casualty Insurance Company

Ohio
PC Investment Company

Delaware
Progressive Gulf Insurance Company

Ohio
Progressive Specialty Insurance Company

Ohio
Trussville/Cahaba, AL, LLC

Ohio
Progressive Classic Insurance Company

Wisconsin
Progressive DLP Corp.

Ohio
Progressive Hawaii Insurance Corp.

Ohio
Progressive Michigan Insurance Company

Michigan
Progressive Mountain Insurance Company

Ohio
76 RACKETEER INFLUENCED and CORRUPT ORGANIZATIONS ACT OF 1970
[RICO][Title 18 United States Code §§1961, 1962(a), 1962(c), 1962(d), 1964(a), and 1964(b)
et.seq.]; **_RE_**: RICO §1962(d) Conspiracy - **_Pinkerton v. United States_**, 328 U.S. 640 (1946) –
**_Pinkerton_** Doctrine **_RE_**:Mediate Causality Predicated RICO §1962(d) Multiple Conspiracy
Litigation

---

Progressive Northern Insurance Company

   Wisconsin
Progressive Northwestern Insurance Company

   Ohio
Progressive Preferred Insurance Company

   Ohio
Progressive Security Insurance Company

   Louisiana
Progressive Southeastern Insurance Company

   Indiana
Progressive West Insurance Company

   Ohio
Garden Sun Insurance Services, Inc.

   Hawaii
Pacific Motor Club

   California
Progny Agency, Inc.

   New York
Progressive Adjusting Company, Inc.

   Ohio
Progressive Capital Management Corp.

   New York
Progressive Commercial Holdings, Inc.

   Delaware
Artisan and Truckers Casualty Company

   Wisconsin
National Continental Insurance Company

   New York
77 RACKETEER INFLUENCED and CORRUPT ORGANIZATIONS ACT OF 1970 [RICO][Title 18 United States Code §§1961, 1962(a), 1962(c), 1962(d), 1964(a), and 1964(b) et.seq.]; **_RE_**: RICO §1962(d) Conspiracy - **_Pinkerton v. United States_**, 328 U.S. 640 (1946) – **_Pinkerton_** Doctrine **_RE_**:Mediate Causality Predicated RICO §1962(d) Multiple Conspiracy Litigation

---

Progressive Express Insurance Company

    Florida
United Financial Casualty Company

    Ohio
Progressive Commercial Casualty Company

    Ohio
Name of Subsidiary (con't)

    Jurisdiction
of Incorporation
Progressive Direct Holdings, Inc.

    Delaware
Progressive Advanced Insurance Company

    Ohio
Mountain Laurel Assurance Company

    Ohio
Progressive Auto Pro Insurance Agency, Inc.

    Florida
Progressive Choice Insurance Company

    Ohio
Progressive Direct Insurance Company

    Ohio
Gadsden, AL, LLC

    Ohio
Progressive Freedom Insurance Company

    New Jersey
Progressive Garden State Insurance Company

    New Jersey
Progressive Marathon Insurance Company

78 RACKETEER INFLUENCED and CORRUPT ORGANIZATIONS ACT OF 1970 [RICO][Title 18 United States Code §§1961, 1962(a), 1962(c), 1962(d), 1964(a), and 1964(b) et.seq.]; **_RE_**: RICO §1962(d) Conspiracy - **_Pinkerton v. United States_**, 328 U.S. 640 (1946) – **_Pinkerton_** Doctrine **_RE_**:Mediate Causality Predicated RICO §1962(d) Multiple Conspiracy Litigation

1    84.    Plaintiffs allege that in conducting the business and affairs of the RICO

2    enterprises, and in committing the acts, omissions, misrepresentations, and breaches

---

Michigan
Progressive Max Insurance Company

Ohio
Progressive Paloverde Insurance Company

Indiana
Progressive Premier Insurance Company of Illinois

Ohio
Progressive Select Insurance Company

Florida
Progressive Specialty Insurance Agency, Inc.

Ohio
Progressive Universal Insurance Company

Wisconsin
Progressive Investment Company, Inc.

Delaware
Progressive Premium Budget, Inc.

Ohio
Progressive RSC, Inc.

Ohio
Progressive Vehicle Service Company

Ohio
Village Transport Corp.

Delaware
Wilson Mills Land Co.

Ohio
Each subsidiary is wholly owned by its parent.
79 RACKETEER INFLUENCED and CORRUPT ORGANIZATIONS ACT OF 1970 [RICO][Title 18 United States Code §§1961, 1962(a), 1962(c), 1962(d), 1964(a), and 1964(b) et.seq.]; **_RE_**: RICO §1962(d) Conspiracy - **_Pinkerton v. United States_**, 328 U.S. 640 (1946) – **_Pinkerton_** Doctrine **_RE_**:Mediate Causality Predicated RICO §1962(d) Multiple Conspiracy Litigation

referred to herein between September 2020, and continuing up through and including the initiation of these proceedings, defendants' activities were consistently intended to tortiously interfere with both plaintiffs' existing contractual and business commercial relationships and prospective economic advantages. Plaintiffs allege that defendants' use of the federal mails and the federal interstate wires in this regard was reasonably foreseeable, and, as such, constituted contraventions of Title 18 U.S.C. §§ 1341, 1343, and 1346.

85.    Plaintiffs allege that in committing the acts, omissions, conduct, misrepresentations, and breaches referred to herein between September 2020, and continuing up through and including the initiation of these proceedings, defendants engaged in a RICO §1961(5) pattern of racketeering activity in contravention of Title 18 United States Code §1962(a).

86.    Plaintiffs furthermore allege defendants engaged in a RICO §1961(5) pattern of racketeering activity, receiving proceeds and/or income derived therefrom, and investing plaintiffs' monetary funds and/or monetary proceeds and/or income to acquire, maintain, operate, and/or establish, directly and/or indirectly, of the RICO § 1961(4) enterprises identified herein above, and that said RICO enterprises are engaged in activities that affect federal interstate and/or foreign commerce.

80 RACKETEER INFLUENCED and CORRUPT ORGANIZATIONS ACT OF 1970 [RICO][Title 18 United States Code §§1961, 1962(a), 1962(c), 1962(d), 1964(a), and 1964(b) et.seq.]; __*RE*__: RICO §1962(d) Conspiracy - *Pinkerton v. United States*, 328 U.S. 640 (1946) – *Pinkerton* Doctrine __*RE*__:Mediate Causality Predicated RICO §1962(d) Multiple Conspiracy Litigation

1    87.    Plaintiffs allege that plaintiffs sustained injuries to plaintiffs' interests

2  in business and/or property as a direct and proximate cause of RICO defendants'

3  investment of income and/or proceeds to the afore mentioned RICO §1961(4)

4  enterprises, constituting RICO enterprise investment injuries as follows:

5           A. Intentional and reckless conversion of plaintiffs' monies.

6           B. Plaintiffs incurring attorneys' fees, costs and expenses required to

7              recover monies converted by defendants.

8                              *[RICO Recovery]*

9    88.    Plaintiffs are entitled to recover, pursuant to Title 18 United States

10  Code §1964©), treble damages in the amount to be determined by offer of proof at

11  time of trial.  Plaintiffs are furthermore also entitled to recover attorneys' fees and

12  costs of this litigation, as well as damages arising from lost profits and/or lost

13  business opportunities attributable to the activities engaged in by defendants

14  committed in furtherance of the Racketeer Influenced and Corrupt Organizations Act

15  of 1970 ["RICO"][Title 18 U.S.C. §1961 et.seq.].

16  ///

17  ///

81 RACKETEER INFLUENCED and CORRUPT ORGANIZATIONS ACT OF 1970 [RICO][Title 18 United States Code §§1961, 1962(a), 1962(c), 1962(d), 1964(a), and 1964(b) et.seq.]; **_RE_**: RICO §1962(d) Conspiracy - ***Pinkerton v. United States***, 328 U.S. 640 (1946) – ***Pinkerton*** Doctrine **_RE_**:Mediate Causality Predicated RICO §1962(d) Multiple Conspiracy Litigation

### NINTH CLAIM FOR RELIEF

### *[For RICO Aiding and Abetting Primary Contravention of RICO Section 1962(a) of the Racketeer Influenced and Corrupt Organizations Act of 1970]*

### *["RICO"]*

### *[Title 18 United States Code §§ 2(a)-(b) and §1962(a)]*

### *[Against All Defendants]*

89.    For Plaintiffs' Ninth  Claim for Relief, plaintiffs reallege and

incorporates Paragraphs 1 through 27, and each and every claim for relief asserted

pursuant to the federal Racketeer Influenced and Corrupt Organizations Act of 1970

["RICO"][Title 18 U.S.C. §§ 1961 et.seq.].

90.    Plaintiffs allege that defendants  employed the  federal mails and/or

federal interstate wires,  as well as engaged in racketeering activity as alleged herein,

to aid and abet  the  primary  RICO § 1962(a) contraventions committed by

defendants, and other RICO persons unknown to plaintiffs,  as alleged herein above.

91.    Plaintiffs allege that the defendants  was aware of the commission of

the primary RICO contraventions committed,  and  that  defendants  substantially

assisted  in  the commission  of  the  primary RICO contraventions by defendants,

thereby deriving a monetary  benefit as a result to the detriment of plaintiffs.

///

82 RACKETEER INFLUENCED and CORRUPT ORGANIZATIONS ACT OF 1970 [RICO][Title 18 United States Code §§1961, 1962(a), 1962(c), 1962(d), 1964(a), and 1964(b) et.seq.]; ***RE***: RICO §1962(d) Conspiracy - ***Pinkerton v. United States***, 328 U.S. 640 (1946) – ***Pinkerton*** Doctrine ***RE***:Mediate Causality Predicated RICO §1962(d) Multiple Conspiracy Litigation

1

*[RICO Recovery]*

2    92.    Plaintiff is   entitled to recover, pursuant to Title 18 United States Code

3    §1964©), treble damages in the amount to be determined by offer of proof at time

4    of trial.  Plaintiffs  are furthermore also entitled to recover attorneys' fees and costs

5    of this litigation, as well as damages arising from lost profits and/or lost business

6    opportunities attributable to the activities engaged in by defendants committed in

7    furtherance of the Racketeer Influenced and Corrupt Organizations Act of 1970

8    ["RICO"][Title 18 U.S.C. §1961 et.seq.].

9    ///

10    ///

11    ///

12    ///

13    ///

14    ///

15    ///

16    ///

83 RACKETEER INFLUENCED and CORRUPT ORGANIZATIONS ACT OF 1970 [RICO][Title 18 United States Code §§1961, 1962(a), 1962(c), 1962(d), 1964(a), and 1964(b) et.seq.]; ___RE___: RICO §1962(d) Conspiracy - ***Pinkerton v. United States***, 328 U.S. 640 (1946) – ***Pinkerton*** Doctrine ___RE___:Mediate Causality Predicated RICO §1962(d) Multiple Conspiracy Litigation

*TENTH CLAIM  FOR  RELIEF*

*[For Contravention of  RICO Section 1962(a) of the Racketeer Influenced*

*and Corrupt Organizations Act of 1970]*

*["RICO"]*

*[Title 18 United States Code §1962(a)]*

*[<u>Respondeat</u> <u>Superior</u>\Derivative Liability]*

*[Against Progressive, Only]*

93.    For Plaintiffs' Tenth Claim for Relief, plaintiffs reallege and incorporates  Paragraph 1 through 27, and each and every claim for relief asserted pursuant to the federal Racketeer Influenced and Corrupt Organizations Act of 1970 ["RICO"][Title 18 U.S.C. §§ 1961 et.seq.].

*[RICO <u>Respondeat</u> <u>Superior</u>/Derivative Liability Contentions]*

94.    Plaintiffs allege that during and at all times material herein various individuals and persons functioned and served in the capacities of agent, employee, director, designee, officer, co-managing general partner, general partner, representative, managing member, co-managing member, member, and/or servant upon behalf of Progressive, the parent corporation of Progressive Casualty, engaged in the fraudulent and felonious conduct in such representative capacities, and that as a proximate result thereof, the entity derived a benefit thereby.

84 RACKETEER INFLUENCED and CORRUPT ORGANIZATIONS ACT OF 1970 [RICO][Title 18 United States Code §§1961, 1962(a), 1962(c), 1962(d), 1964(a), and 1964(b) et.seq.]; **<u>RE</u>**: RICO §1962(d) Conspiracy - **Pinkerton v. United States**, 328 U.S. 640 (1946) – **Pinkerton** Doctrine **<u>RE</u>**:Mediate Causality Predicated RICO §1962(d) Multiple Conspiracy Litigation

1    95.    Plaintiffs allege that Progressive exercised control, management, and/or

2    direction of Progressive Casualty, and the various persons and individuals relative

3    to the complained of fraudulent and felonious activities, with the intent to harm

4    plaintiffs in plaintiffs' business and/or property interests.

5    96.    Plaintiffs allege that the fraudulent activities engaged in by Progressive

6    Casualty injured and/or damaged plaintiffs' business interests and activities and/or

7    properties in connection with plaintiffs' business activities that affect federal

8    commerce.

9    97.    Plaintiffs allege that the commission of the afore described extortionate,

10   fraudulent, and criminally felonious activities by said individuals employed by or

11   associated with Progressive, and therefore Progressive is vicariously and

12   derivatively liable for contravening RICO Section 1962©).

13   98.    Plaintiffs further allege that Progressive ratified, authorized,

14   acquiesced, and/or consented to the wrongful conduct of certain persons and

15   individuals that proximately caused the injuries sustained by plaintiff to plaintiffs'

16   interests in business and/or property.

17   ///

85 RACKETEER INFLUENCED and CORRUPT ORGANIZATIONS ACT OF 1970 [RICO][Title 18 United States Code §§1961, 1962(a), 1962(c), 1962(d), 1964(a), and 1964(b) et.seq.]; **_RE_**: RICO §1962(d) Conspiracy - ***Pinkerton v. United States***, 328 U.S. 640 (1946) – ***Pinkerton*** Doctrine **_RE_**:Mediate Causality Predicated RICO §1962(d) Multiple Conspiracy Litigation

1  *[RICO Recovery]*

2  99.    Plaintiffs are entitled to recover, pursuant to Title 18 United States Code

3  §1964©), treble damages in the amount to be determined by offer of proof at time

4  of trial. Plaintiffs are also entitled to recover attorneys' fees and costs of this

5  litigation, as well as damages arising from lost profits and/or lost business

6  opportunities attributable to the activities engaged in by defendants committed in

7  furtherance of the Racketeer Influenced and Corrupt Organizations Act of 1970

8  ["RICO"][Title 18 U.S.C. § 1961 et.seq.].

9  ///

10  ///

11  ///

12  ///

13  ///

14  ///

15  ///

16  ///

86 RACKETEER INFLUENCED and CORRUPT ORGANIZATIONS ACT OF 1970 [RICO][Title 18 United States Code §§1961, 1962(a), 1962(c), 1962(d), 1964(a), and 1964(b) et.seq.]; **_RE_**: RICO §1962(d) Conspiracy - ***Pinkerton v. United States***, 328 U.S. 640 (1946) – ***Pinkerton*** Doctrine **_RE_**:Mediate Causality Predicated RICO §1962(d) Multiple Conspiracy Litigation

***ELEVENTH CLAIM FOR RELIEF***

***[For RICO Aiding and Abetting a RICO Section 1962(d) Conspiracy***

***Contravention of RICO Section 1962(a) of the Racketeer Influenced and***

***Corrupt Organizations Act of 1970]***

***["RICO"]***

***[Title 18 United States Code §§ 2(a)-(b) and §§1962(a)-1962(d)]***

***[Against All Defendants]***

100.   For Plaintiffs' Eleventh Claim for Relief, plaintiffs reallege and

incorporate Paragraphs 1 through 27, and each and every claim for relief asserted

pursuant to the federal Racketeer Influenced and Corrupt Organizations Act of 1970

["RICO"][Title 18 U.S.C. §§ 1961 et.seq.].

101.   Plaintiffs allege that defendants employed the federal mails and/or

federal interstate wires, as well as engaged in racketeering activity as alleged herein,

to aid and abet the primary RICO § 1962(a) contraventions committed by defendants

and other RICO persons unknown to plaintiffs as alleged herein above.

102.   Plaintiffs allege that the defendants were knowledgeable and aware of

the commission of the primary RICO contraventions committed, and those

defendants substantially assisted in the commission of the primary RICO

1    contraventions, thereby deriving a monetary benefit as a result to the detriment of

2    plaintiffs.

3        103.    Plaintiffs allege that defendants aided and abetted a RICO Section

4    1962(d) conspiracy between said defendants to contravene RICO Section 1962(a) to

5    injure and/or damage Plaintiffs' interests in business and/or property.

6                                    *[RICO Recovery]*

7        104.    Plaintiffs are entitled to recover, pursuant to Title 18 United States Code

8    §1964©), treble damages in the amount to be determined by offer of proof at time

9    of trial. Plaintiffs are also entitled to recover attorneys' fees and costs of this

10   litigation, as well as damages arising from lost profits and/or lost business

11   opportunities attributable to the activities engaged in by defendants committed in

12   furtherance of the Racketeer Influenced and Corrupt Organizations Act of 1970

13   ["RICO"] [Title 18 U.S.C. §1961 et.seq.].

14   ///

15   ///

16   ///

17   ///

88 RACKETEER INFLUENCED and CORRUPT ORGANIZATIONS ACT OF 1970 [RICO][Title 18 United States Code §§1961, 1962(a), 1962(c), 1962(d), 1964(a), and 1964(b) et.seq.]; **_RE_**: RICO §1962(d) Conspiracy - ***Pinkerton v. United States***, 328 U.S. 640 (1946) – ***Pinkerton*** Doctrine **_RE_**:Mediate Causality Predicated RICO §1962(d) Multiple Conspiracy Litigation

*TWELFTH CLAIM FOR RELIEF*

*[For Commission of Conspiratorial Contravention of RICO Section 1962(a) of*

*the Racketeer Influenced and Corrupt Organizations Act of 1970]*

*["RICO"]*

*[Title 18 United States Code §1962(a)]*

*[RE: RICO Section 1962(d)\Pinkerton Doctrine]*

*[RE: Pinkerton, v. United States, 328 U.S. 640 (1946)*

*and*

*Salinas, v. United States, 522 U.S. 52 (1997) Conspiratorial Liability]*

*[Against All Defendants RICO <u>Intra-Corporate</u> Conspiracy]*

105.   For Plaintiffs' Twelfth Claim for Relief, plaintiffs reallege and incorporate Paragraphs 1 through 27, and each and every claim for relief asserted pursuant to the federal Racketeer Influenced and Corrupt Organizations Act of 1970["RICO"][Title 18 U.S.C. §§ 1961 et.seq.].

*[RICO §1962(d) Conspiratorial Liability Contentions]*

106.   Plaintiffs allege that commencing in September, 2020, and during and at all times material herein thereafter, defendants mutually agreed to engage in the aforementioned racketeering activities and/or wrongful conduct giving rise to the RICO Section 1962(a) contraventions, that the objective of that mutual agreement was to injure, damage, and/or destroy plaintiffs' interests in business and/or property,

1    and that such conspiratorial conduct constitutes contravention of RICO Section

2    1962(d).

3        107.    Plaintiffs allege that defendants employed the federal mails and/or

4    federal interstate wires, as well as engaged in racketeering activity as alleged herein,

5    to aid and abet the primary RICO § 1962(a) contraventions committed by defendants

6    and other RICO persons unknown to plaintiff as alleged herein above.

7        108.    Plaintiffs allege that the defendants were knowledgeable and aware of

8    the commission of the primary RICO contraventions committed, and that defendants

9    substantially assisted in the commission of the primary RICO contraventions,

10   thereby deriving a monetary benefit as a result to the detriment of plaintiffs.

11       109.    Plaintiffs allege that defendants aided and abetted a RICO Section

12   1962(d) conspiracy between said defendants to contravene RICO Section 1962(a) to

13   injure and/or damage Plaintiffs' interests in business and/or property.

14       110.    Plaintiffs allege that defendants are conspiratorially liable under

15   application of the **Pinkerton** Doctrine [**Pinkerton, v. United States**, 328 U.S. 640

16   (1946) and **Salinas, v. United States**, 522 U.S. 52 (1997)] for the commission of the

90 RACKETEER INFLUENCED and CORRUPT ORGANIZATIONS ACT OF 1970
[RICO][Title 18 United States Code §§1961, 1962(a), 1962(c), 1962(d), 1964(a), and 1964(b)
et.seq.]; **_RE_**: RICO §1962(d) Conspiracy - **_Pinkerton v. United States_**, 328 U.S. 640 (1946) –
**_Pinkerton_** Doctrine **_RE_**:Mediate Causality Predicated RICO §1962(d) Multiple Conspiracy
Litigation

substantive RICO Section 1962((a) contraventions committed by defendants inasmuch as:

      A.    Defendants engaged in the fraudulent activities that constitute the RICO §1961(5) pattern of racketeering activity;

      B.    Defendants are members of the RICO §1962(d) conspiracy designed and intended to contravene RICO § 1962(a);

      C.    Defendants engaged in activities in furtherance of advancing and promoting the RICO §1962(d) conspiracy designed and intended to contravene RICO § 1962(a);

      D.    Defendants are members of the RICO §1962(d) conspiracy at and during the time frame the fraudulent and extortionate activities were committed that constitute the RICO §1961(5) pattern of racketeering activity; and,

      E.    The offense fell within the scope of the unlawful agreement and could reasonably have been foreseen to be a necessary or natural consequence of the unlawful agreement.

///

91 RACKETEER INFLUENCED and CORRUPT ORGANIZATIONS ACT OF 1970 [RICO][Title 18 United States Code §§1961, 1962(a), 1962(c), 1962(d), 1964(a), and 1964(b) et.seq.]; **_RE_**: RICO §1962(d) Conspiracy - **_Pinkerton v. United States_**, 328 U.S. 640 (1946) – **_Pinkerton_** Doctrine **_RE_**:Mediate Causality Predicated RICO §1962(d) Multiple Conspiracy Litigation

1                                    *[RICO Recovery]*

2          111.   Plaintiffs are entitled to recover, pursuant to Title 18 United States Code

3    §1964©), treble damages in the amount to be determined by offer of proof at time

4    of trial. Plaintiffs are also entitled to recover attorneys' fees and costs of this

5    litigation, as well as damage arising from lost profits and/or lost business

6    opportunities attributable to the activities engaged in by defendants committed in

7    furtherance of the Racketeer Influenced and Corrupt Organizations Act of 1970

8    ["RICO"] [Title 18 U.S.C. §1961 et.seq.].

9    ///

10   ///

11   ///

12   ///

13   ///

14   ///

15   ///

16   ///

92 RACKETEER INFLUENCED and CORRUPT ORGANIZATIONS ACT OF 1970 [RICO][Title 18 United States Code §§1961, 1962(a), 1962(c), 1962(d), 1964(a), and 1964(b) et.seq.]; __*RE*__: RICO §1962(d) Conspiracy - *Pinkerton v. United States*, 328 U.S. 640 (1946) – *Pinkerton* Doctrine __*RE*__:Mediate Causality Predicated RICO §1962(d) Multiple Conspiracy Litigation

*THIRTEENTH CLAIM FOR RELIEF*

*[For Commission of Conspiratorial Contravention of RICO Section 1962(a) of*

*the Racketeer Influenced and Corrupt Organizations Act of 1970]*

*["RICO"] RE: RICO §1962(d) Conspiracy to Commit RICO Aiding and*

*Abetting*

*[Title 18 United States Code §1962(a)]*

*[RE: RICO Section 1962(d)\Pinkerton Doctrine]*

*[RE: Pinkerton, v. United States, 328 U.S. 640 (1946)*

*and*

*Salinas, v. United States, 522 U.S. 52 (1997) Conspiratorial Liability]*

*[Against All Defendants]*

112.    For Plaintiffs' Thirteenth Claim for Relief, plaintiffs reallege and

incorporate Paragraph 1 through 27, and each and every claim for relief asserted

pursuant to the federal Racketeer Influenced and Corrupt Organizations Act of 1970

["RICO"][Title 18 U.S.C. §§ 1961 et.seq.].

*[RICO Conspiratorial Liability Contentions]*

113.    Plaintiffs allege that commencing in September 2020, and during and

at all times material herein thereafter, defendants mutually agreed to engage in the

aforementioned racketeering activities and/or wrongful conduct giving rise to the

RICO Section 1962(a) contraventions, that the objective of that mutual agreement

1    was to destroy plaintiff's interests in business and/or property, and that such RICO

2    conspiratorial conduct constitutes contravention of RICO Section 1962(d).

3        114.    Plaintiffs allege that the defendants employed the federal mails and/or

4    federal interstate wires, as well as engaged in racketeering activity as alleged herein,

5    to aid and abet the primary RICO § 1962(a) contraventions committed by defendants

6    as alleged herein above.

7        115.    Plaintiffs allege that defendants were knowledgeable and aware of the

8    commission of the primary RICO contraventions committed, and that said

9    defendants substantially assisted in the commission of the primary RICO

10   contraventions by defendants, thereby deriving a monetary benefit as a result to the

11   detriment of plaintiffs.

12       116.    Plaintiffs allege that defendants are conspiratorially liable under

13   application of the **Pinkerton** Doctrine [**Pinkerton, v. United States**, 328 U.S. 640

14   (1946) and **Salinas, v. United States**, 522 U.S. 52 (1997)] for the substantive RICO

15   Section 1962(a) contraventions committed by defendants inasmuch as:

94 RACKETEER INFLUENCED and CORRUPT ORGANIZATIONS ACT OF 1970 [RICO][Title 18 United States Code §§1961, 1962(a), 1962(c), 1962(d), 1964(a), and 1964(b) et.seq.]; **_RE_**: RICO §1962(d) Conspiracy - **Pinkerton v. United States**, 328 U.S. 640 (1946) – **Pinkerton** Doctrine **_RE_**:Mediate Causality Predicated RICO §1962(d) Multiple Conspiracy Litigation

A.   Defendants engaged in the fraudulent activities that constitute the RICO §1961(5) pattern of racketeering activity;

B.   Defendants are members of the RICO §1962(d) conspiracy designed and intended to contravene RICO § 1962(a);

C.   Defendants engaged in activities in furtherance of advancing and promoting the RICO §1962(d) conspiracy designed and intended to contravene RICO § 1962(a);

D.   Defendants are members of the RICO §1962(d) conspiracy at and during the time frame the fraudulent activities were committed that constitute the RICO §1961(5) pattern of racketeering activity; and,

E.   The offense fell within the scope of the unlawful agreement and could reasonably have been foreseen to be a necessary or natural consequence of the unlawful agreement.

///

///

95 RACKETEER INFLUENCED and CORRUPT ORGANIZATIONS ACT OF 1970 [RICO][Title 18 United States Code §§1961, 1962(a), 1962(c), 1962(d), 1964(a), and 1964(b) et.seq.]; **_RE_**: RICO §1962(d) Conspiracy - **_Pinkerton v. United States_**, 328 U.S. 640 (1946) – **_Pinkerton_** Doctrine **_RE_**:Mediate Causality Predicated RICO §1962(d) Multiple Conspiracy Litigation

1

*[RICO Recovery]*

2    117.    Plaintiffs are entitled to recover, pursuant to Title 18 United States Code

3    §1964©), treble damages in the amount to be determined by offer of proof at time

4    of trial. Plaintiffs are also entitled to recover attorneys' fees and costs of this

5    litigation, as well as damages arising from lost profits and/or lost business

6    opportunities attributable to the activities engaged in by defendants committed in

7    furtherance of the Racketeer Influenced and Corrupt Organizations Act of 1970

8    ["RICO"] [Title 18 U.S.C. §1961 et.seq.].

9    ///

10   ///

11   ///

12   ///

13   ///

14   ///

15   ///

16   ///

96 RACKETEER INFLUENCED and CORRUPT ORGANIZATIONS ACT OF 1970 [RICO][Title 18 United States Code §§1961, 1962(a), 1962(c), 1962(d), 1964(a), and 1964(b) et.seq.]; **_RE_**: RICO §1962(d) Conspiracy - ***Pinkerton v. United States***, 328 U.S. 640 (1946) – ***Pinkerton*** Doctrine **_RE_**:Mediate Causality Predicated RICO §1962(d) Multiple Conspiracy Litigation

1    *VIII.*

2    *RICO §1962(d) CONSPIRACY PREMISED AND PREDICATED CLAIMS*
3    *ADVANCED THROUGH INVOCATION OF THE CONCEPT OF MEDIATE*
4    *CAUSATION and THE <u>PINKERTON</u> DOCTRINE*

5    *FOURTEENTH CLAIM FOR RELIEF*

6    *[For Commission of Conspiratorial Contravention of RICO Section 1962(a)) of*

7    *the Racketeer Influenced and Corrupt Organizations Act of 1970]*

8    *["RICO"][Title 18 United States Code §1962(a)]*

9    *RE: <u>Mediate Causation</u>*

10   *[RE: RICO Section 1962(d)\Pinkerton Doctrine]*

11   *[RE: Pinkerton, v. United States, 328 U.S. 640 (1946)*

12   *and*

13   *Salinas, v. United States, 522 U.S. 52 (1997) Conspiratorial Liability]*

14   *[Against All Defendants RICO <u>Intra-Corporate</u> Conspiracy]*

15   118.   For Plaintiffs' Fourteenth Claim for Relief, plaintiffs reallege and

16   incorporate Paragraphs 1 through 27, and each and every claim for relief asserted

17   pursuant to the federal Racketeer Influenced and Corrupt Organizations Act of 1970

18   ["RICO"][Title 18 U.S.C. §§ 1961 et.seq.].

19        *[RICO §1962(d) Conspiratorial Liability Contentions]*

20   119.   Plaintiffs allege that commencing in September 2020, and during and

21   at all times material herein thereafter, defendants mutually agreed to engage in the

97 RACKETEER INFLUENCED and CORRUPT ORGANIZATIONS ACT OF 1970
[RICO][Title 18 United States Code §§1961, 1962(a), 1962(c), 1962(d), 1964(a), and 1964(b)
et.seq.]; *<u>RE</u>*: RICO §1962(d) Conspiracy - *Pinkerton v. United States*, 328 U.S. 640 (1946) –
*Pinkerton* Doctrine *<u>RE</u>*:Mediate Causality Predicated RICO §1962(d) Multiple Conspiracy
Litigation

1  aforementioned racketeering activities and/or wrongful conduct giving rise to the

2  RICO Section 1962(a) contraventions, that the objective of that mutual agreement

3  was to injure, damage, and/or destroy plaintiffs' interests in business and/or property,

4  and that such conspiratorial conduct constitutes contravention of RICO Section

5  1962(d).

6      120.   Plaintiffs allege that defendants employed the federal mails and/or

7  federal interstate wires, as well as engaged in racketeering activity as alleged herein,

8  to aid and abet the primary RICO § 1962(a) contraventions committed by defendants

9  and other RICO persons unknown to plaintiff as alleged herein above.

10     121.   Plaintiffs allege that the defendants were knowledgeable and aware of

11  the commission of the primary RICO contraventions committed, and that defendants

12  substantially assisted in the commission of the primary RICO contraventions,

13  thereby deriving a monetary benefit as a result to the detriment of plaintiffs.

14     122.   Plaintiffs allege that defendants aided and abetted a RICO Section

15  1962(d) conspiracy between said defendants to contravene RICO Section 1962(a) to

16  injure and/or damage Plaintiffs' interests in business and/or property.

98 RACKETEER INFLUENCED and CORRUPT ORGANIZATIONS ACT OF 1970
[RICO][Title 18 United States Code §§1961, 1962(a), 1962(c), 1962(d), 1964(a), and 1964(b)
et.seq.]; _**RE**_: RICO §1962(d) Conspiracy - _**Pinkerton v. United States**_, 328 U.S. 640 (1946) –
_**Pinkerton**_ Doctrine _**RE**_:Mediate Causality Predicated RICO §1962(d) Multiple Conspiracy
Litigation

1  *[Mediate Causation Predicated Affiliative Conspiratorial Liability and <u>Pinkerton</u>*

2  *<u>Doctrine</u> Applicability]*

3      123.   Plaintiffs allege that during all times material herein that defendants,

4  acting in concert with each other, and acting with persons unknown, engaged in

5  conspiratorial activities designed, formulated, intended, and executed to achieve

6  their conspiratorial objective as alleged herein.

7      124.   Plaintiffs allege that the affiliative associational collaborative concerted

8  actions of defendants, and those acting with defendants unknown to plaintiffs, are

9  conspiratorially liable, jointly and severally, by invocation and application of the

10  concept of mediate causation.

11      124A.      Plaintiffs allege that defendants are conspiratorially liable for

12  contravention of RICO §1962(d) by application and invocation of mediate causation.

13  Plaintiffs allege that "mediate causation" denotes instances in which an individual's

14  actions can be deemed to have exerted some causal effect upon another's conduct.

15  It resolves the problem of attempting to identify the extent to which one person's

16  acts actually affected another's conduct by making it possible, under certain

17  circumstances, to assume a causal effect that is sufficient to support imposition of

18  criminal liability.

99 RACKETEER INFLUENCED and CORRUPT ORGANIZATIONS ACT OF 1970
[RICO][Title 18 United States Code §§1961, 1962(a), 1962(c), 1962(d), 1964(a), and 1964(b)
et.seq.]; <u>***RE***</u>: RICO §1962(d) Conspiracy - *Pinkerton v. United States*, 328 U.S. 640 (1946) –
***Pinkerton*** Doctrine <u>***RE***</u>:Mediate Causality Predicated RICO §1962(d) Multiple Conspiracy
Litigation

1      124B.    Plaintiffs that defendants are conspiratorially liable for

2  contravention of RICO §1962(d) by application of and by invocation investing the

3  concept of mediate causation. Plaintiffs furthermore allege that the concerted,

4  orchestrated, and coordinated activities and conduct of these RICO defendants

5  exerted a causal effect on another's conduct.  Application of this conception of

6  causation avoids the difficult task of specifying the actual effect such acts had on

7  another's conduct by making it possible to assume a causal effect sufficient to

8  support liability.  The result is the imposition of RICO § 1962(d) conspiratorial

9  criminal liability that comports with traditional requirements by including the

10  element of demonstrable personal fault.

11      125. Plaintiffs allege that defendants are conspiratorially liable for

12  contravention of the RICO §1962(d) conspiratorial prohibition arising from

13  contravention of RICO §1962(a), by and through application of mediate causation.

14      126. Plaintiffs allege that defendants are conspiratorially liable under

15  application of the ***Pinkerton*** Doctrine [***Pinkerton, v. United States***, 328 U.S. 640

16  (1946) and ***Salinas v. United States***, 522 U.S. 52 (1997)] for the commission of the

17  substantive RICO Section 1962(a) contraventions committed by defendants

18  inasmuch as:

100 RACKETEER INFLUENCED and CORRUPT ORGANIZATIONS ACT OF 1970 [RICO][Title 18 United States Code §§1961, 1962(a), 1962(c), 1962(d), 1964(a), and 1964(b) et.seq.]; ***RE***: RICO §1962(d) Conspiracy - ***Pinkerton v. United States***, 328 U.S. 640 (1946) – ***Pinkerton*** Doctrine ***RE***:Mediate Causality Predicated RICO §1962(d) Multiple Conspiracy Litigation

A.   Defendants engaged in the fraudulent activities that constitute the RICO §1961(5) pattern of racketeering activity;

B.   Defendants are members of the RICO §1962(d) conspiracy designed and intended to contravene RICO § 1962(a);

C.   Defendants engaged in activities in furtherance of advancing and promoting the RICO §1962(d) conspiracy designed and intended to contravene RICO § 1962(a);

D.   Defendants are members of the RICO §1962(d) conspiracy at and during the time frame the fraudulent and extortionate activities were committed that constitute the RICO §1961(5) pattern of racketeering activity; and,

E.   The offense fell within the scope of the unlawful agreement and could reasonably have been foreseen to be a necessary or natural consequence of the unlawful agreement.

///

///

101 RACKETEER INFLUENCED and CORRUPT ORGANIZATIONS ACT OF 1970 [RICO][Title 18 United States Code §§1961, 1962(a), 1962(c), 1962(d), 1964(a), and 1964(b) et.seq.]; **_RE_**: RICO §1962(d) Conspiracy - **_Pinkerton v. United States_**, 328 U.S. 640 (1946) – **_Pinkerton_** Doctrine **_RE_**:Mediate Causality Predicated RICO §1962(d) Multiple Conspiracy Litigation

1        *[RICO Recovery]*

2        127.    Plaintiffs are entitled to recover, pursuant to Title 18 United States Code

3   §1964©), treble damages in the amount to be determined by offer of proof at time

4   of trial. Plaintiffs are also entitled to recover attorneys' fees and costs of this

5   litigation, as well as damages arising from lost profits and/or lost business

6   opportunities attributable to the activities engaged in by defendants committed in

7   furtherance of the Racketeer Influenced and Corrupt Organizations Act of 1970

8   ["RICO"] [Title 18 U.S.C. §1961 et.seq.].

9   ///

10  ///

11  ///

12  ///

13  ///

14  ///

15  ///

16  ///

102 RACKETEER INFLUENCED and CORRUPT ORGANIZATIONS ACT OF 1970
[RICO][Title 18 United States Code §§1961, 1962(a), 1962(c), 1962(d), 1964(a), and 1964(b)
et.seq.]; **_RE_**: RICO §1962(d) Conspiracy - ***Pinkerton v. United States***, 328 U.S. 640 (1946) –
***Pinkerton*** Doctrine **_RE_**:Mediate Causality Predicated RICO §1962(d) Multiple Conspiracy
Litigation

***FIFTEENTH CLAIM FOR RELIEF***

***[For Contravention of Washington Criminal Profiteering Act of 1985]***

***[Primary, Aiding and Abetting, Respondeat Superior, and Conspiracy Liability]***

***["WASH RICO"][R.C.W.§§ 9A.82.080(1)(a), and (3)(a)]***

***[Pinkerton, v. United States, 328 U.S. 640 (1946)***

***and***

***Salinas, v. United States, 522 U.S. 52 (1997)]***

***[Against All Defendants]***

128.   Plaintiffs, for a Fifteenth Claim for Relief, reallege and incorporate herein Paragraphs 1 through 27, and incorporates each and every claim for relief advanced under the federal Racketeer Influenced and Corrupt Organizations Act of 1970 ["RICO"][Title 18 United States Code §§ 1961 et.seq.].

***[WASH RICO R.C.W. 9A.82.010(8) ENTERPRISE ALLEGATIONS]***

129.   Plaintiffs expressly adopt and specifically incorporates herein and adopt by reference, pursuant to FRCP 10, the federal RICO enterprise allegations expressly set forth within the First Claim for Relief [RICO § 1962©)], and within the Eighth Claim for Relief [RICO § 1962(a)] for purposes of alleging the "enterprise" under WASH RICO 9A.82.010(8) requirement herein.

///

///

1  *[WASH RICO R.C.W. 9A.82.080(1)(a)-Primary, Aiding and Abetting, and*
2  *Respondeat Superior Common Allegations]*

3   130.   Plaintiffs allege that RICO defendants employed the federal mails

4  and/or federal interstate wires, federal extortion and federal racketeering, as well as

5  engaged in criminal profiteering as set forth, specifically, WASHRICO §§

6  9A.82.010(4)(e)[theft], that such activities constituted a pattern of criminal

7  profiteering activity, as set forth within WASHRICO§ 9A.82.010.010(12), as alleged

8  herein, to commit the primary contraventions alleged against them herein, aid and

9  abet the primary WASHRICO § 9A.82.080(1)(a) and the conspiracy WASHRICO

10  §9A.82.080(3) contraventions committed by the defendants.

11   131.   Plaintiffs allege that the RICO defendants were knowledgeable and

12  aware of the commission of the primary WASH RICO contraventions committed by

13  defendants, and other RICO persons unknown by plaintiff as alleged herein, and that

14  said defendants substantially assisted in the commission of the primary WASH

15  RICO contraventions, thereby deriving property and/or monetary benefit as a result

16  to the detriment of plaintiffs.

17  ///

104 RACKETEER INFLUENCED and CORRUPT ORGANIZATIONS ACT OF 1970 [RICO][Title 18 United States Code §§1961, 1962(a), 1962(c), 1962(d), 1964(a), and 1964(b) et.seq.]; *RE*: RICO §1962(d) Conspiracy - *Pinkerton v. United States*, 328 U.S. 640 (1946) – *Pinkerton* Doctrine *RE*:Mediate Causality Predicated RICO §1962(d) Multiple Conspiracy Litigation

1    *[WASH RICO R.C.W. 9A.82.080(3)(a) Conspiracy Common Allegations]*

2    132.    Plaintiffs allege that commencing in September 2020 and during and at

3    all times material hereinafter, defendants mutually agreed to engage in the

4    aforementioned racketeering activities and/or wrongful conduct giving rise to the

5    WASH RICO §§9A.82.080(1)(a) contraventions, that the objective of that mutual

6    agreement was to destroy plaintiffs' interests in business and/or property, and that

7    such conspiratorial conduct constitutes contravention of WASH RICO

8    §9A.82.080(3)(a).

9    133.    Plaintiffs allege that defendants conspired each other, and with other

10    RICO persons unknown to plaintiffs, as alleged herein, and with other persons and/or

11    entities known and/or unknown to plaintiffs, to destroy plaintiffs' interests in

12    business and/or property, by and through the secretion and concealment of material

13    facts that otherwise would have revealed and disclosed the conspiratorial

14    relationship between defendants.

15    134.    Plaintiffs alleges that these RICO defendants are conspiratorially liable

16    under application of the ***Pinkerton*** Doctrine [***Pinkerton, v. United States***, 328 U.S.

17    640 (1946) and ***Salinas v. United States***, 522 U.S. 52 (1997)] for the commission of

1  substantive WASH RICO §9A.82.080(1)(a) contraventions committed by

2  defendants herein inasmuch as:

3    A.   Defendants engaged in the fraudulent activities that constitute the

4         WASH RICO pattern of criminal profiteering activity;

5    B.   Defendants are members of the WASH RICO conspiracy

6         designed and intended to contravene WASH RICO

7         §9A.82.080(1)(a);

8    C.   Defendants engaged in activities in furtherance of advancing and

9         promoting the WASH RICO conspiracy designed and intended

10        to contravene WASH RICO §9A.82.080(1)(a);.

11   D.   Defendants are members of the WASH RICO conspiracy at and

12        during the time frame the fraudulent activities were committed

13        that constitute the WASH RICO pattern of criminal profiteering

14        activity; and,

15   E.   The offense fell within the scope of the unlawful agreement and

16        could reasonably have been foreseen to be a necessary or natural

17        consequence of the unlawful agreement.

106 RACKETEER INFLUENCED and CORRUPT ORGANIZATIONS ACT OF 1970 [RICO][Title 18 United States Code §§1961, 1962(a), 1962(c), 1962(d), 1964(a), and 1964(b) et.seq.]; *RE*: RICO §1962(d) Conspiracy - *Pinkerton v. United States*, 328 U.S. 640 (1946) – *Pinkerton* Doctrine *RE*:Mediate Causality Predicated RICO §1962(d) Multiple Conspiracy Litigation

1                          *[WASH RICO Recovery]*

2          135.   Plaintiffs are entitled to recover, pursuant to §9A.82.100(1)(a), double

3     damages and cost of suit in the amount to be determined by offer of proof at time of

4     trial. Plaintiffs are also entitled to recover attorneys' fees of this litigation, as well as

5     damages arising from lost profits and/or lost business opportunities attributable to

6     the activities engaged in by defendants committed in furtherance of WASH RICO.

7     ///

8     ///

9     ///

10    ///

11    ///

12    ///

13    ///

14    ///

15    ///

16    ///

107 RACKETEER INFLUENCED and CORRUPT ORGANIZATIONS ACT OF 1970
[RICO][Title 18 United States Code §§1961, 1962(a), 1962(c), 1962(d), 1964(a), and 1964(b)
et.seq.]; __*RE*__: RICO §1962(d) Conspiracy - *Pinkerton v. United States*, 328 U.S. 640 (1946) –
*Pinkerton* Doctrine __*RE*__:Mediate Causality Predicated RICO §1962(d) Multiple Conspiracy
Litigation

***SIXTEENTH CLAIM FOR RELIEF***

***[For Immediate Entry of Federal Declaratory Judgment Relief Pursuant to the***

***Federal Declaratory Judgment Act of 1946]***

***[Title 28 U.S.C.§§ 2201-2202]***

***[Against All Defendants]***

136.   Plaintiffs, for a Sixteenth Claim for Relief, reallege and incorporate herein Paragraphs 1 through 27, and incorporates each and every claim for relief advanced under the federal Racketeer Influenced and Corrupt Organizations Act of 1970 ["RICO"][Title 18 United States Code §§ 1961 et.seq.].

137.   Plaintiffs allege that an actual controversy has arisen and now exists between plaintiffs and defendants pertaining and/or materially relating to the legal rights and duties of the plaintiffs and said defendants arising from the activities of said defendants committed as alleged herein above.

138.   Plaintiffs allege that entry of a declaratory judgment is necessary inasmuch as   plaintiffs contend, and that defendants deny, liability to plaintiffs as alleged above.

1    139.    Plaintiffs respectfully petition this Honourable Court to enter

2    appropriate declaratory judgment relief against the afore identified defendants as

3    follows:

4         A.    That this Honourable Court declare that defendants be

5              declared derivatively and vicariously liable for the conduct of each

6              other as RICO §1962(d) co-conspirators and as RICO aiders and

7              abettors, as alleged within the complaint.

8    B.    That this Honourable Court declares that defendants owe plaintiffs the

9         monies plaintiffs allege defendants fraudulently, criminally,

10        wrongfully, and falsely obtained and received from plaintiffs as alleged

11        herein above.

12   C.    That this Honourable Court declare that defendants engaged in a course

13        of conduct and a pattern of practice constituting in contravention of,

14        *inter alia*, Title 18 U.S.C. §1346, **RE**: intangible personal property right

15        to receive rendition of honest services for purposes of title 18 U.S.C.

16        §§ 1341 and 1343.

1    140.  Plaintiffs further request recovery of attorneys' fees and costs incurred

2    herein in connection with prosecuting this claim.

3    141.  Plaintiffs respectfully petition this Honourable Court for entry of

4    judgment and appropriate orders consistent with the judicial declaration of rights.

5    ///

6    ///

7    ///

8    ///

9    ///

10   ///

11   ///

12   ///

13   ///

14   ///

15   ///

110 RACKETEER INFLUENCED and CORRUPT ORGANIZATIONS ACT OF 1970
[RICO][Title 18 United States Code §§1961, 1962(a), 1962(c), 1962(d), 1964(a), and 1964(b)
et.seq.]; *__RE__*: RICO §1962(d) Conspiracy - *Pinkerton v. United States*, 328 U.S. 640 (1946) –
*Pinkerton* Doctrine *__RE__*:Mediate Causality Predicated RICO §1962(d) Multiple Conspiracy
Litigation

*SEVENTEENTH CLAIM FOR RELIEF*

*[For Immediate Entry of RICO Declaratory Judgment Relief Pursuant RICO Sections 1964(a)-(b) of the Racketeer Influenced and Corrupt Organizations Act of 1970] ["RICO"]*

*[Title 18 United States Code §§ 1964(a)-(b)]*

*[Against All Defendants]*

142.   Plaintiffs, for a Seventeenth First Claim for Relief, reallege and incorporate herein Paragraphs 1 through 27, and incorporates each and every claim for relief advanced under the federal Racketeer Influenced and Corrupt Organizations Act of 1970 ["RICO"] [Title 18 United States Code §§ 1961 et.seq.].

143.   Plaintiffs allege that an actual controversy has arisen and now exists between plaintiffs and defendants pertaining and/or materially relating to the legal rights and duties of the plaintiffs and said defendants arising from the activities of said defendants committed as alleged herein above.

144.   Plaintiffs allege that entry of a declaratory judgment is necessary inasmuch as   plaintiffs contend, and that defendants deny, liability to plaintiffs as alleged above.

///

111 RACKETEER INFLUENCED and CORRUPT ORGANIZATIONS ACT OF 1970 [RICO][Title 18 United States Code §§1961, 1962(a), 1962(c), 1962(d), 1964(a), and 1964(b) et.seq.]; *RE*: RICO §1962(d) Conspiracy - *Pinkerton v. United States*, 328 U.S. 640 (1946) – *Pinkerton* Doctrine *RE*:Mediate Causality Predicated RICO §1962(d) Multiple Conspiracy Litigation

145.    Plaintiffs respectfully petition this Honourable Court to enter appropriate declaratory judgment relief against the afore identified defendants as follows:

A.    That this Honourable Court declare that defendants be

declared derivatively and vicariously liable for the conduct of each other as RICO §1962(d) co-conspirators and as RICO aiders and abettors, as alleged within the complaint.

B.    That this Honourable Court declares that defendants owe plaintiffs the monies plaintiffs allege defendants fraudulently, criminally, wrongfully, and falsely obtained and received from plaintiffs as alleged herein above.

C.    That this Honourable Court declare that defendants engaged in a course of conduct and a pattern of practice constituting in contravention of, *inter alia*, Title 18 U.S.C. §1346, **_RE_**: intangible personal property right to receive rendition of honest services for purposes of title 18 U.S.C. §§ 1341 and 1343.

146.    Plaintiffs further request recovery of attorneys' fees and costs incurred herein in connection with prosecuting this claim.

112 RACKETEER INFLUENCED and CORRUPT ORGANIZATIONS ACT OF 1970 [RICO][Title 18 United States Code §§1961, 1962(a), 1962(c), 1962(d), 1964(a), and 1964(b) et.seq.]; **_RE_**: RICO §1962(d) Conspiracy - ***Pinkerton v. United States***, 328 U.S. 640 (1946) – ***Pinkerton*** Doctrine **_RE_**:Mediate Causality Predicated RICO §1962(d) Multiple Conspiracy Litigation

1    147.    Plaintiffs respectfully petition this Honourable Court for entry of

2    appropriate declaratory judgment and appropriate orders consistent with the judicial

3    declaration of rights pursuant to RICO §§ 1964(a)-(b).

4                              *[RICO Declaratory Relief]*

5    148.    Plaintiffs are entitled to entry of RICO declaratory judgment relief as

6    petitioned herein above, pursuant to Title 18 United States Code §§1964(a)-(b).

7    Plaintiffs are also entitled to recover attorneys' fees, expenses, charges, and costs

8    incurred in connection with the prosecution of this litigation, as well as damages

9    arising from lost profits and/or lost business opportunities, pursuant to Title 18

10   United States Code §§1964©), attributable to the activities engaged in by defendants

11   committed in furtherance of the Racketeer Influenced and Corrupt Organizations Act

12   of 1970 ["RICO"][Title 18 U.S.C. §§1961 et.seq.].

13   ***

14   ***

15   ***

16   ***

17   ***

113 RACKETEER INFLUENCED and CORRUPT ORGANIZATIONS ACT OF 1970
[RICO][Title 18 United States Code §§1961, 1962(a), 1962(c), 1962(d), 1964(a), and 1964(b)
et.seq.]; **_RE_**: RICO §1962(d) Conspiracy - ***Pinkerton v. United States***, 328 U.S. 640 (1946) –
***Pinkerton*** Doctrine **_RE_**:Mediate Causality Predicated RICO §1962(d) Multiple Conspiracy
Litigation

1

*IX.*

2

***PRAYER***

3    **WHEREFORE**, Plaintiffs pray for judgment against defendants, and each

4    and every one of them, jointly and severally, as follows:

5    1.    For compensatory damages, according to offer of proof at time of trial, arising

6          from contravention of RICO § 1962(c) of the Racketeer Influenced and

7          Corrupt Organizations Act of 1970 ["RICO"] [Title 18 United States Code §

8          1962(c)], trebled pursuant to RICO Section 1964©) [Title 18 United States

9          Code § 1964©)];

10

11    2.    For compensatory damages, according to offer of proof at time of trial, arising

12          from contravention of RICO § 1962(a) of the Racketeer Influenced and

13          Corrupt Organizations Act of 1970 ["RICO"] [Title 18 United States Code §

14          1962(a)], trebled pursuant to RICO Section 1964©) [Title 18 United States

15          Code § 1964©)];

16

114 RACKETEER INFLUENCED and CORRUPT ORGANIZATIONS ACT OF 1970 [RICO][Title 18 United States Code §§1961, 1962(a), 1962(c), 1962(d), 1964(a), and 1964(b) et.seq.]; **_RE_**: RICO §1962(d) Conspiracy - ***Pinkerton v. United States***, 328 U.S. 640 (1946) – ***Pinkerton*** Doctrine **_RE_**:Mediate Causality Predicated RICO §1962(d) Multiple Conspiracy Litigation

3.    For compensatory damages, according to offer of proof at time of trial, arising from contravention of RICO § 1962(d) of the Racketeer Influenced and Corrupt Organizations Act of 1970 ["RICO"] [Title 18 United States Code § 1962(d)], trebled pursuant to RICO Section 1964©) [Title 18 United States Code § 1964©)];

4.    For entry of judgment and appropriate orders for issuance of declaratory judgment relief pursuant to RICO § 1964(a) of the Racketeer Influenced and Corrupt Organizations Act of 1970 ["RICO"][Title 18 United States Code § 1964(a)];

5.    For entry of judgment and appropriate orders for issuance of declaratory judgment relief pursuant to RICO § 1964(b) of the Racketeer Influenced and Corrupt Organizations Act of 1970 ["RICO"][Title 18 United States Code § 1964(b)];

6.    For recovery of attorneys' fees and costs arising from contravention of RICO §§ 1962(a), ©), and (d) of the Racketeer Influenced and Corrupt Organizations Act of 1970 ["RICO"] [Title 18 United States Code § 1964©)];

7.  For post-judgment interest arising from contravention of RICO §§ 1962(a), ©), and (d) of the Racketeer Influenced and Corrupt Organizations Act of 1970 ["RICO"] [Title 18 United States Code §§1962(a), (c), and (d)];

8.  For entry of appropriate federal declaratory judgment relief pursuant to Sections 2201-2202 of the Federal Declaratory Judgment Act of 1946 [Title 28 United States Code §§ 2201-2202];

9.  For recovery under federal supplemental claims jurisdiction [Title 28 United States Code § 1367];

10. For entry of appropriate equitable relief under federal supplemental claims jurisdiction [Title 28 United States Code § 1367];

11. For entry of appropriate declaratory judgment relief under federal supplemental claims jurisdiction [Title 28 United States Code § 1367] and,

///

///

///

116 RACKETEER INFLUENCED and CORRUPT ORGANIZATIONS ACT OF 1970 [RICO][Title 18 United States Code §§1961, 1962(a), 1962(c), 1962(d), 1964(a), and 1964(b) et.seq.]; **_RE_**: RICO §1962(d) Conspiracy - **_Pinkerton v. United States_**, 328 U.S. 640 (1946) – **_Pinkerton_** Doctrine **_RE_**:Mediate Causality Predicated RICO §1962(d) Multiple Conspiracy Litigation

1   12.    For such further and other relief as this Honourable Court deems just and

2          proper in the premises.

3   Dated: 16 September 2025.

4                          DEAN BROWNING WEBB, ESQUIRE,

5                                WASH SBN # 10735

6                          ATTORNEY AND COUNSELOR AT LAW

7                          5515 N.W. PACIFIC RIM BOULEVARD

8                                APARTMENT # 103

9                          CAMAS, WASHINGTON ZIP CODE 98607

10                         TELEPHONE: [360] 241-1656

11                         ELECTRONIC MESSAGING ADDRESS:

12                              ricoman1968@aol.com

13

14                    By: _/s/ *Dean Browning Webb*

15                    DEAN BROWNING WEBB

16                    ATTORNEYS AND COUNSELORS AT LAW FOR

17                    PLAINTIFFS:

18                    STEVEN J. NIKOLICH, both individually and upon
19                    behalf of the marital community property estate of
20                    STEVEN J. NIKOLICH and MARCIA A. NIKOLICH

21   ///

22   ///

117 RACKETEER INFLUENCED and CORRUPT ORGANIZATIONS ACT OF 1970
[RICO][Title 18 United States Code §§1961, 1962(a), 1962(c), 1962(d), 1964(a), and 1964(b)
et.seq.]; **_RE_**: RICO §1962(d) Conspiracy - **_Pinkerton v. United States_**, 328 U.S. 640 (1946) –
**_Pinkerton_** Doctrine **_RE_**:Mediate Causality Predicated RICO §1962(d) Multiple Conspiracy
Litigation

1

## *X.*

2

## *DEMAND FOR TRIAL BY JURY*

3    Plaintiffs hereby respectfully demand and honourably petition that this cause

4   be tried before a jury pursuant to the Seventh Amendment of the Constitution of the

5   United States of America [VII Amendment], Rule 38(b) of the Federal Rules of Civil

6   Procedure, Local Civil Rule 38 of the Local Civil Rules of the United States District

7   Court for the Western District of Washington.

8    Dated: 16 September 2025.

9                DEAN BROWNING WEBB, ESQUIRE,

10                    WASH SBN # 10735

11                ATTORNEY AND COUNSELOR AT LAW

12                5515 N.W. PACIFIC RIM BOULEVARD

13                    APARTMENT # 103

14                CAMAS, WASHINGTON ZIP CODE 98607

15                TELEPHONE: [360] 241-1656

16                ELECTRONIC MESSAGING ADDRESS:

17                    ricoman1968@aol.com

18                By*: /s/ Dean Browning Webb*

19                DEAN BROWNING WEBB

20                ATTORNEYS AND COUNSELORS AT LAW FOR

21                PLAINTIFFS:

118 RACKETEER INFLUENCED and CORRUPT ORGANIZATIONS ACT OF 1970
[RICO][Title 18 United States Code §§1961, 1962(a), 1962(c), 1962(d), 1964(a), and 1964(b)
et.seq.]; **_RE_**: RICO §1962(d) Conspiracy - *Pinkerton v. United States*, 328 U.S. 640 (1946) –
*Pinkerton* Doctrine **_RE_**:Mediate Causality Predicated RICO §1962(d) Multiple Conspiracy
Litigation

1   STEVEN J. NIKOLICH, both individually and
2   upon behalf of the marital community property
3   estate of STEVEN J. NIKOLICH and MARCIA A.
4   NIKOLICH

5   ///

6   ///

7   ///

8   ///

9   ///

10  ///

11  ///

12  ///

13  ///

14  ///

15  ///

16  ///

17  ///