1

2

3

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

TACOMA DIVISION

| | |
|---|---|
| STEVEN J. NIKOLICH, both individually | ) CIVIL NO.: 3:25-cv-05825-JNW |
| and upon behalf of the community property | ) ***AMENDED COMPLAINT***: ***RE***: |
| marital estate of STEVEN J, NIKOLICH | ) ***JURY TRIAL DEMANDED*** ***RE***: |
| and MARCIA A. NIKOLICH, | ) VII AMENDMENT OF THE |
| Plaintiffs, | ) CONSTITUTION OF THE |
| vs, | ) UNITED STATES OF AMERICA. |
| | ) FRCP 38; and LCR 38. |
| PROGRESSIVE CASUALTY INSURANCE | ) ***AMENDED COMPLAINT***: ***RE***: |
| COMPANY, an Ohio corporation; and, THE | ) RACKETEER INFLUENCED and |
| PROGRESSIVE COMPANY, an Ohio | ) CORRUPT ORGANIZATIONS |
| corporation, | ) ACT OF 1970 ["RICO"] [TITLE 18 |
| | ) U.S.C. §§1961, ***et.seq***.] ***RE***: RICO |
| | ) §1962(d) CONPIRACY ***RE***: |
| | ) ***PINKERTON*** DOCTRINE ***RE***: |
| | ) MEDIATE CAUSATION ***RE***: |
| | ) RICO §1962(d) CONSPIRACY TO |
| | ) AID and ABETT; RICO AIDING |
| | ) and ABETTING RICO §1962(d) |
| | ) CONSPIRACY; RICO AIDING and |

1 AMENDED RACKETEER INFLUENCED and CORRUPT ORGANIZATIONS ACT OF 1970 [RICO][Title 18 United States Code §§1961, 1962(a), 1962(c), 1962(d), 1964(a), and 1964(b) et.seq.]; ***RE***: RICO §1962(d) Conspiracy - ***Pinkerton v. United States***, 328 U.S. 640 (1946) – ***Pinkerton*** Doctrine ***RE***:Mediate Causality Predicated RICO §1962(d) Multiple Conspiracy Litigation

| | |
|---|---|
| 1 | ) ABETTING RICO SUBSTANTIVE |
| 2 | ) PRIMARY §§ 1962(a) – 1962(c) |
| 3 | ) OFFENSES. |
| 4 | ) RICO §1962(d) CONSPIRACY ***RE:*** |
| 5 | ) ***PINKERTON v. UNITED STATES***, |
| 6 | ) 328 U.S. 640 (1946). ***RE:*** RICO |
| 7 | ) §§1962(a), 1962(c), 1962(d), |
| 8 | ) 1964(a), and 1964(b); and, RICO §§ |
| 9 | ) 1962(a), 1962(c), and 1962(d) ***RE:*** |
| 10 | ) RICO DERIVATIVE LIABILITY/ |
| 11 | ) RICO ***RESPONDEAT SUPERIOR;*** |
| 12 | ) RICO AIDING and ABETTING |
| 13 | ) RICO §1962(d) CONSPIRACY. |
| 14 | ) RICO §1962(d) CONSPIRACY TO |
| 15 | ) COMMIT RICO AIDING and |
| 16 | ) ABETTING. RICO §§1964(a)-(b) |
| 17 | ) DECLARATORY RELIEF. |
| 18 | ) RICO §1962(d) CONSPIRACY TO |
| 19 | ) CONCEAL CRIMINAL SCHEME. |
| 20 | ) RICO INJUNCTIVE RELIEF ***RE:*** |
| 21 | ) RICO §§1964(a)-(b). |
| 22 | Defendants. ) |
| 23 | ) |
| 24 | ) |

2 AMENDED RACKETEER INFLUENCED and CORRUPT ORGANIZATIONS ACT OF 1970 [RICO][Title 18 United States Code §§1961, 1962(a), 1962(c), 1962(d), 1964(a), and 1964(b) et.seq.]; ***RE***: RICO §1962(d) Conspiracy - ***Pinkerton v. United States***, 328 U.S. 640 (1946) – ***Pinkerton*** Doctrine ***RE***:Mediate Causality Predicated RICO §1962(d) Multiple Conspiracy Litigation

1    Plaintiffs Steven J. Nikolich, both individually and upon behalf of the

2    community property marital estate of Steven J. Nikolich and Marcia A. Nikolich,

3    advances, alleges, articulates, asserts, contends, and complains, by and through

4    Plaintiffs' *Amended Complaint*, allowed and permitted by entry of the Order by this

5    Honourable Court, *17 February 2026*, [*ECF # 24*, 17 February 2026], with leave to

6    file and to amend the Complaint, affirmatively initiated pursuant to the federal

7    Racketeer Influenced and Corrupt Organizations Act of 1970 ["RICO"] [Title 18

8    United States Code §§ 1961, et.seq.,  advancing multiple RICO §1964 monetary

9    claims for relief, RICO §1964 multiple equitable claims for relief, RICO §1964

10   multiple injunctive claims for relief, and RICO §1964 multiple declaratory claims

11   for relief, as specifically articulated, expressly enumerated and particularly

12   identified herein after below:

13       A.    federal Racketeer Influenced and Corrupt Organizations Act of 1970

14   ["RICO"] [Title 18 United States Code §§ 1961, 1964(a), 1964(b), and 1964©),

15   et.seq.].

16       B.    federal Racketeer Influenced and Corrupt Organizations Act of 1970

17   ["RICO"] [Title 18 United States Code §§ 1961, 1962(a), 1962(d), 1964(a),

18   1964(b), and 1964©), et.seq.].

3 AMENDED RACKETEER INFLUENCED and CORRUPT ORGANIZATIONS ACT OF 1970
[RICO][Title 18 United States Code §§1961, 1962(a), 1962(c), 1962(d), 1964(a), and 1964(b)
et.seq.]; *RE*: RICO §1962(d) Conspiracy - *Pinkerton v. United States*, 328 U.S. 640 (1946) –
*Pinkerton* Doctrine *RE*:Mediate Causality Predicated RICO §1962(d) Multiple Conspiracy
Litigation

1    C.    federal Racketeer Influenced and Corrupt Organizations Act of 1970

2    ["RICO"] [Title 18 United States Code §§ 1961, 1962©), 1962(d), 1964(a),

3    1964(b), and 1964©), et.seq.].

4    D.    federal Racketeer Influenced and Corrupt Organizations Act of 1970

5    ["RICO"] [Title 18 United States Code §§ 1961, 1962(d), 1964(a), 1964(b), and

6    1964©), et.seq.].

7    E.    federal Racketeer Influenced and Corrupt Organizations Act of 1970

8    ["RICO"] [Title 18 United States Code §§ 1961, 1964(a) federal declaratory

9    relief, et.seq.].

10    F.    federal Racketeer Influenced and Corrupt Organizations Act of 1970

11    ["RICO"] [Title 18 United States Code §§ 1961, 1964(b) federal declaratory

12    relief, et.seq.].

13    G.    federal Racketeer Influenced and Corrupt Organizations Act of 1970

14    ["RICO"] [Title 18 United States Code §§ 1961, 1964(a) federal equitable relief,

15    et.seq.].

4 AMENDED RACKETEER INFLUENCED and CORRUPT ORGANIZATIONS ACT OF 1970
[RICO][Title 18 United States Code §§1961, 1962(a), 1962(c), 1962(d), 1964(a), and 1964(b)
et.seq.]; _**RE**_: RICO §1962(d) Conspiracy - _**Pinkerton v. United States**_, 328 U.S. 640 (1946) –
_**Pinkerton**_ Doctrine _**RE**_:Mediate Causality Predicated RICO §1962(d) Multiple Conspiracy
Litigation

1    H.    federal Racketeer Influenced and Corrupt Organizations Act of 1970

2    ["RICO"] [Title 18 United States Code §§ 1961, 1964(b) federal equitable relief,

3    et.seq.].

4    I.    federal Declaratory Judgment Act of 1946 for entry of appropriate and

5    necessary federal declaratory judgment relief under Title 28 United States Code

6    §§ 2201-2202.

7    against defendants, and each and every one of them, jointly and severally:

8    • Progressive Casualty Insurance Company, an Ohio corporation.

9    • The Progressive Company, an Ohio corporation.

10    Plaintiffs originally initiated these proceedings pursuant to the federal

11    Racketeer Influenced and Corrupt Organizations Act of 1970 ["RICO"] [Title 18

12    United States Code §§ 1961, 1962(a), 1962(c), 1962(d), 1964(a), 1964(b), and

13    1964©), et.seq.], filing the ***Original Complaint***, ***16 September 2025***, ***Nikolich,***

14    ***et.al., v. Progressive Casualty Insurance Company, et.al.***, U.S.D.C. W.D. Wash.,

15    3:25-cv-05825-JNW. [***ECF # 1***, 16 September 2025].

16    ///

17    ///

5 AMENDED RACKETEER INFLUENCED and CORRUPT ORGANIZATIONS ACT OF 1970
[RICO][Title 18 United States Code §§1961, 1962(a), 1962(c), 1962(d), 1964(a), and 1964(b)
et.seq.]; ***RE***: RICO §1962(d) Conspiracy - ***Pinkerton v. United States***, 328 U.S. 640 (1946) –
***Pinkerton*** Doctrine ***RE***:Mediate Causality Predicated RICO §1962(d) Multiple Conspiracy
Litigation

# *I.*

## *FEDERAL COMPETENT SUBJECT MATTER JURISDICTIONAL and FEDERAL VENUE ALLEGATIONS*

1.      Competent subject matter jurisdiction and venue exists, in whole

and/or in part, pursuant to the following federal statutes:

A.      Section 1964(a) of the Racketeer Influenced and Corrupt

Organizations RICO Act of 1970 ["RICO"] [Title 18 United States Code §1964(a)];

B.      Section 1964(b) of the Racketeer Influenced and Corrupt

Organizations RICO Act of 1970 ["RICO"] [Title 18 United States Code §1964(b)];

C.      Section 1964©) of the Racketeer Influenced and Corrupt

Organizations RICO Act of 1970 ["RICO"] [Title 18 United States Code §1964©)];

D.      Section 1965(a) of the Racketeer Influenced and Corrupt

Organizations RICO Act of 1970 ["RICO"] [Title 18 United States Code §1965(a)];

E.      Section 1965(b) of the Racketeer Influenced and Corrupt

Organizations RICO Act of 1970 ["RICO"] [Title 18 United States Code §1965(b)];

F.      Section 1965(d) of the Racketeer Influenced and Corrupt

Organizations RICO Act of 1970 ["RICO"] [Title 18 United States Code §1965(d)];

G.      Federal Question Jurisdiction [Title 28 United States Code §1331];

6 AMENDED RACKETEER INFLUENCED and CORRUPT ORGANIZATIONS ACT OF 1970 [RICO][Title 18 United States Code §§1961, 1962(a), 1962(c), 1962(d), 1964(a), and 1964(b) et.seq.]; __*RE*__: RICO §1962(d) Conspiracy - *Pinkerton v. United States*, 328 U.S. 640 (1946) – *Pinkerton* Doctrine __*RE*__:Mediate Causally Predicated RICO §1962(d) Multiple Conspiracy Litigation

1      H.      Federal Regulation of Commerce Jurisdiction [Title 28 United States

2   Code §1337];

3      I.      Federal Declaratory Judgment Act of 1946 [Title 28 United States

4   Code §§ 2201-2202]; and,

5      J.      Federal General Venue [Title 28 United States Code §1391(b)].

6   ///

7   ///

8   ///

9   ///

10   ///

11   ///

12   ///

13   ///

14   ///

15   ///

16   ///

17   ///

18   ///

19   ///

20   ///

21   ///

7 AMENDED RACKETEER INFLUENCED and CORRUPT ORGANIZATIONS ACT OF 1970
[RICO][Title 18 United States Code §§1961, 1962(a), 1962(c), 1962(d), 1964(a), and 1964(b)
et.seq.]; **_RE_**: RICO §1962(d) Conspiracy - **_Pinkerton v. United States_**, 328 U.S. 640 (1946) –
**_Pinkerton_** Doctrine **_RE_**:Mediate Causality Predicated RICO §1962(d) Multiple Conspiracy
Litigation

## II.

## RICO PERSONS

## [RICO TITLE 18 UNITED STATES CODE § 1961(3)]

2.      Plaintiffs are, and during all times material herein have been, and continue to be, individuals engaged in business activities within the State of Washington, such business, commercial and corporate activities have an impact upon federal interstate commerce and federal commerce. Plaintiffs maintain both plaintiffs' principal place of business operations and plaintiffs' real property interests situated and located within the City of Centralia, County of Lewis, State of Washington. Plaintiffs engage in activities and conduct that affect federal interstate and/or foreign commerce. Plaintiffs allege that plaintiffs

❖ Steven J. Nikolich, both individually and upon behalf of the community property marital estate of Steven J. Nikolich and Marcia A. Nikolich

are each a "person" as that term is defined pursuant to Section 1961(3) of the Racketeer Influenced and Corrupt Organizations Act of 1970 ["RICO"].

3.      Plaintiffs allege that during all times material herein that

- Progressive Casualty Insurance Company, an Ohio corporation.
- The Progressive Company, an Ohio corporation.

8 AMENDED RACKETEER INFLUENCED and CORRUPT ORGANIZATIONS ACT OF 1970 [RICO][Title 18 United States Code §§1961, 1962(a), 1962(c), 1962(d), 1964(a), and 1964(b) et.seq.]; _**RE**_: RICO §1962(d) Conspiracy - _**Pinkerton v. United States**_, 328 U.S. 640 (1946) – _**Pinkerton**_ Doctrine _**RE**_:Mediate Causality Predicated RICO §1962(d) Multiple Conspiracy Litigation

1  are each a "person" pursuant to RICO §1961(3) of the Racketeer Influenced and
2  ¹Corrupt Organizations Act of 1970 ["RICO"].

---

¹     The Progressive Company is comprised of, and constituted by, a significantly multi-faceted, extensively multi-dimensional corporate affiliated subsidiaries as evidenced by recently filings with the United States Securities and Exchange Commission. Progressive Casualty Insurance Company is specifically identified and listed as a corporate affiliated subsidiary. See https://www.sec.gov/Archives/edgar/data/80661/000119312510044296/dex21.htm:

EX-21 27 dex21.htm SUBSIDIARIES OF THE PROGRESSIVE CORPORATION
Exhibit 21

SUBSIDIARIES OF THE PROGRESSIVE CORPORATION

Name of Subsidiary

        Jurisdiction of Incorporation
Drive Insurance Holdings, Inc.

        Delaware
Drive New Jersey Insurance Company

        New Jersey
Progressive American Insurance Company

        Florida
Progressive Bayside Insurance Company

        Florida
Progressive Casualty Insurance Company

        Ohio
PC Investment Company

        Delaware
Progressive Gulf Insurance Company

        Ohio
Progressive Specialty Insurance Company

        Ohio
Trussville/Cahaba, AL, LLC
9 AMENDED RACKETEER INFLUENCED and CORRUPT ORGANIZATIONS ACT OF 1970 [RICO][Title 18 United States Code §§1961, 1962(a), 1962(c), 1962(d), 1964(a), and 1964(b) et.seq.]; **_RE_**: RICO §1962(d) Conspiracy - ***Pinkerton v. United States***, 328 U.S. 640 (1946) – ***Pinkerton*** Doctrine **_RE_**:Mediate Causality Predicated RICO §1962(d) Multiple Conspiracy Litigation

_____

Ohio
Progressive Classic Insurance Company

Wisconsin
Progressive DLP Corp.

Ohio
Progressive Hawaii Insurance Corp.

Ohio
Progressive Michigan Insurance Company

Michigan
Progressive Mountain Insurance Company

Ohio
Progressive Northern Insurance Company

Wisconsin
Progressive Northwestern Insurance Company

Ohio
Progressive Preferred Insurance Company

Ohio
Progressive Security Insurance Company

Louisiana
Progressive Southeastern Insurance Company

Indiana
Progressive West Insurance Company

Ohio
Garden Sun Insurance Services, Inc.

Hawaii
Pacific Motor Club

California
Progny Agency, Inc.

10 AMENDED RACKETEER INFLUENCED and CORRUPT ORGANIZATIONS ACT OF 1970 [RICO][Title 18 United States Code §§1961, 1962(a), 1962(c), 1962(d), 1964(a), and 1964(b) et.seq.]; **_RE_**: RICO §1962(d) Conspiracy - **_Pinkerton v. United States_**, 328 U.S. 640 (1946) – **_Pinkerton_** Doctrine **_RE_**:Mediate Causality Predicated RICO §1962(d) Multiple Conspiracy Litigation

_____

New York
Progressive Adjusting Company, Inc.

Ohio
Progressive Capital Management Corp.

New York
Progressive Commercial Holdings, Inc.

Delaware
Artisan and Truckers Casualty Company

Wisconsin
National Continental Insurance Company

New York
Progressive Express Insurance Company

Florida
United Financial Casualty Company

Ohio
Progressive Commercial Casualty Company

Ohio
Name of Subsidiary (con't)

Jurisdiction
of Incorporation
Progressive Direct Holdings, Inc.

Delaware
Progressive Advanced Insurance Company

Ohio
Mountain Laurel Assurance Company

Ohio
Progressive Auto Pro Insurance Agency, Inc.

Florida

11 AMENDED RACKETEER INFLUENCED and CORRUPT ORGANIZATIONS ACT OF 1970 [RICO][Title 18 United States Code §§1961, 1962(a), 1962(c), 1962(d), 1964(a), and 1964(b) et.seq.]; __*RE*__: RICO §1962(d) Conspiracy - ***Pinkerton v. United States***, 328 U.S. 640 (1946) – ***Pinkerton*** Doctrine __*RE*__:Mediate Causality Predicated RICO §1962(d) Multiple Conspiracy Litigation

———————————————

Progressive Choice Insurance Company

Ohio
Progressive Direct Insurance Company

Ohio
Gadsden, AL, LLC

Ohio
Progressive Freedom Insurance Company

New Jersey
Progressive Garden State Insurance Company

New Jersey
Progressive Marathon Insurance Company

Michigan
Progressive Max Insurance Company

Ohio
Progressive Paloverde Insurance Company

Indiana
Progressive Premier Insurance Company of Illinois

Ohio
Progressive Select Insurance Company

Florida
Progressive Specialty Insurance Agency, Inc.

Ohio
Progressive Universal Insurance Company

Wisconsin
Progressive Investment Company, Inc.

Delaware
Progressive Premium Budget, Inc.

Ohio
12 AMENDED RACKETEER INFLUENCED and CORRUPT ORGANIZATIONS ACT OF 1970 [RICO][Title 18 United States Code §§1961, 1962(a), 1962(c), 1962(d), 1964(a), and 1964(b) et.seq.]; __*RE*__: RICO §1962(d) Conspiracy - ***Pinkerton v. United States***, 328 U.S. 640 (1946) – ***Pinkerton*** Doctrine __*RE*__:Mediate Causality Predicated RICO §1962(d) Multiple Conspiracy Litigation

1    4.    Plaintiffs allege that during all times material herein that Progressive

2    Casualty Insurance Company, a corporation, [hereinafter referred to as "Progressive

3    Casualty"] engages in the activities alleged herein as an alter ego and acting upon

4    behalf of Progressive Company as RICO persons. Progressive Casualty Insurance

5    Company is a "person" as that term is defined pursuant to Section 1961(3) of the

6    Racketeer Influenced and Corrupt Organizations Act of 1970 ["RICO"].

7    5.    Plaintiffs allege that during all times material herein that The

8    Progressive Company, a corporation, [hereinafter referred to as "Progressive"]

9    engages in the activities alleged herein as an alter ego and acting upon behalf of

10   Progressive Casualty Insurance Company as RICO persons. Progressive Company

11   is a "person" as that term is defined pursuant to Section 1961(3) of the Racketeer

12   Influenced and Corrupt Organizations Act of 1970 ["RICO"].

---

Progressive RSC, Inc.

    Ohio
Progressive Vehicle Service Company

    Ohio
Village Transport Corp.

    Delaware
Wilson Mills Land Co.

    Ohio
Each subsidiary is wholly owned by its parent.
13 AMENDED RACKETEER INFLUENCED and CORRUPT ORGANIZATIONS ACT OF
1970 [RICO][Title 18 United States Code §§1961, 1962(a), 1962(c), 1962(d), 1964(a), and
1964(b) et.seq.]; *RE*: RICO §1962(d) Conspiracy - ***Pinkerton v. United States***, 328 U.S. 640
(1946) – ***Pinkerton*** Doctrine *RE*:Mediate Causality Predicated RICO §1962(d) Multiple
Conspiracy Litigation

1        6.    Plaintiffs allege that during all times material herein that Progressive

2    Company, a corporation, is the parent corporation that wholly owns, controls,

3    manages, operates, administers, and directs the activities alleged herein of

4    Progressive Casualty Insurance Company, a wholly owned and controlled corporate

5    subsidiary, as RICO persons. Progressive Company and Progressive Casualty

6    Insurance Company are each a "person" as that term is defined pursuant to Section

7    1961(3) of the Racketeer Influenced and Corrupt Organizations Act of 1970

8    ["RICO"].

9        7.    Plaintiffs allege that each and every defendant is liable as a principal

10   pursuant to Title 18 United States Code §§ 2(a)-(b) and that each and every defendant

11   is liable as a co-conspirator pursuant to Title 18 United States Code § 371.

12       8.    Plaintiffs further allege that the acts, conduct, activities, and/or

13   omissions committed by any one defendant are attributable to all the other

14   defendants.

15       9.    Plaintiffs allege that at all times material herein, the activities, conduct,

16   and/or omissions committed and/or engaged in by the defendants herein give rise to

17   this action being instituted within this federal district court inasmuch as plaintiffs are

18   a citizen and a resident of the City of Centralia, County of Lewis, State of

14 AMENDED RACKETEER INFLUENCED and CORRUPT ORGANIZATIONS ACT OF 1970 [RICO][Title 18 United States Code §§1961, 1962(a), 1962(c), 1962(d), 1964(a), and 1964(b) et.seq.]; __RE__: RICO §1962(d) Conspiracy - *Pinkerton v. United States*, 328 U.S. 640 (1946) – *Pinkerton* Doctrine __RE__:Mediate Causality Predicated RICO §1962(d) Multiple Conspiracy Litigation

1    Washington, and the events that give rise to the federal Racketeer Influenced and

2    Corrupt Organizations Act of 1970 ["RICO"][Title 18 United States Code § §§ 1961,

3    1965(a), (b), and (d)] action are predicated under the RICO co-conspiracy theory of

4    venue and the RICO co-conspiracy theory of personal jurisdiction, by and through

5    employment of federal instrumentalities of federal interstate commerce, including

6    the federal mails, federal wires, and traveling in connection with the commission of

7    racketeering activity across federal interstate and/or international boundaries and/or

8    lines.

9         10.    Plaintiffs further allege that the defendants, each of whom are engaged

10   in principal business activities within the City of Centralia, County of Lewis, State

11   of Washington, engaged in continuous, concerted, and systematic activities that

12   culminated within this federal district, resulting in injury to plaintiffs' interests in

13   plaintiffs' business or property, pursuant to RICO Title 18 U.S.C. §1964©).

14   ///

15   ///

16   ///

17   ///

15 AMENDED RACKETEER INFLUENCED and CORRUPT ORGANIZATIONS ACT OF 1970 [RICO][Title 18 United States Code §§1961, 1962(a), 1962(c), 1962(d), 1964(a), and 1964(b) et.seq.]; *RE*: RICO §1962(d) Conspiracy - *Pinkerton v. United States*, 328 U.S. 640 (1946) – *Pinkerton* Doctrine *RE*:Mediate Causality Predicated RICO §1962(d) Multiple Conspiracy Litigation

*III.*

*RICO EVIDENTIARY FACTUAL ALLEGATIONS*

*COMPREHENSIVE RICO ARTIFICE AND SCHEME TO DEFRAUD AND TO DEPRIVE PLAINTIFFS OF PLAINTIFFS' INTERESTS IN BUSINESSOR PROPERTY [TITLE 18 UNITED STATES CODE § 1964©)]*

*A.    RICO RACKETEERING ACTIVITY [18 U.S.C. § 1961(1)(B)] and RICO PATTERN OF RACKETEERING ACTIVITY [18 U.S.C. §1961(5)]*

    *1.    Artifice and Scheme to Feloniously, Fraudulently, Wrongfully, and Criminally Acquire Plaintiffs' Interests in Property and Money*

        *a. "The Progressive Casualty Insurance Electronic Monetary Funds Transfer Scheme"*

11.    Plaintiffs, by and through the employment and use of federal instrumentalities of federal interstate commerce, including, but not restricted to, federal mails and federal wires, contracted with Progressive Casualty Insurance Company in 2020 to secure and obtain motor vehicle insurance coverage for a certain motor vehicle owned by plaintiffs. Plaintiffs expressly consented to and authorized Progressive Casualty to withdraw monies by electronic funds transfer from plaintiffs' bank account at Wells Fargo Bank monthly to pay monthly insurance premiums for motor vehicle coverage based upon Progressive Casualty's affirmative representations to honour said insurance policy agreement.

16 AMENDED RACKETEER INFLUENCED and CORRUPT ORGANIZATIONS ACT OF 1970 [RICO][Title 18 United States Code §§1961, 1962(a), 1962(c), 1962(d), 1964(a), and 1964(b) et.seq.]; *RE*: RICO §1962(d) Conspiracy - *Pinkerton v. United States*, 328 U.S. 640 (1946) – *Pinkerton* Doctrine <u>RE</u>:Mediate Causality Predicated RICO §1962(d) Multiple Conspiracy Litigation

1    12.    Plaintiffs allege that on or about 24 September 2020, plaintiffs'

2    daughter, Danica Nikolich, an additional insured under the motor vehicle insurance

3    contractual coverage issued by Progressive Casualty, operating a covered motor

4    vehicle, a 2013 Ford Fusion, was involved in a vehicular accident. The property

5    damages sustained as a proximate and direct result of the accident resulted with the

6    vehicle being declared a complete and total wreck, inoperable and unrepairable.

7    13.    Plaintiffs promptly submitted a claim pursuant to the terms and

8    conditions of the Progressive Casualty motor vehicle insurance coverage. Plaintiffs

9    allege that the representative of Progressive Casualty misrepresented and falsely

10    stated reasons to plaintiffs that the insurance coverage policy be retroactively back

11    dated to July 2020. Plaintiffs allege that Progressive Casualty established 24

12    September 2020 as the date of loss.

13    14.    Plaintiffs allege that Progressive Casualty summarily denied the

14    property damages claim submitted by plaintiffs without good cause and/or rational

15    justification.

16    ///

17 AMENDED RACKETEER INFLUENCED and CORRUPT ORGANIZATIONS ACT OF 1970 [RICO][Title 18 United States Code §§1961, 1962(a), 1962(c), 1962(d), 1964(a), and 1964(b) et.seq.]; _**RE**_: RICO §1962(d) Conspiracy - **_Pinkerton v. United States_**, 328 U.S. 640 (1946) – **_Pinkerton_** Doctrine _**RE**_:Mediate Causality Predicated RICO §1962(d) Multiple Conspiracy Litigation

15.    Plaintiffs allege that Progressive Casualty continued to effectuate electronic funds transfer of monies from plaintiffs' bank account at Wells Fargo Bank for purposes of providing motor vehicle insurance coverage on the Ford Fusion notwithstanding the complete destruction of the motor vehicle.

16.    Plaintiffs demanded Progressive Casualty immediately cease withdrawing electronic funds transfer of monies from plaintiffs' Wells Fargo Bank account notwithstanding the complete and total destruction of the 2013 Ford Fusion.

17.    Plaintiffs allege that Progressive Casualty, feloniously, wrongfully, and criminally, with specific intent, fraudulently caused the electronic transfers fund of monies from plaintiffs' bank account at Wells Fargo Bank to pay for motor vehicle insurance coverage on the Ford Fusion completely destroyed as alleged above.

18.    Plaintiffs allege that the following electronic transfers of monies, by and through federal wire fraud and/or federal mail fraud, Progressive Casualty constitute felonious, wrongful, criminal, and fraudulent conduct proximately causing and directly resulting in damage to plaintiffs' interest in business and/or property, in contravention of, ***inter alia***, Title 18 U.S.C. §1346, **_RE_**: intangible personal property right to receive rendition of honest services for purposes of title 18 U.S.C. §§ 1341 and 1343. Plaintiffs allege that each and every electronic funds

18 AMENDED RACKETEER INFLUENCED and CORRUPT ORGANIZATIONS ACT OF 1970 [RICO][Title 18 United States Code §§1961, 1962(a), 1962(c), 1962(d), 1964(a), and 1964(b) et.seq.]; **_RE_**: RICO §1962(d) Conspiracy - ***Pinkerton v. United States***, 328 U.S. 640 (1946) – ***Pinkerton*** Doctrine **_RE_**:Mediate Causality Predicated RICO §1962(d) Multiple Conspiracy Litigation

1  transfer specifically identified herein below constitute a form of RICO "racketeering

2  activity" pursuant to RICO §1961(1)(B), which includes multiple judicially

3  recognized RICO permutations of: [*1*] RICO aiding and abetting RICO §§ 1962(a),

4  1962(c) substantive, primary contraventions; [*2*] RICO §1962(d) conspiracy to

5  commit primary and substantive RICO §§1962(a), 1962(c) substantive, primary

6  contraventions; [*3*] RICO aiding and abetting RICO §1962(d) conspiracy, and [*4*]

7  RICO §1962(d) conspiracy to commit RICO aiding and abetting RICO §§1962(a),

8  1962(c) substantive, primary the statutory identified RICO 18 U.S.C. §1961(1)(B)

9  "racketeering activity" multiples the statutorily enumerated RICO 18 U.S.C.

10  §1961(1)(B) "racketeering activity" by ***quadruple*** [*4*] ***fold*** pursuant to RICO 18

11  U.S.C. §1961(1)(B):

12  _____

13  **A. _RICO RACKETEERING ACTIVITY MULTIPLE PREDICATE_**
14  **_OFFENSES– 18 U.S.C. §1961(1)(B)_:**

15  RACKETEERING ACTIVIVTY PREDICATE OFFENSE # 1:

16  • 09/11/2020  201014xxxxx9707       $133.66

17  RACKETEERING ACTIVIVTY PREDICATE OFFENSE # 2:

18  ❖ 10/14/2020  201112xxxxx9707       $215.06

19  RACKETEERING ACTIVIVTY PREDICATE OFFENSE #3:

20  ❖ 11/12/2020  201211xxxxx9707       $215.06

19 AMENDED RACKETEER INFLUENCED and CORRUPT ORGANIZATIONS ACT OF 1970 [RICO][Title 18 United States Code §§1961, 1962(a), 1962(c), 1962(d), 1964(a), and 1964(b) et.seq.]; **_RE_**: RICO §1962(d) Conspiracy - ***Pinkerton v. United States***, 328 U.S. 640 (1946) – ***Pinkerton*** Doctrine **_RE_**:Mediate Causality Predicated RICO §1962(d) Multiple Conspiracy Litigation

1    RACKETEERING ACTIVIVTY PREDICATE OFFENSE # 4:

2        ❖ 12/11/2020  201211xxxxx9707        $584.77

3    RACKETEERING ACTIVIVTY PREDICATE OFFENSE #5:

4        ❖ 01/12/2021  210112xxxxx9707        $338.30

5    RACKETEERING ACTIVIVTY PREDICATE OFFENSE #6:

6        ❖ 02/11/2021  210211xxxxx9707        $354.58

7    RACKETEERING ACTIVIVTY PREDICATE OFFENSE # 7:

8        ❖ 03/11/2021  210311xxxxx9707        $354.49

9    RACKETEERING ACTIVIVTY PREDICATE OFFENSE # 8:

10        ❖ 04/13/2021  210413xxxxx9707        $354.49

11    RACKETEERING ACTIVIVTY PREDICATE OFFENSE # 9:

12        ❖ 05/11/2021  210511xxxxx9707        $354.49

13    RACKETEERING ACTIVIVTY PREDICATE OFFENSE # 10:

14        ❖ 06/11/2021  210611xxxxx9707        $354.49

15    RACKETEERING ACTIVIVTY PREDICATE OFFENSE # 11:

16        ❖ 07/13/2021  210713xxxxx9707        $354.46

17    RACKETEERING ACTIVIVTY PREDICATE OFFENSE # 12:

18        ❖ 08/11/2021  210811xxxxx9707        $354.58

19    RACKETEERING ACTIVIVTY PREDICATE OFFENSE # 13:

20        ❖ 09/13/2021  210911xxxxx9707        $354.49

21    RACKETEERING ACTIVIVTY PREDICATE OFFENSE # 14:

22        ❖ 10/11/2021  211011xxxxx9707        $354.49

23    RACKETEERING ACTIVIVTY PREDICATE OFFENSE # 15:

24        ❖ 11/12/2021  211011xxxxx9707        $354.49

20 AMENDED RACKETEER INFLUENCED and CORRUPT ORGANIZATIONS ACT OF 1970 [RICO][Title 18 United States Code §§1961, 1962(a), 1962(c), 1962(d), 1964(a), and 1964(b) et.seq.]; *RE*: RICO §1962(d) Conspiracy - *Pinkerton v. United States*, 328 U.S. 640 (1946) – *Pinkerton* Doctrine *RE*:Mediate Causality Predicated RICO §1962(d) Multiple Conspiracy Litigation

1    RACKETEERING ACTIVIVTY PREDICATE OFFENSE # 16:

2        ❖ 12/13/2021  210112xxxxx9707        $354.49

3    RACKETEERING ACTIVIVTY PREDICATE OFFENSE # 17:

4        ❖ 01/11/2022  220110xxxxx9707        $354.46

5    RACKETEERING ACTIVIVTY PREDICATE OFFENSE # 18:

6        ❖ 02/11/2022  220210xxxxx9707        $334.58

7    RACKETEERING ACTIVIVTY PREDICATE OFFENSE # 19:

8        ❖ 03/11/2022  220310xxxxx9707        $354.49

9    RACKETEERING ACTIVIVTY PREDICATE OFFENSE # 20:

10       ❖ 04/12/2022  220410xxxxx9707        $334.49

11   RACKETEERING ACTIVIVTY PREDICATE OFFENSE # 21:

12       ❖ 05/11/2022  220510xxxxx9707        $334.49

13   RACKETEERING ACTIVIVTY PREDICATE OFFENSE # 22:

14       ❖ 06/13/2022  220610xxxxx9707        $334.49

15   RACKETEERING ACTIVIVTY PREDICATE OFFENSE # 23:

16       ❖ 07/12/2022  220710xxxxx9707        $334.46

17   RACKETEERING ACTIVIVTY PREDICATE OFFENSE # 24:

18       ❖ 08/11/2022  220810xxxxx9707        $334.58

19   RACKETEERING ACTIVIVTY PREDICATE OFFENSE # 25:

20       ❖ 09/13/2022  220910xxxxx9707        $334.49

21   RACKETEERING ACTIVIVTY PREDICATE OFFENSE # 26:

22       ❖ 10/11/2022  221011xxxxx9707        $334.49

23   RACKETEERING ACTIVIVTY PREDICATE OFFENSE # 27:

24       ❖ 11/14/2022  221111xxxxx9707        $334.49

21 AMENDED RACKETEER INFLUENCED and CORRUPT ORGANIZATIONS ACT OF 1970 [RICO][Title 18 United States Code §§1961, 1962(a), 1962(c), 1962(d), 1964(a), and 1964(b) et.seq.]; ***RE***: RICO §1962(d) Conspiracy - ***Pinkerton v. United States***, 328 U.S. 640 (1946) – ***Pinkerton*** Doctrine ***RE***:Mediate Causality Predicated RICO §1962(d) Multiple Conspiracy Litigation

1    RACKETEERING ACTIVIVTY PREDICATE OFFENSE # 28:

2        ❖ 12/13/2022  221212xxxxx9707        $334.49

3    RACKETEERING ACTIVIVTY PREDICATE OFFENSE # 29:

4        ❖ 01/11/2023  2301110xxxxx9707        $334.46

5    RACKETEERING ACTIVIVTY PREDICATE OFFENSE # 30:

6        ❖ 02/13/2023  2301210xxxxx9707        $325.25

7    RACKETEERING ACTIVIVTY PREDICATE OFFENSE # 31:

8        ❖ 03/13/2023  2301310xxxxx9707        $352.16

9    RACKETEERING ACTIVIVTY PREDICATE OFFENSE # 32:

10        ❖ 04/11/2023  2301410xxxxx9707        $352.16

11    RACKETEERING ACTIVIVTY PREDICATE OFFENSE # 33:

12        ❖ 05/11/2023  2301510xxxxx9707        $352.16

13    RACKETEERING ACTIVIVTY PREDICATE OFFENSE # 34:

14        ❖ 06/13/2023  2301610xxxxx9707        $352.16

15    RACKETEERING ACTIVIVTY PREDICATE OFFENSE # 35:

16        ❖ 07/11/2023  2301710xxxxx9707        $352.11

17    RACKETEERING ACTIVIVTY PREDICATE OFFENSE # 36:

18        ❖ 08/11/2023  2301810xxxxx9707        $367.25

19    RACKETEERING ACTIVIVTY PREDICATE OFFENSE # 37:

20        ❖ 09/12/2023  2301910xxxxx9707        $367.16

21    RACKETEERING ACTIVIVTY PREDICATE OFFENSE # 38:

22        ❖ 10/11/2023  2301010xxxxx9707        $367.16

23    RACKETEERING ACTIVIVTY PREDICATE OFFENSE # 39:

24        ❖ 11/12/2023  2301110xxxxx9707        $367.16

25    ///

22 AMENDED RACKETEER INFLUENCED and CORRUPT ORGANIZATIONS ACT OF 1970 [RICO][Title 18 United States Code §§1961, 1962(a), 1962(c), 1962(d), 1964(a), and 1964(b) et.seq.]; __*RE*__: RICO §1962(d) Conspiracy - *Pinkerton v. United States*, 328 U.S. 640 (1946) – *Pinkerton* Doctrine __*RE*__:Mediate Causality Predicated RICO §1962(d) Multiple Conspiracy Litigation

RACKETEERING ACTIVIVTY PREDICATE OFFENSE # 40:

❖ 12/12/2023  2301210xxxxx9707        $218.81

RACKETEERING ACTIVIVTY PREDICATE OFFENSE # 41

❖ 01/11/2024  240110xxxxx9707        $353.80

RACKETEERING ACTIVIVTY PREDICATE OFFENSE # 42:

❖ 02/13/2024  240212xxxxx9707        $   1.00

***<u>Total amount of converted stolen monies obtained by and through felonious, criminal, wrongful, inimical, theft, fraudulent artifice to defraud:</u>***

***<u>$ 13,909.85</u>***

B. ***RICO §1964 Four [4] Year Statute of Limitations Foreclosing and Precluding Specifically Identified Electronic Monetary Transfers <u>pre-16 September 2025</u> RE: RICO §1964 Damages Inclusion – Accrual of RICO §1964 Statute of Limitations RE: Independent, Individualized, Separate Damages Accrual <u>post-15 September 2025</u> - RICO RACKETEERING ACTIVITY MULTIPLE PREDICATE OFFENSES– 18 United States Code §1961(1)(B)***:

For practical guidance and instructive purposes expressly and specifically addressing the RICO four [4] - year statute of limitations issue in pleading RICO §1964 damage claim relief involving multiple, independent serial electronic monetary transfers, executed and consummated upon a

23 AMENDED RACKETEER INFLUENCED and CORRUPT ORGANIZATIONS ACT OF 1970 [RICO][Title 18 United States Code §§1961, 1962(a), 1962(c), 1962(d), 1964(a), and 1964(b) et.seq.]; ***<u>RE</u>***: RICO §1962(d) Conspiracy - ***Pinkerton v. United States***, 328 U.S. 640 (1946) – ***Pinkerton*** Doctrine ***<u>RE</u>***:Mediate Causality Predicated RICO §1962(d) Multiple Conspiracy Litigation

1    monthly basis over approximately a three and a half [3 ½] year period,

2    wherein each and every individual electronic monetary transfer constitutes an

3    independent, separate contravention of RICO §1961(1)(B) "racketeering

4    activity" is materially relevant for purposes of addressing RICO damage claim

5    relief and RICO statute of limitations issues, that is, the commission of each

6    and every independent, separate form of RICO §1961(1)(B) "racketeering

7    activity" initiates a separate and independent accrual of the RICO §1964

8    statute of limitations, as represented by the individualized identified RICO

9    §1964 four-year period specifically reported by the four-year date period

10   encapsulated within brackets: Plaintiffs initiated these proceedings pursuant

11   to the federal Racketeer Influenced and Corrupt Organizations Act of 1970

12   ["RICO"] [Title 18 United States Code §§ 1961, 1962(a), 1962(c), 1962(d),

13   1964(a), 1964(b), and 1964©), et.seq.], **16 September 2025**, *Nikolich, et.al.,*

14   *v. Progressive Casualty Insurance Company, et.al.*, U.S.D.C. W.D. Wash.,

15   3:25-cv-05825-JNW.

16   ***A.    RICO §1961(B) RACKETEERING ACTIVITY PRE-16 SEPTEMBER***

17   ***2025***

18   RACKETEERING ACTIVIVTY PREDICATE OFFENSE # 1:

24 AMENDED RACKETEER INFLUENCED and CORRUPT ORGANIZATIONS ACT OF 1970 [RICO][Title 18 United States Code §§1961, 1962(a), 1962(c), 1962(d), 1964(a), and 1964(b) et.seq.]; ___RE___: RICO §1962(d) Conspiracy - *Pinkerton v. United States*, 328 U.S. 640 (1946) – *Pinkerton* Doctrine ___RE___:Mediate Causality Predicated RICO §1962(d) Multiple Conspiracy Litigation

1      09/11/2020  201014xxxxx9707      $133.66 [09/11/2020 – 09/11/2024]

2    RACKETEERING ACTIVIVTY PREDICATE OFFENSE # 2:

3      10/14/2020  201112xxxxx9707      $215.06 [10/14/2020 – 10/141/2024]

4    RACKETEERING ACTIVIVTY PREDICATE OFFENSE #3:

5      11/12/2020  201211xxxxx9707      $215.06 [11/12/2020 – 11/12/2024

6    RACKETEERING ACTIVIVTY PREDICATE OFFENSE # 4:

7      12/11/2020  201211xxxxx9707      $584.77 [12/11/2020 – 12/11/2024]

8    RACKETEERING ACTIVIVTY PREDICATE OFFENSE #5:

9      01/12/2021  210112xxxxx9707      $338.30 [01/12/2021 – 01/12/2025]

10   RACKETEERING ACTIVIVTY PREDICATE OFFENSE #6:

11     02/11/2021  210211xxxxx9707      $354.58 [02/11/2021 – 02/11/2025]

12   RACKETEERING ACTIVIVTY PREDICATE OFFENSE # 7:

13     03/11/2021  210311xxxxx9707      $354.49 [03/11/2021 – 03/11/2025]

14   RACKETEERING ACTIVIVTY PREDICATE OFFENSE # 8:

15     04/13/2021  210413xxxxx9707      $354.49 [04/13/2021 – 04/12/2025]

25 AMENDED RACKETEER INFLUENCED and CORRUPT ORGANIZATIONS ACT OF 1970 [RICO][Title 18 United States Code §§1961, 1962(a), 1962(c), 1962(d), 1964(a), and 1964(b) et.seq.]; *RE*: RICO §1962(d) Conspiracy - *Pinkerton v. United States*, 328 U.S. 640 (1946) – *Pinkerton* Doctrine *RE*:Mediate Causality Predicated RICO §1962(d) Multiple Conspiracy Litigation

RACKETEERING ACTIVIVTY PREDICATE OFFENSE # 9:

05/11/2021  210511xxxxx9707      $354.49 [05/11/2021 – 05/11/2025]

RACKETEERING ACTIVIVTY PREDICATE OFFENSE # 10:

06/11/2021  210611xxxxx9707      $354.49 [06/11/2021 – 06/11/2025]

RACKETEERING ACTIVIVTY PREDICATE OFFENSE # 11:

07/13/2021  210713xxxxx9707      $354.46 [07/13/2021 – 07/13/2025]

RACKETEERING ACTIVIVTY PREDICATE OFFENSE # 12:

08/11/2021  210811xxxxx9707      $354.58 [08/11/2021 – 08/11/2025]

RACKETEERING ACTIVIVTY PREDICATE OFFENSE # 13:

09/13/2021  210911xxxxx9707      $354.49 [09/13/2021 – 09/13/2025]

_____

## ***AA. RICO §1961(B) RACKETEERING ACTIVITY POST-15 SEPTEMBER 2025***

RACKETEERING ACTIVIVTY PREDICATE OFFENSE # 14:

*    10/11/2021  211011xxxxx9707      $354.49 [10/11/2021 – 10/21/2025]

RACKETEERING ACTIVIVTY PREDICATE OFFENSE # 15:

26 AMENDED RACKETEER INFLUENCED and CORRUPT ORGANIZATIONS ACT OF 1970 [RICO][Title 18 United States Code §§1961, 1962(a), 1962(c), 1962(d), 1964(a), and 1964(b) et.seq.]; **_RE_**: RICO §1962(d) Conspiracy - ***Pinkerton v. United States***, 328 U.S. 640 (1946) – ***Pinkerton*** Doctrine **_RE_**:Mediate Causality Predicated RICO §1962(d) Multiple Conspiracy Litigation

1    ☐    11/12/2021  211011xxxxx9707        $354.49 [11/12/2021 – 11/12/2025]

2    RACKETEERING ACTIVIVTY PREDICATE OFFENSE # 16:

3    ☐    12/13/2021  210112xxxxx9707        $354.49 [12/13/2021 – 12/13/2025]

4    RACKETEERING ACTIVIVTY PREDICATE OFFENSE # 17:

5    ☐    01/11/2022  220110xxxxx9707        $354.46 [01/11/2022 – 01/11/2026]

6    RACKETEERING ACTIVIVTY PREDICATE OFFENSE # 18:

7    ☐    **02/11/2022        220210xxxxx9707        $334.58        [02/11/2022        –

8    02/11/2026]

9    RACKETEERING ACTIVIVTY PREDICATE OFFENSE # 19:

10    ☐    03/11/2022  220310xxxxx9707        $354.49 [03/11/2022 – 03/11/2026]

11    RACKETEERING ACTIVIVTY PREDICATE OFFENSE # 20:

12    ☐    04/12/2022  220410xxxxx9707        $334.49 [04/12/2022 – 04/12/2026]

13    RACKETEERING ACTIVIVTY PREDICATE OFFENSE # 21:

14    ☐    05/11/2022  220510xxxxx9707        $334.49 [05/11/2022 – 05/11/2026]

15    RACKETEERING ACTIVIVTY PREDICATE OFFENSE # 22:

27 AMENDED RACKETEER INFLUENCED and CORRUPT ORGANIZATIONS ACT OF 1970 [RICO][Title 18 United States Code §§1961, 1962(a), 1962(c), 1962(d), 1964(a), and 1964(b) et.seq.]; **RE**: RICO §1962(d) Conspiracy - *Pinkerton v. United States*, 328 U.S. 640 (1946) – *Pinkerton* Doctrine **RE**:Mediate Causality Predicated RICO §1962(d) Multiple Conspiracy Litigation

1    ☐    06/13/2022  220610xxxxx9707        $334.49 [06/13/2022 – 06/13/2026]

2    RACKETEERING ACTIVIVTY PREDICATE OFFENSE # 23:

3    ☐    07/12/2022  220710xxxxx9707        $334.46 [07/12/2022 – 07/12/2026]

4    RACKETEERING ACTIVIVTY PREDICATE OFFENSE # 24:

5    ☐    08/11/2022  220810xxxxx9707        $334.58 [08/11/2022 – 08/11/2026]

6    RACKETEERING ACTIVIVTY PREDICATE OFFENSE # 25:

7    ☐    09/13/2022  220910xxxxx9707        $334.49 [09/13/2022 – 09/13/2026]

8    RACKETEERING ACTIVIVTY PREDICATE OFFENSE # 26:

9    ☐    10/11/2022  221011xxxxx9707        $334.49 [10/11/2022 – 10/11/2026]

10    RACKETEERING ACTIVIVTY PREDICATE OFFENSE # 27:

11    ☐    11/14/2022  221111xxxxx9707        $334.49 [11/14/2022 – 2026]

12    RACKETEERING ACTIVIVTY PREDICATE OFFENSE # 28:

13    ☐    12/13/2022  221212xxxxx9707        $334.49 [12/13/2022 – 12/13/2026]

14    RACKETEERING ACTIVIVTY PREDICATE OFFENSE # 29:

15    ☐    01/11/2023  2301110xxxxx9707        $334.46 01/11/2023 – 01/11/2027]

28 AMENDED RACKETEER INFLUENCED and CORRUPT ORGANIZATIONS ACT OF 1970 [RICO][Title 18 United States Code §§1961, 1962(a), 1962(c), 1962(d), 1964(a), and 1964(b) et.seq.]; **_RE_**: RICO §1962(d) Conspiracy - **_Pinkerton v. United States_**, 328 U.S. 640 (1946) – **_Pinkerton_** Doctrine **_RE_**:Mediate Causality Predicated RICO §1962(d) Multiple Conspiracy Litigation

RACKETEERING ACTIVIVTY PREDICATE OFFENSE # 30:

☐    02/13/2023  2301210xxxxx9707        $325.25 [02/13/2023 – 02/13/2027]

RACKETEERING ACTIVIVTY PREDICATE OFFENSE # 31:

☐    03/13/2023  2301310xxxxx9707        $352.16 [03/13/2023 – 03/13/2027]

RACKETEERING ACTIVIVTY PREDICATE OFFENSE # 32:

☐    04/11/2023  2301410xxxxx9707        $352.16 [04/11/2023 – 04/11/2027]

RACKETEERING ACTIVIVTY PREDICATE OFFENSE # 33:

☐    05/11/2023  2301510xxxxx9707        $352.16 [05/11/2023 – 05/11/2027]

RACKETEERING ACTIVIVTY PREDICATE OFFENSE # 34:

☐    06/13/2023  2301610xxxxx9707        $352.16 [06/13/2023 - 06/13/2027]

RACKETEERING ACTIVIVTY PREDICATE OFFENSE # 35:

☐    07/11/2023  2301710xxxxx9707        $352.11 [07/11/2023 – 07/11/2027]

RACKETEERING ACTIVIVTY PREDICATE OFFENSE # 36:

☐    08/11/2023  2301810xxxxx9707        $367.25 [08/11/2023 – 08/11/2027]

RACKETEERING ACTIVIVTY PREDICATE OFFENSE # 37:

29 AMENDED RACKETEER INFLUENCED and CORRUPT ORGANIZATIONS ACT OF 1970 [RICO][Title 18 United States Code §§1961, 1962(a), 1962(c), 1962(d), 1964(a), and 1964(b) et.seq.]; *RE*: RICO §1962(d) Conspiracy - *Pinkerton v. United States*, 328 U.S. 640 (1946) – *Pinkerton* Doctrine *RE*:Mediate Causality Predicated RICO §1962(d) Multiple Conspiracy Litigation

1    ☐    09/12/2023  2301910xxxxx9707    $367.16 [09/12/2023 – 09/12/2027]

2    RACKETEERING ACTIVIVTY PREDICATE OFFENSE # 38:

3    ☐    10/11/2023  2301010xxxxx9707    $367.16 [10/11/2023 – 10/11/2027]

4    RACKETEERING ACTIVIVTY PREDICATE OFFENSE # 39:

5    ☐    11/12/2023  2301110xxxxx9707    $367.16 [11/12/2023 – 11/12/2027]

6    RACKETEERING ACTIVIVTY PREDICATE OFFENSE # 40:

7    ☐    12/12/2023  2301210xxxxx9707    $218.81[12/12/2023 – 12/12/2027]

8    RACKETEERING ACTIVIVTY PREDICATE OFFENSE # 41

9    ☐    01/11/2024  240110xxxxx9707    $353.80 [01/11/2024 – 01/11/2028]

10   RACKETEERING ACTIVIVTY PREDICATE OFFENSE # 42:

11   ☐    02/13/2024  240212xxxxx9707    $    1.00 [02/13/2024 – 02/13/2028]

12   _____

13       18*****.    Plaintiffs allege that the specifically foregoing articulated

14   identified electronic transfers of monies, by and through federal wire and/or federal

15   mail fraud, by and through Progressive Casualty, constitute felonious, wrongful,

16   criminal, and fraudulent conduct proximately causing and directly resulting in

30 AMENDED RACKETEER INFLUENCED and CORRUPT ORGANIZATIONS ACT OF 1970 [RICO][Title 18 United States Code §§1961, 1962(a), 1962(c), 1962(d), 1964(a), and 1964(b) et.seq.]; **_RE_**: RICO §1962(d) Conspiracy - ***Pinkerton v. United States***, 328 U.S. 640 (1946) – ***Pinkerton*** Doctrine **_RE_**:Mediate Causality Predicated RICO §1962(d) Multiple Conspiracy Litigation

1 damage to plaintiffs' interest in business and/or property. Plaintiffs allege that each

2 and every electronic funds transfer specifically identified herein below constitute a

3 form of RICO "racketeering activity" pursuant to RICO §1961(1)(B), which

4 includes multiple judicially recognized RICO permutations of: [**1**] RICO aiding and

5 abetting RICO §§ 1962(a), 1962(c) substantive, primary contraventions; [**2**] RICO

6 §1962(d) conspiracy to commit primary and substantive RICO §§1962(a), 1962(c)

7 substantive, primary contraventions; [**3**] RICO aiding and abetting RICO §1962(d)

8 conspiracy, and [**4**] RICO §1962(d) conspiracy to commit RICO aiding and abetting

9 RICO §§1962(a), 1962(c) substantive, primary the statutory identified RICO

10 "racketeering activity" multiples the enumerated RICO §1961(1) "racketeering

11 activity" by ***quadruple*** [***4***] ***fold*** pursuant to RICO 18 U.S.C. §1961(1)(B):

12 ***TOTAL NUMBER OF RICO §1961(1)(B) RACKETEERING ACTIVITY***
13 ***PREDICATE OFFENSES COMMITTEDD FOR PURPOSES OF RICO***
14 ***§1961(5) RICO PATTERN OF RACKETEERING ACTIVITY RE:***
15 ***CONTINOUS and RELATED ACTIVITY:***

16 [***42 x 4 = 168***]

17     18******.  Plaintiffs allege that Progressive Casualty engages, and

18 continues, to engage in this alleged artifice and scheme designed, intended,

19 implemented and executed to wrongfully, fraudulently, criminally and feloniously

20 effectuating electronic funds transfers from similarly situated insured customers

31 AMENDED RACKETEER INFLUENCED and CORRUPT ORGANIZATIONS ACT OF 1970 [RICO][Title 18 United States Code §§1961, 1962(a), 1962(c), 1962(d), 1964(a), and 1964(b) et.seq.]; ***RE***: RICO §1962(d) Conspiracy - ***Pinkerton v. United States***, 328 U.S. 640 (1946) – ***Pinkerton*** Doctrine ***RE***:Mediate Causality Predicated RICO §1962(d) Multiple Conspiracy Litigation

1    situated both within the state of Washington and across the United States of America

2    where Progressive Casualty engages in similarly identical criminal conduct on a

3    persistent pattern of practice and inimical course of conduct. Plaintiffs furthermore

4    allege that Progressive Casualty declines to honour the terms and conditions of

5    motor vehicle insurance coverage in the aftermath of the complete and absolute

6    destruction of the insured customers' motor vehicles and continues to effectuate

7    electronic funds transfers from those insured customers. Plaintiffs allege that during

8    all times material herein that defendants, acting in concert with each other, and acting

9    with unknown persons, engaged in conspiratorial activities designed, formulated,

10   intended, and executed to achieve their conspiratorial objective as alleged herein.

11       Plaintiffs allege moreover that Progressive Company can be, and is, liable for

12   RICO §1962(d) conspiracy contravention, not only under the principle of respondeat

13   superior, but also because Progressive Casualty not only learned of its employees'

14   illegal acts and failed to take action, but also knowingly, intentionally willfully

15   participated, conspired, aided and abetted, acquiesced, ratified and actively

16   concealed the illegal acts of Progressive Casualty while under a quasi-fiduciary duty

17   owed to Progressive insureds.

32 AMENDED RACKETEER INFLUENCED and CORRUPT ORGANIZATIONS ACT OF 1970 [RICO][Title 18 United States Code §§1961, 1962(a), 1962(c), 1962(d), 1964(a), and 1964(b) et.seq.]; *RE*: RICO §1962(d) Conspiracy - *Pinkerton v. United States*, 328 U.S. 640 (1946) – *Pinkerton* Doctrine *RE*:Mediate Causality Predicated RICO §1962(d) Multiple Conspiracy Litigation

1    18********** Plaintiffs allege furthermore herein after that Progressive

2    Casualty is engaged in a course of conduct and pattern of practice constituting RICO

3    §1961(5) pattern of racketeering activity that is both continuous and related.

4    Plaintiffs allege that this perfidious, pernicious, unconscionable, malevolent and

5    Machiavellian afore described artifice and scheme skillfully designed, implemented,

6    engineered and executed by Progressive Casualty is aptly characterized as the ***"The***

7    ***Progressive Casualty Insurance Electronic Monetary Funds Transfer Scheme***."

8    18A.  Plaintiffs demanded, through counsel, in November 2024, through

9    written demand to Progressive Casualty, payment of the total amount

10   feloniously, criminally, fraudulently and wrongfully converted from plaintiffs

11   as alleged more fully herein.

12   18AA.      Counsel representing plaintiffs engaged in a telephonic

13   conversation with Progressive Casualty authorized representative and agent,

14   Raquel, on or about, 14 November 2024, demanding payment of full

15   reimbursement of previously paid insurance policy premiums, as specifically

16   articulated hereinabove inasmuch as Progressive Casualty declared the

17   complete, total loss of the motor vehicle, on 24 September 2020.

33 AMENDED RACKETEER INFLUENCED and CORRUPT ORGANIZATIONS ACT OF 1970 [RICO][Title 18 United States Code §§1961, 1962(a), 1962(c), 1962(d), 1964(a), and 1964(b) et.seq.]; **_RE_**: RICO §1962(d) Conspiracy - **_Pinkerton v. United States_**, 328 U.S. 640 (1946) – **_Pinkerton_** Doctrine **_RE_**:Mediate Causality Predicated RICO §1962(d) Multiple Conspiracy Litigation

18AAA.    Counsel for plaintiff received verbal acceptance and express acknowledgement by and from Raquel during said telephone conversation, admitting that Progressive Casualty in fact was contractually obligated to refund said previously paid insurance premiums by plaintiffs. that the entire amount of the previously paid insurance premiums would in fact be paid to plaintiffs, that payment to plaintiffs would be in the form of a check made payable to plaintiffs, and mailed to the address of plaintiffs as evidenced upon the motor vehicle insurance contractual agreement. Counsel for plaintiffs reasonably relied upon those representations and immediately forwarded those representations of the representative/agent to plaintiffs via federal wires and telephonic device.

18B.  Plaintiffs allege that during November 2024, defendants only paid the offensively, perniciously, perfidiously, ignominiously, insulting, *de minimis*, niggardly and paltry sum of $197.41 of the total amount demanded, evidenced through a series of federal electronic monetary funds transfers to plaintiffs' Wells Fargo Bank account. These payments were not in cull, total and complete payment as affirmatively represented and expressly promised by Raquel, duly authorized representative of Progressive Casualty. No written

34 AMENDED RACKETEER INFLUENCED and CORRUPT ORGANIZATIONS ACT OF 1970 [RICO][Title 18 United States Code §§1961, 1962(a), 1962(c), 1962(d), 1964(a), and 1964(b) et.seq.]; **_RE_**: RICO §1962(d) Conspiracy - **_Pinkerton v. United States_**, 328 U.S. 640 (1946) – **_Pinkerton_** Doctrine **_RE_**:Mediate Causality Predicated RICO §1962(d) Multiple Conspiracy Litigation

1  explanation or description accompanied these federal electronic funds

2  transfers to plaintiffs' account at Wells Fargo Bank. These payments represent

3  payments of a diminutive, lesser, fraudulently false amounts, accomplished

4  via federal interstate wires and/or federal mails, thereby constituting RICO

5  racketeering activity pursuant to RICO §1961(1)(B). Plaintiffs allege that

6  these federal electronic funds transfers are specifically itemized and

7  enumerated hereinbelow:

8  RACKETEERING ACTIVIVTY PREDICATE OFFENSE # 43:

9  ❖ 11/24/2025  Prog Casualty Ins Prem 241122xxxxx9707  $18.37

10 RACKETEERING ACTIVIVTY PREDICATE OFFENSE # 44:

11 ❖ 11/25/2024  Prog Casualty Ins Prem 241122xxxxx9707  $18.38

12 RACKETEERING ACTIVIVTY PREDICATE OFFENSE # 45:

13 ❖ 11/25/2024  Prog Casualty Ins Prem 241122xxxxx9707  $18.38

14 RACKETEERING ACTIVIVTY PREDICATE OFFENSE # 46:

15 ❖ 11/25/2024  Prog Casualty Ins Prem 241122xxxxx9707  $23.27

16 RACKETEERING ACTIVIVTY PREDICATE OFFENSE # 47:

35 AMENDED RACKETEER INFLUENCED and CORRUPT ORGANIZATIONS ACT OF
1970 [RICO][Title 18 United States Code §§1961, 1962(a), 1962(c), 1962(d), 1964(a), and
1964(b) et.seq.]; **_RE_**: RICO §1962(d) Conspiracy - **_Pinkerton v. United States_**, 328 U.S. 640
(1946) – **_Pinkerton_** Doctrine **_RE_**:Mediate Causality Predicated RICO §1962(d) Multiple
Conspiracy Litigation

1    ❖ 11/25/2024  Prog Casualty Ins Prem 241122xxxxx9707   $24.00

2    RACKETEERING ACTIVIVTY PREDICATE OFFENSE # 48:

3    ❖ 11/25/2024  Prog Casualty Ins Prem 241122xxxxx9707   $24.00

4    RACKETEERING ACTIVIVTY PREDICATE OFFENSE # 49:

5    ❖ 11/25/2024  Prog Casualty Ins Prem 241122xxxxx9707   $24.00

6    RACKETEERING ACTIVIVTY PREDICATE OFFENSE # 50:

7    ❖ 11/25/2024  Prog Casualty Ins Prem 241122xxxxx9707   $24.00

8    RACKETEERING ACTIVIVTY PREDICATE OFFENSE # 51:

9    ❖ 11/25/2024  Prog Casualty Ins Prem 241122xxxxx9707   $24.01

***Total amount of payments insufficiently deficient to comply with and honour acceptance of affirmative misrepresentations by Progressive Casualty Insurance Company, by and through duly authorized representative/agent, to pay entire amount of previously paid insurance premiums in furtherance to facilitate and further RICO §1962(d) conspiracy to defraud***:

[**$ 197.41**]

18BB.    Plaintiffs allege that the specifically foregoing articulated identified electronic transfers of monies, by and through federal wire and/or federal mail fraud, by and through Progressive Casualty, constitute felonious,

36 AMENDED RACKETEER INFLUENCED and CORRUPT ORGANIZATIONS ACT OF 1970 [RICO][Title 18 United States Code §§1961, 1962(a), 1962(c), 1962(d), 1964(a), and 1964(b) et.seq.]; **_RE_**: RICO §1962(d) Conspiracy - ***Pinkerton v. United States***, 328 U.S. 640 (1946) – ***Pinkerton*** Doctrine **_RE_**:Mediate Causality Predicated RICO §1962(d) Multiple Conspiracy Litigation

1    wrongful, criminal, and fraudulent conduct proximately causing and directly

2    resulting in damage to plaintiffs' interest in business and/or property. Plaintiffs

3    allege that each and every electronic funds transfer specifically identified

4    herein below constitute a form of RICO "racketeering activity" pursuant to

5    RICO §1961(1)(B), which includes multiple judicially recognized RICO

6    permutations of: [**1**] RICO aiding and abetting RICO §§ 1962(a), 1962(c)

7    substantive, primary contraventions; [**2**] RICO §1962(d) conspiracy to

8    commit primary and substantive RICO §§1962(a), 1962(c) substantive,

9    primary contraventions; [**3**] RICO aiding and abetting RICO §1962(d)

10   conspiracy, and [**4**] RICO §1962(d) conspiracy to commit RICO aiding and

11   abetting RICO §§1962(a), 1962(c) substantive, primary the statutory

12   identified RICO "racketeering activity" multiples the enumerated RICO

13   §1961(1) "racketeering activity" by ***quadruple*** [**4**] ***fold*** pursuant to RICO 18

14   U.S.C. §1961(1)(B):

15   ***ADDITIONAL TOTAL NUMBER OF RICO §1961(1)(B)***
16   ***RACKETEERING ACTIVITY PREDICATE OFFENSES COMMITTED***
17   ***FOR PURPOSES OF RICO §1961(5) RICO PATTERN OF***
18   ***RACKETEERING ACTIVITY RE: CONTINOUS and RELATED RE:***
19   ***FALSE and FRAUDUENTLY PREDICATED PAYMENTS BY***
20   ***PROGRESSIVE CASUALTY:***

21   [***9 x 4 = 36***]

37 AMENDED RACKETEER INFLUENCED and CORRUPT ORGANIZATIONS ACT OF
1970 [RICO][Title 18 United States Code §§1961, 1962(a), 1962(c), 1962(d), 1964(a), and
1964(b) et.seq.]; ***RE***: RICO §1962(d) Conspiracy - ***Pinkerton v. United States***, 328 U.S. 640
(1946) – ***Pinkerton*** Doctrine ***RE***:Mediate Causality Predicated RICO §1962(d) Multiple
Conspiracy Litigation

18C.   Plaintiffs allege that the representations of Raquel, the duly authorized representative of Progressive Casualty, were materially false, constituted material misrepresentations of fact, fraudulently conveyed, and intended to lull plaintiffs into a false sense of security that complete, total payment would be made when in fact no intention to pay the total amount of previously paid insurance premiums was originally confirmed, represented, contemplated and/or affirmed by Progressive Casualty,  in contravention of, ***inter alia***, Title 18 U.S.C. §1346, ***RE***: intangible personal property right to receive rendition of honest services for purposes of title 18 U.S.C. §§ 1341 and 1343.

18D.   Plaintiffs allege that Raquel knew, and had reason to know, at the time Raquel made the representations particularly described hereinabove to counsel for plaintiffs, that Progressive Casualty would not, and refused to, effectuate the complete and total return of the previously paid insurance premiums by plaintiffs.

18E.   Plaintiffs allege that renewed demands for payment from Progressive Casualty in June 2025, by multiple email letter written demands, have been, and continue to be, summarily rejected and categorically denied. In a subsequent exchange of communications between counsel for plaintiffs and a

38 AMENDED RACKETEER INFLUENCED and CORRUPT ORGANIZATIONS ACT OF 1970 [RICO][Title 18 United States Code §§1961, 1962(a), 1962(c), 1962(d), 1964(a), and 1964(b) et.seq.]; ***RE***: RICO §1962(d) Conspiracy - ***Pinkerton v. United States***, 328 U.S. 640 (1946) – ***Pinkerton*** Doctrine ***RE***:Mediate Causality Predicated RICO §1962(d) Multiple Conspiracy Litigation

1    Progressive Casualty representative, during the summer of 2025, prior to

2    initiation of these federal RICO proceedings, that representative explicitly and

3    expressly represented and told plaintiffs' counsel that, based upon his review

4    of the matter with Progressive Casualty, that no person by the name of Raquel

5    was employed by Progressive Casualty in November 2024, and that no such

6    person therefore could have presented or advanced any purported settlement

7    offer and conclusively made any irrefutable and incontrovertible admission of

8    liability to refund and return the monies mutually agreed upon between the

9    parties, the monies specifically and accurately demanded from plaintiffs.

10   Plaintiffs allege that this specific instance is yet another example of

11   defendants' efforts to aggressively conceal from discovery and detection the

12   criminal, wrongful, inimical, perfidious and multifarious and multifaceted

13   RICO §1962(d) conspiracy to conceal the extensive criminal enterprise

14   activity alleged herein.

15   18F.   Plaintiffs initiated these proceedings pursuant to the federal Racketeer

16   Influenced and Corrupt Organizations Act of 1970 ["RICO"] [Title 18

17   United States Code §§ 1961, 1962, 1964(a), 1964(b), and 1964©), et.seq.]

18   on 16 September 2025, *Nikolich, et.al., v. Progressive Casualty Insurance*

39 AMENDED RACKETEER INFLUENCED and CORRUPT ORGANIZATIONS ACT OF 1970 [RICO][Title 18 United States Code §§1961, 1962(a), 1962(c), 1962(d), 1964(a), and 1964(b) et.seq.]; *RE*: RICO §1962(d) Conspiracy - *Pinkerton v. United States*, 328 U.S. 640 (1946) – *Pinkerton* Doctrine *RE*:Mediate Causality Predicated RICO §1962(d) Multiple Conspiracy Litigation

1   ***Company, et.al.***, U.S.D.C. W.D. Wash., 3:25-cv-05825-JNW. [***ECF # 1***, 16

2   September 2025].

3   18G.  Plaintiffs allege that subsequent to the initiation of these federal RICO

4          proceedings, counsel for defendants during January and February 2026,

5          engaged in review, assessment and evaluation of material

6          documentation regarding the insurance coverage policy and confirmed

7          that the monthly insurance premium payments specifically articulated

8          and particularly itemized hereinabove were for the coverage of multiple

9          motor vehicles, and that the premium payments withdrawn from

10         plaintiffs' Wells Fargo Bank account for the 2013 Ford Fusion

11         constituted approximately $3,700.00. Plaintiffs strenuously and

12         adamantly challenge the legal efficacy of the determination of this

13         amount and contend this alleged amount is not independently

14         corroborated or verified by an impartial third party. Plaintiffs

15         furthermore allege that the incontrovertible and irrefutable fact that

16         defendants di in fact tender a form of a series of payments to plaintiffs

17         confirms by express acquiescence that plaintiffs were duly entitled to

18         receive the monetary amount demanded by plaintiffs within this

40 AMENDED RACKETEER INFLUENCED and CORRUPT ORGANIZATIONS ACT OF 1970 [RICO][Title 18 United States Code §§1961, 1962(a), 1962(c), 1962(d), 1964(a), and 1964(b) et.seq.]; ***RE***: RICO §1962(d) Conspiracy - ***Pinkerton v. United States***, 328 U.S. 640 (1946) – ***Pinkerton*** Doctrine ***RE***:Mediate Causality Predicated RICO §1962(d) Multiple Conspiracy Litigation

1    Amended Complaint, especially since defendants at no time denied,

2    objected, opposed or challenged the legal efficacy of the defendants'

3    performance by electronic monetary transfers in late November 2024

4    from defendants to plaintiffs, consistent with that mutual agreement.

5    19.    Plaintiffs allege herein that plaintiffs have sustained damages as

6    a proximate cause of defendants' felonious, criminal, and wrongful

7    conspiratorial conduct and are therefore entitled for entry of an order for

8    appropriate monetary relief, declaratory relief, equitable relief and injunctive

9    relief as more specifically described and particularly alleged herein.

10    Plaintiffs allege that renewed demands for payment from

11    Progressive Casualty in June 2025, by multiple email letter written

12    demands, have been, and continue to be, summarily rejected and

13    categorically denied. In a subsequent exchange of communications

14    between counsel for plaintiffs and a Progressive Casualty representative,

15    during the summer of 2025, prior to initiation of these federal RICO

16    proceedings, that representative explicitly and expressly represented and

17    told plaintiffs' counsel that, based upon his review of the matter with

18    Progressive Casualty, that no person by the name of Raquel was employed

41 AMENDED RACKETEER INFLUENCED and CORRUPT ORGANIZATIONS ACT OF 1970 [RICO][Title 18 United States Code §§1961, 1962(a), 1962(c), 1962(d), 1964(a), and 1964(b) et.seq.]; *RE*: RICO §1962(d) Conspiracy - *Pinkerton v. United States*, 328 U.S. 640 (1946) – *Pinkerton* Doctrine *RE*:Mediate Causality Predicated RICO §1962(d) Multiple Conspiracy Litigation

1    by Progressive Casualty in November 2024, and that no such person

2    therefore could have presented or advanced any purported settlement offer

3    and conclusively made any irrefutable and incontrovertible admission of

4    liability to refund and return the monies mutually agreed upon between the

5    parties, the monies specifically and accurately demanded from plaintiffs.

6    Plaintiffs allege that this specific instance is yet another example of

7    defendants' efforts to aggressively conceal from discovery and detection

8    the criminal, wrongful, inimical, perfidious and multifarious and

9    multifaceted RICO §1962(d) conspiracy to conceal the extensive criminal

10   enterprise activity alleged herein.

11   ///

12   ///

13   ///

14   ///

15   ///

16   ///

42 AMENDED RACKETEER INFLUENCED and CORRUPT ORGANIZATIONS ACT OF 1970 [RICO][Title 18 United States Code §§1961, 1962(a), 1962(c), 1962(d), 1964(a), and 1964(b) et.seq.]; <u>**RE**</u>: RICO §1962(d) Conspiracy - ***Pinkerton v. United States***, 328 U.S. 640 (1946) – ***Pinkerton*** Doctrine <u>**RE**</u>:Mediate Causality Predicated RICO §1962(d) Multiple Conspiracy Litigation

20.    Plaintiffs are entitled to recover damages according to offer of proof at time of trial, pursuant to Section 1964© of the Racketeer Influenced and Corrupt Organizations Act of 1970 [Title 18 United States Code §1964©]. Plaintiffs are entitled to entry of orders entering declaratory relief, equitable relief, and injunctive relief as plaintiffs respectfully petition, therefore. Plaintiffs are entitled to recover attorneys' fees, costs, and expenses attributable to prosecuting this federal RICO litigation, pursuant to Section 1964© of the Racketeer Influenced and Corrupt Organizations Act of 1970 [Title 18 United States Code §1964©].

///

///

///

///

///

///

///

///

43 AMENDED RACKETEER INFLUENCED and CORRUPT ORGANIZATIONS ACT OF 1970 [RICO][Title 18 United States Code §§1961, 1962(a), 1962(c), 1962(d), 1964(a), and 1964(b) et.seq.]; _RE_: RICO §1962(d) Conspiracy - *Pinkerton v. United States*, 328 U.S. 640 (1946) – *Pinkerton* Doctrine _RE_:Mediate Causality Predicated RICO §1962(d) Multiple Conspiracy Litigation

*IV.*

*RICO § 1961(4) ENTERPRISE ALLEGATIONS re:*

*RICO § 1962©) CLAIM FOR RELIEF RE: [TITLE 18 U.S.C. § 1961(4)]*

21.    Plaintiffs allege that these particular RICO defendants, and other persons acting in concert with this particular RICO defendants unknown to plaintiffs, were employed by and associated with others, and engaged in conduct that constitutes a RICO §1961(5) pattern of racketeering activity. Plaintiff further alleges that said RICO defendants were knowledgeable and aware of the activities of the following RICO §1961(4) enterprises, and that said RICO defendants facilitated and furthered the RICO §1962(d) multiple conspiracies alleged herein, for the purpose and objective of damaging and/or injuring plaintiffs' interests in their businesses and/or properties by reason of contravention and violation of RICO §1962©.

22.    Plaintiffs allege that each of the following configurations, for purposes of plaintiffs' RICO §1962©) claims for relief, constitute a RICO "enterprise," as that term is defined pursuant to Title 18 United States Code §1961(4) of the Racketeer Influenced and Corrupt Organizations Act of 1970 ["RICO"][Title 18 U.S.C. §1961(4)] and within the strictures of *Boyle v.*

44 AMENDED RACKETEER INFLUENCED and CORRUPT ORGANIZATIONS ACT OF 1970 [RICO][Title 18 United States Code §§1961, 1962(a), 1962(c), 1962(d), 1964(a), and 1964(b) et.seq.]; **_RE_**: RICO §1962(d) Conspiracy - *Pinkerton v. United States*, 328 U.S. 640 (1946) – *Pinkerton* Doctrine **_RE_**:Mediate Causality Predicated RICO §1962(d) Multiple Conspiracy Litigation

1    *United States*, 129 S. Ct. 2237 (2009) and ***Odom v. Microsoft Corp***., 486 F.3d

2    541 (9 Cir. 2007)(***en banc***):

3    A. ***RICO Enterprise No. 1***: Plaintiffs allege that at and during all times

4    material herein, and continuing up through and including the date of the

5    initiation of these federal proceedings, defendants have engaged, and

6    continue to engage, in felonious, criminal and wrongful conduct as

7    alleged herein, constituting commission of RICO "racketeering

8    activity," as statutorily defined pursuant to RICO 18 United States Code

9    §1961(1)(B), specifically, commission of federal mail fraud [Title 18

10   United States Code §1341], federal wire fraud [Title 18 United States

11   Code §1343], and, federal racketeering [Title 18 United States Code

12   §1952], and were employed by or associated with the operation of a

13   RICO association-in-fact enterprise, as statutorily defined pursuant to

14   RICO 18 United States Code §1961(4), specifically, Progressive

15   Casualty and Progressive, for purposes of RICO §1962(c), whose

16   activities affect federal interstate and/or in foreign commerce.

17   23.    Plaintiff alleges that in conducting the business and affairs of the

18   RICO enterprises, and in committing the acts, omissions, misrepresentations,

45 AMENDED RACKETEER INFLUENCED and CORRUPT ORGANIZATIONS ACT OF 1970 [RICO][Title 18 United States Code §§1961, 1962(a), 1962(c), 1962(d), 1964(a), and 1964(b) et.seq.]; ***RE***: RICO §1962(d) Conspiracy - ***Pinkerton v. United States***, 328 U.S. 640 (1946) – ***Pinkerton*** Doctrine ***RE***:Mediate Causality Predicated RICO §1962(d) Multiple Conspiracy Litigation

1    and breaches referred to herein between September, 2020, and continuing up

2    through and including the initiation of these proceedings, RICO defendants

3    engaged in a RICO pattern of racketeering activity in contravention of Title

4    18 United States Code §1962©) inasmuch as said defendants were employed

5    by, or associated with, said RICO enterprise that were engaged in activities

6    that affect federal interstate and/or foreign commerce, and conducted such

7    RICO §1961(4) enterprise affairs by and through a RICO pattern of

8    racketeering activity.

9        24.    Plaintiffs allege that in conducting the business and affairs of the

10   RICO enterprises, and in committing the acts, omissions, misrepresentations,

11   and breaches referred to herein between September 2020, and continuing up

12   through and including the initiation of these proceedings, defendants'

13   activities were consistently intended to tortiously interfere with both

14   plaintiffs' existing contractual and business commercial relationships and

15   prospective economic advantages. Plaintiffs allege that defendants' use of the

16   federal mails and the federal interstate wires in this regard was reasonably

17   foreseeable, and, as such, constituted contraventions of Title 18 U.S.C. §§

18   1341, 1343, and 1346.

46 AMENDED RACKETEER INFLUENCED and CORRUPT ORGANIZATIONS ACT OF 1970 [RICO][Title 18 United States Code §§1961, 1962(a), 1962(c), 1962(d), 1964(a), and 1964(b) et.seq.]; **_RE_**: RICO §1962(d) Conspiracy - **_Pinkerton v. United States_**, 328 U.S. 640 (1946) – **_Pinkerton_** Doctrine **_RE_**:Mediate Causality Predicated RICO §1962(d) Multiple Conspiracy Litigation

1

*V.*

2

***RICO §1961(5)***

3

***PATTERN OF RACKETEERING ACTIVITY ALLEGATIONS***

4

***[TITLE 18 United States Code § 1961(5)]***

5

***A. Commission of RICO §1961(1)(B) Racketeering Activity***

6    25.    Plaintiffs allege that defendants engaged in the above activities

7    and/or conduct that constitutes the following form of "racketeering activity,"

8    as that term is defined pursuant to Title 18 United States Code §1961(1)(B) of

9    the Racketeer Influenced and Corrupt Organizations Act of 1970 ["RICO"].

10    Plaintiff alleges that the forms of "racketeering activity" include, and are not

11    restricted to, various formulations of conspiracy to aid and abet, and aiding

12    and abetting a conspiracy:

13    A.    Federal Principal and Aider and Abettor Liability:
14          Title 18 U.S.C.A. §2(a)-(b).

15    B.    Federal Principal and Aider and Abettor Liability re:
16          Aiding and Abetting A Conspiracy: Title 18 U.S.C.A.
17          §2(a)-(b).

18    C.    Federal Principal and Aider and Abettor Liability re:
19          Conspiracy to Commit Aiding and Abetting: Title 18
20          U.S.C.A. §2(a)-(b).

21    D.    Federal Mail Fraud: Title 18 U.S.C.A. §1341.

22    E.    Federal Mail Fraud re: Aiding and Abetting: Title 18
23          U.S.C.A. §1341.

---

47 AMENDED RACKETEER INFLUENCED and CORRUPT ORGANIZATIONS ACT OF 1970 [RICO][Title 18 United States Code §§1961, 1962(a), 1962(c), 1962(d), 1964(a), and 1964(b) et.seq.]; <u>**RE**</u>: RICO §1962(d) Conspiracy - ***Pinkerton v. United States***, 328 U.S. 640 (1946) – ***Pinkerton*** Doctrine <u>**RE**</u>:Mediate Causality Predicated RICO §1962(d) Multiple Conspiracy Litigation

F.   Federal Mail Fraud re: Conspiracy: Title 18 U.S.C.A. §1341.

G.   Federal Mail Fraud re: Conspiracy to Aid and Abet: Title 18 U.S.C.A. §1341.

H.   Federal Mail Fraud re: Aiding and Abetting a Conspiracy: Title 18 U.S.C.A. §1341.

I.   Federal Wire Fraud: Title 18 U.S.C.A. §1343.

J.   Federal Wire Fraud re: Aiding and Abetting: Title 18 U.S.C.A. §1343.

K.   Federal Wire Fraud re: Conspiracy: Title 18 U.S.C.A. §1343.

L.   Federal Wire Fraud re: Conspiracy to Aid and Abet: Title 18 U.S.C.A. §1343.

M.   Federal Wire Fraud re: Aiding and Abetting a Conspiracy: Title 18 U.S.C.A. §1343.

N.   Federal Intangible Personal Property Right Deprivation: Title 18 U.S.C.A. §1346.

O.   Federal Racketeering: Title 18 U.S.C.A. §1952.

P.   Federal Racketeering re: Aiding and Abetting: Title 18 U.S.C.A. §1952.

Q.   Federal Racketeering re: Conspiracy: Title 18 U.S.C.A. §1952.

R.   Federal Racketeering re: Conspiracy to Aid and Abet: Title 18 U.S.C.A. §1952.

S.   Federal Racketeering re: Aiding and Abetting a Conspiracy: Title 18 U.S.C.A. §1952.

///

///

48 AMENDED RACKETEER INFLUENCED and CORRUPT ORGANIZATIONS ACT OF 1970 [RICO][Title 18 United States Code §§1961, 1962(a), 1962(c), 1962(d), 1964(a), and 1964(b) et.seq.]; **_RE_**: RICO §1962(d) Conspiracy - **_Pinkerton v. United States_**, 328 U.S. 640 (1946) – **_Pinkerton_** Doctrine **_RE_**:Mediate Causality Predicated RICO §1962(d) Multiple Conspiracy Litigation

**B.       *Commission of RICO §1961(5) Pattern of Racketeering Activity***

      *1.       Continuity and Relatedness*

26.     Plaintiffs allege that above activities and/or conduct engaged in by RICO defendants constitute a "pattern of racketeering activity," as that term is defined pursuant to Title 18 United States Code §1961(5) of the Racketeer Influenced and Corrupt Organizations Act of 1970 ["RICO"].

27.     Plaintiffs furthermore allege that the activities and/or conduct engaged  in by said RICO defendants was both related as to the ***modus operandi*** engaged in by said RICO defendants of depriving plaintiffs of plaintiffs' interests in business and/or property, and was continuous inasmuch as the activities and/or conduct engaged in by defendants exhibited a realistic, long term threat of continued future  injury to plaintiffs' interest in plaintiffs' business and/or property. Plaintiffs furthermore allege that said activities and conduct engaged in by said defendants as evidence of other crimes, wrongs, or acts, pursuant to FRE Rule 404(b). Plaintiffs allege moreover that Progressive Company can be, and is, liable for RICO §1962(d) conspiracy contravention, not only under the principle of respondeat superior, but also because Progressive Casualty not only learned of its employees' illegal acts

1    and failed to take action, but also knowingly, intentionally willfully

2    participated, conspired, aided and abetted, acquiesced, ratified and actively

3    concealed the illegal acts of Progressive Casualty while under a quasi-

4    fiduciary duty owed to Progressive insureds.

5         ///

6         ///

7         ///

8         ///

9         ///

10        ///

11        ///

12        ///

13        ///

14        ///

15        ///

16        ///

50 AMENDED RACKETEER INFLUENCED and CORRUPT ORGANIZATIONS ACT OF 1970 [RICO][Title 18 United States Code §§1961, 1962(a), 1962(c), 1962(d), 1964(a), and 1964(b) et.seq.]; **_RE_**: RICO §1962(d) Conspiracy - **_Pinkerton v. United States_**, 328 U.S. 640 (1946) – **_Pinkerton_** Doctrine **_RE_**:Mediate Causality Predicated RICO §1962(d) Multiple Conspiracy Litigation

*VI.*

*MULTIPLE CLAIMS FOR RELIEF*

*FIRST CLAIM FOR RELIEF*

*[For Commission of Primary Substantive Contravention of RICO Section 1962©) of the Racketeer Influenced and Corrupt Organizations Act of 1970]*

*["RICO"]*

*[Title 18 United States Code §1962©)]*

*[Against All Defendants]*

28.    For Plaintiffs' First Claim for Relief, plaintiffs reallege and incorporate Paragraphs 1 through 27.

*[RICO Title 18 United States Code Section 1961(1)(B) Predicate Offense Contraventions]*

*Federal Principal and Aider and Abettor Liability: Title 18 U.S.C.A. §2(a)-(b)*

*Federal Principal and Aider and Abettor Liability re: Aiding and Abetting A Conspiracy: Title 18 U.S.C.A. §2(a)-(b)*

*Federal Principal and Aider and Abettor Liability re: Conspiracy to Commit Aiding and Abetting: Title 18 U.S.C.A. §2(a)-(b)*

*Federal Mail Fraud: Title 18 U.S.C.A. §1341*

*Federal Mail Fraud re: Aiding and Abetting: Title 18 U.S.C.A. §1341*

*Federal Mail Fraud re: Conspiracy: Title 18 U.S.C.A. §1341*

*Federal Mail Fraud re: Conspiracy to Aid and Abet: Title 18 U.S.C.A. §1341*

51 AMENDED RACKETEER INFLUENCED and CORRUPT ORGANIZATIONS ACT OF 1970 [RICO][Title 18 United States Code §§1961, 1962(a), 1962(c), 1962(d), 1964(a), and 1964(b) et.seq.]; *RE*: RICO §1962(d) Conspiracy - *Pinkerton v. United States*, 328 U.S. 640 (1946) – *Pinkerton* Doctrine *RE*:Mediate Causality Predicated RICO §1962(d) Multiple Conspiracy Litigation

1    ***Federal Mail Fraud re: Aiding and Abetting a Conspiracy:***

2    ***Title 18 U.S.C.A. §1341***

3    ***Federal Wire Fraud: Title 18 U.S.C.A. §1343***

4    ***Federal Wire Fraud re: Aiding and Abetting: Title 18 U.S.C.A.***
5    ***§1343***

6    ***Federal Wire Fraud re: Conspiracy: Title 18 U.S.C.A. §1343***

7    ***Federal Wire Fraud re: Conspiracy to Aid and Abet: Title 18***
8    ***U.S.C.A. §1343***

9    ***Federal Wire Fraud re: Aiding and Abetting a Conspiracy:***

10   ***Title 18 U.S.C.A. §1343***

11   ***Federal Intangible Personal Property Right Deprivation: Title 18***
12   ***U.S.C.A. §1346***

13   ***Federal Racketeering: Title 18 U.S.C.A. §1952***

14   ***Federal Racketeering re: Aiding and Abetting: Title 18 U.S.C.A.***
15   ***§1952***

16   ***Federal Racketeering re: Conspiracy: Title 18 U.S.C.A. §1952***

17   ***Federal Racketeering re: Conspiracy to Aid and Abet: Title 18***
18   ***U.S.C.A. §1952***

19   ***Federal Racketeering re: Aiding and Abetting a Conspiracy:***

20   ***Title 18 U.S.C.A. §1952***

21       29.    Plaintiffs allege that defendants engaged in the aforementioned

22   activities, with the intent to harm plaintiffs' interest in business and/or property.

23   ///

24   ///

52 AMENDED RACKETEER INFLUENCED and CORRUPT ORGANIZATIONS ACT OF 1970 [RICO][Title 18 United States Code §§1961, 1962(a), 1962(c), 1962(d), 1964(a), and 1964(b) et.seq.]; ***RE***: RICO §1962(d) Conspiracy - ***Pinkerton v. United States***, 328 U.S. 640 (1946) – ***Pinkerton*** Doctrine ***RE***:Mediate Causality Predicated RICO §1962(d) Multiple Conspiracy Litigation

1    30.    Plaintiffs allege that the extortionate and fraudulent activity engaged by

2    said defendants injured plaintiffs' business and/or property in connection with their

3    business activities that affect federal interstate commerce, resulting in loss of

4    plaintiff's property interests, business opportunities, and monies.

5    *[RICO Title 18 United States Code § 1961(5) Pattern of*

6    *Racketeering Activity]*

7    31.    Plaintiffs allege that the afore described activities constitute conduct

8    engaged in by defendants to deprive plaintiffs of their interest in business and/or

9    property, by and through commission of federal mail fraud, federal wire fraud, and

10    federal racketeering, and are therefore indictable as "racketeering activity," as that

11    term is defined pursuant to Title 18 United States Code §1961(1)(B).

12    32.    Plaintiffs allege that the course of conduct engaged in by said

13    defendants constitute both continuity and relatedness of the racketeering activity,

14    thereby constituting a "pattern of racketeering activity, as that term is defined

15    pursuant to Title 18 United States Code §1961(5).

16    33.    Plaintiffs allege that the aforementioned pattern of racketeering activity

1    committed by said defendants is both related and continuous inasmuch as it is

2    designed and/or intended to cause damage and/or injury to the interest in business

3    and/or property of plaintiffs, and plaintiffs reasonably believe and apprehend that

4    such conduct shall and will continue prospectively with correlative long-term injury.

5        33A. Plaintiffs allege that Progressive Casualty engages in this alleged

6    artifice and scheme designed, intended, implemented and executed to wrongfully,

7    fraudulently, criminally and feloniously effectuating electronic funds transfers from

8    similarly situated insured customers. Plaintiffs furthermore allege that Progressive

9    Casualty declines to honour the terms and conditions of motor vehicle insurance

10   coverage in the aftermath of the complete and total destruction of the insured

11   customers' motor vehicles and continues to effectuate electronic funds transfers from

12   those insured customers. Plaintiffs allege that Progressive Casualty is engaged in a

13   course of conduct and pattern of practice constituting RICO §1961(5) pattern of

14   racketeering activity that is both continuous and related, in contravention of, ***inter***

15   ***alia***, Title 18 U.S.C. §1346, __***RE***__: intangible personal property right to receive

16   rendition of honest services for purposes of title 18 U.S.C. §§ 1341 and 1343.

17   ///

18   ///

54 AMENDED RACKETEER INFLUENCED and CORRUPT ORGANIZATIONS ACT OF
1970 [RICO][Title 18 United States Code §§1961, 1962(a), 1962(c), 1962(d), 1964(a), and
1964(b) et.seq.]; __***RE***__: RICO §1962(d) Conspiracy - ***Pinkerton v. United States***, 328 U.S. 640
(1946) – ***Pinkerton*** Doctrine __***RE***__:Mediate Causality Predicated RICO §1962(d) Multiple
Conspiracy Litigation

1    *[RICO Section 1962©) Enterprises]*

2    34.    Plaintiffs allege that each of the following configurations, for purposes

3    of plaintiffs' RICO §1962©) claims for relief, constitute a RICO "enterprise," as that

4    term is defined pursuant to Title 18 United States Code §1961(4) of the Racketeer

5    Influenced and Corrupt Organizations Act of 1970 ["RICO"][Title 18 U.S.C.

6    §1961(4)] and within the strictures of ***Boyle v. United States***, 129 S. Ct. 2237 (2009)

7    and ***Odom v. Microsoft Corp***., 486 F.3d 541 (9 Cir. 2007)(en banc):

8    ***A.    RICO Enterprise No. 1***: Plaintiffs allege that at and during all

9    times material herein, and continuing up through and including the date

10   of the initiation of these federal proceedings, defendants have engaged,

11   and continue to engage, in felonious, criminal and wrongful conduct as

12   alleged herein, constituting commission of RICO "racketeering

13   activity," as statutorily defined pursuant to RICO 18 United States Code

14   §1961(1)(B), specifically, commission of federal mail fraud [Title 18

15   United States Code §1341], federal wire fraud [Title 18 United States

16   Code §1343], and, federal racketeering [Title 18 United States Code

17   §1952], and were employed by or associated with the operation of a

18   RICO association-in-fact enterprise, as statutorily defined pursuant to

1    RICO 18 United States Code §1961(4), specifically, Progressive

2    Casualty and Progressive, for purposes of RICO §1962(c), whose

3    activities affect federal interstate and/or in foreign commerce.

4    35.    Plaintiffs allege that in conducting the business and affairs of the RICO

5    § 1961(4) enterprise, and in committing the acts, omissions, misrepresentations, and

6    breaches referred to herein between September, 2020, and continuing up through

7    and including the initiation of these proceedings, RICO defendants engaged in a

8    RICO pattern of racketeering activity in contravention of Title 18 United States Code

9    §1962©) inasmuch as said RICO defendants was employed by, or associated with,

10    said RICO enterprise that are engaged in activities that affect federal interstate and/or

11    foreign commerce, and conducted such RICO enterprise affairs by and through a

12    RICO pattern of racketeering activity.

13    ///

14    ///

15    ///

16    ///

17    ///

1

*[RICO Recovery]*

2    36.    Plaintiffs are entitled to recover, pursuant to Title 18 United States Code

3    §1964©), treble damages in the amount to be determined by offer of proof at time

4    of trial. Plaintiffs are also entitled to recover attorneys' fees and costs of this

5    litigation, as well as damages arising from lost profits and/or lost business

6    opportunities attributable to the activities engaged in by defendants committed in

7    furtherance of the Racketeer Influenced and Corrupt Organizations Act of 1970

8    ["RICO"] [Title 18 U.S.C. §1961 et.seq.].

9    ///

10    ///

11    ///

12    ///

13    ///

14    ///

15    ///

16    ///

57 AMENDED RACKETEER INFLUENCED and CORRUPT ORGANIZATIONS ACT OF 1970 [RICO][Title 18 United States Code §§1961, 1962(a), 1962(c), 1962(d), 1964(a), and 1964(b) et.seq.]; ___RE___: RICO §1962(d) Conspiracy - *Pinkerton v. United States*, 328 U.S. 640 (1946) – *Pinkerton* Doctrine ___RE___:Mediate Causality Predicated RICO §1962(d) Multiple Conspiracy Litigation

1    ***SECOND CLAIM FOR RELIEF***

2    ***[For RICO Aiding and Abetting Primary Contravention of RICO Section***

3    ***1962©) of the Racketeer Influenced and Corrupt Organizations Act of 1970]***

4    ***["RICO"] [Title 18 United States Code §§ 2(a)-(b) and §1962©)]***

5    ***[Against All Defendants]***

6    37.    For Plaintiffs' Second Claim for Relief, plaintiffs reallege and

7    incorporate Paragraphs 1 through 27, and each and every claim for relief asserted

8    pursuant to the federal Racketeer Influenced and Corrupt Organizations Act of 1970

9    ["RICO"] [Title 18 U.S.C. §§ 1961 et.seq.].

10    38.    Plaintiffs allege that the defendants employed the federal mail and/or

11    federal interstate wires, as well as engaged in federal racketeering, said racketeering

12    activity as alleged herein, to aid and abet the primary RICO § 1962©) contraventions

13    committed by defendants as alleged herein above.

14    39.    Plaintiffs allege that defendants were knowledgeable and aware of the

15    commission of the primary RICO contraventions committed, and that said

16    defendants substantially assisted in the commission of the primary RICO

17    contraventions by defendants, thereby deriving a benefit as a result to the detriment

18    of plaintiffs. Plaintiffs allege moreover that Progressive Company can be, and is,

58 AMENDED RACKETEER INFLUENCED and CORRUPT ORGANIZATIONS ACT OF 1970 [RICO][Title 18 United States Code §§1961, 1962(a), 1962(c), 1962(d), 1964(a), and 1964(b) et.seq.]; ***RE***: RICO §1962(d) Conspiracy - ***Pinkerton v. United States***, 328 U.S. 640 (1946) – ***Pinkerton*** Doctrine ***RE***:Mediate Causality Predicated RICO §1962(d) Multiple Conspiracy Litigation

1    liable for RICO §1962(d) conspiracy contravention, not only under the principle of

2    respondeat superior, but also because Progressive Casualty not only learned of its

3    employees' illegal acts and failed to take action, but also knowingly, intentionally

4    willfully participated, conspired, aided and abetted, acquiesced, ratified and actively

5    concealed the illegal acts of Progressive Casualty while under a quasi-fiduciary duty

6    owed to Progressive insureds.

7                                    *[RICO Recovery]*

8        40.    Plaintiffs are entitled to recover, pursuant to Title 18 United States Code

9    §1964©), treble damages in the amount to be determined by offer of proof at time

10   of trial. Plaintiffs are also entitled to recover attorneys' fees and costs of this

11   litigation, as well as damages arising from lost profits and/or lost business

12   opportunities attributable to the activities engaged in by defendants committed in

13   furtherance of the Racketeer Influenced and Corrupt Organizations Act of 1970

14   ["RICO"][Title 18 U.S.C. §1961 et.seq.].

15   ///

16   ///

17   ///

59 AMENDED RACKETEER INFLUENCED and CORRUPT ORGANIZATIONS ACT OF
1970 [RICO][Title 18 United States Code §§1961, 1962(a), 1962(c), 1962(d), 1964(a), and
1964(b) et.seq.]; __*RE*__: RICO §1962(d) Conspiracy - *Pinkerton v. United States*, 328 U.S. 640
(1946) – *Pinkerton* Doctrine __*RE*__:Mediate Causality Predicated RICO §1962(d) Multiple
Conspiracy Litigation

*THIRD CLAIM FOR RELIEF*

*[For Contravention of RICO Section 1962©) of the Racketeer Influenced*

*and Corrupt Organizations Act of 1970]*

*["RICO"]*

*[Title 18 United States Code §1962©)]*

*[Respondeat Superior\Derivative Liability]*

*[Against Progressive Only]*

41.    For Plaintiffs' Third Claim for Relief, plaintiffs reallege and incorporate

Paragraph 1 through 27, and each and every claim for relief asserted pursuant to the

federal Racketeer Influenced and Corrupt Organizations Act of 1970 ["RICO"][Title

18 U.S.C. §§ 1961 et.seq.].

*[RICO Respondeat Superior/Derivative Liability Contentions]*

42.    Plaintiffs allege that during and at all times material herein various

individuals and persons functioned and served in the capacities of agent, employee,

director,   designee,   officer,   co-managing   general   partner,   general   partner,

representative, managing member, co-managing member, member, and/or servant

upon behalf of Progressive, the parent corporation of Progressive Casualty, engaged

in the fraudulent and felonious conduct in such representative capacities, and that as

a proximate result thereof, the entity derived a benefit thereby.

AMENDED RACKETEER INFLUENCED and CORRUPT ORGANIZATIONS ACT OF 1970 [RICO][Title 18 United States Code §§1961, 1962(a), 1962(c), 1962(d), 1964(a), and 1964(b) et.seq.]; *RE*: RICO §1962(d) Conspiracy - *Pinkerton v. United States*, 328 U.S. 640 (1946) – *Pinkerton* Doctrine *RE*:Mediate Causality Predicated RICO §1962(d) Multiple Conspiracy Litigation

43.     Plaintiffs allege that Progressive exercised control, management, and/or direction of Progressive Casualty, and the various persons and individuals relative to the complained of fraudulent and felonious activities, with the intent to harm plaintiffs in plaintiffs' business and/or property interests.

44.     Plaintiffs allege that the fraudulent activities engaged in by Progressive Casualty injured and/or damaged plaintiffs' business interests and activities and/or properties in connection with plaintiffs' business activities that affect federal commerce.

45.     Plaintiffs allege that the commission of the afore described extortionate, fraudulent, and criminally felonious activities by said individuals employed by or associated with Progressive, and therefore Progressive is vicariously and derivatively liable for contravening RICO Section 1962©).

46.     Plaintiffs further allege that Progressive ratified, authorized, acquiesced, and/or consented to the wrongful conduct of certain persons and individuals that proximately caused the injuries sustained by plaintiffs to plaintiffs' interests in business and/or property. Plaintiffs allege moreover that Progressive Company can be, and is, liable for RICO §1962(d) conspiracy contravention, not

61 AMENDED RACKETEER INFLUENCED and CORRUPT ORGANIZATIONS ACT OF 1970 [RICO][Title 18 United States Code §§1961, 1962(a), 1962(c), 1962(d), 1964(a), and 1964(b) et.seq.]; **_RE_**: RICO §1962(d) Conspiracy - **_Pinkerton v. United States_**, 328 U.S. 640 (1946) – **_Pinkerton_** Doctrine **_RE_**:Mediate Causality Predicated RICO §1962(d) Multiple Conspiracy Litigation

1   only under the principle of respondeat superior, but also because Progressive

2   Casualty not only learned of its employees' illegal acts and failed to take action, but

3   also knowingly, intentionally willfully participated, conspired, aided and abetted,

4   acquiesced, ratified and actively concealed the illegal acts of Progressive Casualty

5   while under a quasi-fiduciary duty owed to Progressive insureds.

6   ***[RICO Recovery]***

7   47.   Plaintiffs are entitled to recover, pursuant to Title 18 United States Code

8   §1964©), treble damages in the amount to be determined by offer of proof at time

9   of trial. Plaintiffs are also entitled to recover attorneys' fees and costs of this

10   litigation, as well as damages arising from lost profits and/or lost business

11   opportunities attributable to the activities engaged in by defendants committed in

12   furtherance of the Racketeer Influenced and Corrupt Organizations Act of 1970

13   ["RICO"][Title 18 U.S.C. § 1961 et.seq.].

14   ///

15   ///

16   ///

17   ///

62 AMENDED RACKETEER INFLUENCED and CORRUPT ORGANIZATIONS ACT OF 1970 [RICO][Title 18 United States Code §§1961, 1962(a), 1962(c), 1962(d), 1964(a), and 1964(b) et.seq.]; ***RE***: RICO §1962(d) Conspiracy - ***Pinkerton v. United States***, 328 U.S. 640 (1946) – ***Pinkerton*** Doctrine ***RE***:Mediate Causality Predicated RICO §1962(d) Multiple Conspiracy Litigation

1      ***FOURTH CLAIM FOR RELIEF***

2      ***[For RICO Aiding and Abetting a RICO Section 1962(d) Conspiracy***

3      ***Contravention of RICO Section 1962©) of the Racketeer Influenced and***

4      ***Corrupt Organizations Act of 1970]***

5      ***["RICO"]***

6      ***[Title 18 United States Code §§ 2(a)-(b) and §§1962(c)-1962(d)]***

7      ***[Against All Defendants]***

8      48.    For Plaintiffs' Fourth Claim for Relief, plaintiffs reallege and

9      incorporate Paragraphs 1 through 27, and each and every claim for relief asserted

10     pursuant to the federal Racketeer Influenced and Corrupt Organizations Act of 1970

11     ["RICO"][Title 18 U.S.C. §§ 1961 et.seq.].

12     49.    Plaintiffs allege that defendants employed the federal mails and/or

13     federal interstate wires, as well as engaged in racketeering activity as alleged herein,

14     to aid and abet the primary RICO § 1962©) contraventions committed by defendants

15     and other RICO persons unknown to plaintiffs as alleged herein above.

16     50.    Plaintiffs allege that the defendants were knowledgeable and aware of

17     the commission of the primary RICO contraventions committed, and those

18     defendants substantially assisted in the commission of the primary RICO

1    contraventions, thereby deriving a monetary benefit as a result to the detriment of

2    plaintiffs.

3        51.    Plaintiffs allege that defendants aided and abetted a RICO Section

4    1962(d) conspiracy between said defendants to contravene RICO Section 1962©) to

5    injure and/or damage Plaintiffs' interests in business and/or property. Plaintiffs

6    allege moreover that Progressive Company can be, and is, liable for RICO §1962(d)

7    conspiracy contravention, not only under the principle of respondeat superior, but

8    also because Progressive Casualty not only learned of its employees' illegal acts and

9    failed to take action, but also knowingly, intentionally willfully participated,

10   conspired, aided and abetted, acquiesced, ratified and actively concealed the illegal

11   acts of Progressive Casualty while under a quasi-fiduciary duty owed to Progressive

12   insureds.

13       ///

14       ///

15       ///

16       ///

17       ///

64 AMENDED RACKETEER INFLUENCED and CORRUPT ORGANIZATIONS ACT OF 1970 [RICO][Title 18 United States Code §§1961, 1962(a), 1962(c), 1962(d), 1964(a), and 1964(b) et.seq.]; **_RE_**: RICO §1962(d) Conspiracy - **_Pinkerton v. United States_**, 328 U.S. 640 (1946) – **_Pinkerton_** Doctrine **_RE_**:Mediate Causality Predicated RICO §1962(d) Multiple Conspiracy Litigation

1

## *[RICO Recovery]*

2    52.    Plaintiffs are entitled to recover, pursuant to Title 18 United States Code

3    §1964©), treble damages in the amount to be determined by offer of proof at time

4    of trial. Plaintiffs are also entitled to recover attorneys' fees and costs of this

5    litigation, as well as damages arising from lost profits and/or lost business

6    opportunities attributable to the activities engaged in by defendants committed in

7    furtherance of the Racketeer Influenced and Corrupt Organizations Act of 1970

8    ["RICO"] [Title 18 U.S.C. §1961 et.seq.].

9    ///

10    ///

11    ///

12    ///

13    ///

14    ///

15    ///

16    ///

*FIFTH CLAIM FOR RELIEF*

*[For Commission of Conspiratorial Contravention of RICO Section 1962©) of*

*the Racketeer Influenced and Corrupt Organizations Act of 1970]*

*["RICO"]*

*[Title 18 United States Code §1962©)]*

*[RE: RICO Section 1962(d)\Pinkerton Doctrine]*

*[RE: Pinkerton, v. United States, 328 U.S. 640 (1946)*

*and*

*Salinas, v. United States, 522 U.S. 52 (1997) Conspiratorial Liability]*

*[Against All Defendants – RICO Intra-Corporate Conspiracy]*

53.    For Plaintiffs' Fifth Claim for Relief, plaintiffs reallege and incorporate Paragraphs 1 through 27, and each and every claim for relief asserted pursuant to the federal Racketeer Influenced and Corrupt Organizations Act of 1970["RICO"][Title 18 U.S.C. §§ 1961 et.seq.].

*[RICO §1962(d) Conspiratorial Liability Contentions]*

54.    Plaintiffs allege that commencing in September, 2020, and during and at all times material herein thereafter, defendants mutually agreed to engage in the aforementioned racketeering activities and/or wrongful conduct giving rise to the RICO Section 1962©) contraventions, that the objective of that mutual agreement was to injure, damage, and/or destroy plaintiffs' interests in business and/or property,

1    and that such conspiratorial conduct constitutes contravention of RICO Section

2    1962(d).

3        55.    Plaintiffs allege that defendants employed the federal mails and/or

4    federal interstate wires, as well as engaged in racketeering activity as alleged herein,

5    to aid and abet the primary RICO § 1962©) contraventions committed by defendants

6    and other RICO persons unknown to plaintiff as alleged herein above.

7        56.    Plaintiffs allege that the defendants were knowledgeable and aware of

8    the commission of the primary RICO contraventions committed, and that defendants

9    substantially assisted in the commission of the primary RICO contraventions,

10   thereby deriving a monetary benefit as a result to the detriment of plaintiffs. Plaintiffs

11   allege moreover that Progressive Company can be, and is, liable for RICO §1962(d)

12   conspiracy contravention, not only under the principle of respondeat superior, but

13   also because Progressive Casualty not only learned of its employees' illegal acts and

14   failed to take action, but also knowingly, intentionally willfully participated,

15   conspired, aided and abetted, acquiesced, ratified and actively concealed the illegal

16   acts of Progressive Casualty while under a quasi-fiduciary duty owed to Progressive

17   insureds.

67 AMENDED RACKETEER INFLUENCED and CORRUPT ORGANIZATIONS ACT OF
1970 [RICO][Title 18 United States Code §§1961, 1962(a), 1962(c), 1962(d), 1964(a), and
1964(b) et.seq.]; **_RE_**: RICO §1962(d) Conspiracy - **_Pinkerton v. United States_**, 328 U.S. 640
(1946) – **_Pinkerton_** Doctrine **_RE_**:Mediate Causality Predicated RICO §1962(d) Multiple
Conspiracy Litigation

57.     Plaintiffs allege that defendants aided and abetted a RICO Section 1962(d) conspiracy between said defendants to contravene RICO Section 1962©) to injure and/or damage Plaintiffs' interests in business and/or property.

58.     Plaintiffs allege that defendants are conspiratorially liable under application of the **Pinkerton** Doctrine [**Pinkerton, v. United States**, 328 U.S. 640 (1946) and **Salinas, v. United States**, 522 U.S. 52 (1997)] for the commission of the substantive RICO Section 1962©) contraventions committed by defendants inasmuch as:

A.     Defendants engaged in the fraudulent activities that constitute the RICO §1961(5) pattern of racketeering activity;

B.     Defendants are members of the RICO §1962(d) conspiracy designed and intended to contravene RICO § 1962©);

C.     Defendants engaged in activities in furtherance of advancing and promoting the RICO §1962(d) conspiracy designed and intended to contravene RICO § 1962©);

D.     Defendants are members of the RICO §1962(d) conspiracy at and during the time frame the fraudulent and extortionate activities were

1    committed that constitute the RICO §1961(5) pattern of racketeering

2    activity; and,

3    E.    The offense fell within the scope of the unlawful agreement and could

4    reasonably have been foreseen to be a necessary or natural consequence

5    of the unlawful agreement.

6    *[RICO Recovery]*

7    59.    Plaintiffs are entitled to recover, pursuant to Title 18 United States Code

8    §1964©), treble damages in the amount to be determined by offer of proof at time

9    of trial. Plaintiffs are also entitled to recover attorneys' fees and costs of this

10    litigation, as well as damage arising from lost profits and/or lost business

11    opportunities attributable to the activities engaged in by defendants committed in

12    furtherance of the Racketeer Influenced and Corrupt Organizations Act of 1970

13    ["RICO"] [Title 18 U.S.C. §1961 et.seq.].

14    ///

15    ///

16    ///

69 AMENDED RACKETEER INFLUENCED and CORRUPT ORGANIZATIONS ACT OF 1970 [RICO][Title 18 United States Code §§1961, 1962(a), 1962(c), 1962(d), 1964(a), and 1964(b) et.seq.]; **_RE_**: RICO §1962(d) Conspiracy - **_Pinkerton v. United States_**, 328 U.S. 640 (1946) – **_Pinkerton_** Doctrine **_RE_**:Mediate Causality Predicated RICO §1962(d) Multiple Conspiracy Litigation

*SIXTH CLAIM FOR RELIEF*

*[For Commission of Conspiratorial Contravention of RICO Section 1962©) of*

*the Racketeer Influenced and Corrupt Organizations Act of 1970]*

*["RICO"] RE: RICO §1962(d) Conspiracy to Commit RICO Aiding and*

*Abetting*

*[Title 18 United States Code §1962©)]*

*[RE: RICO Section 1962(d)\Pinkerton Doctrine]*

*[RE: Pinkerton, v. United States, 328 U.S. 640 (1946)*

*and*

*Salinas, v. United States, 522 U.S. 52 (1997) Conspiratorial Liability]*

*[Against All Defendants]*

60.    For Plaintiffs' Sixth Claim for Relief, plaintiffs reallege and incorporate

Paragraph 1 through 27, and each and every claim for relief asserted pursuant to the

federal Racketeer Influenced and Corrupt Organizations Act of 1970 ["RICO"][Title

18 U.S.C. §§ 1961 et.seq.].

*[RICO Conspiratorial Liability Contentions]*

61.    Plaintiffs allege that commencing in September 2020, and during and

at all times material herein thereafter, defendants mutually agreed to engage in the

aforementioned racketeering activities and/or wrongful conduct giving rise to the

RICO Section 1962©) contraventions, that the objective of that mutual agreement

70 AMENDED RACKETEER INFLUENCED and CORRUPT ORGANIZATIONS ACT OF 1970 [RICO][Title 18 United States Code §§1961, 1962(a), 1962(c), 1962(d), 1964(a), and 1964(b) et.seq.]; *RE*: RICO §1962(d) Conspiracy - *Pinkerton v. United States*, 328 U.S. 640 (1946) – *Pinkerton* Doctrine *RE*:Mediate Causality Predicated RICO §1962(d) Multiple Conspiracy Litigation

1    was to destroy plaintiff's interests in business and/or property, and that such

2    conspiratorial conduct constitutes contravention of RICO Section 1962(d).

3    Plaintiffs allege moreover that Progressive Company can be, and is, liable for

4    RICO §1962(d) conspiracy contravention, not only under the principle of

5    respondeat superior, but also because Progressive Casualty not only learned of its

6    employees' illegal acts and failed to take action, but also knowingly, intentionally

7    willfully participated, conspired, aided and abetted, acquiesced, ratified and

8    actively concealed the illegal acts of Progressive Casualty while under a quasi-

9    fiduciary duty owed to Progressive insureds.

10    62.    Plaintiffs allege that the defendants employed the federal mails and/or

11    federal interstate wires, as well as engaged in racketeering activity as alleged herein,

12    to aid and abet the primary RICO § 1962©) contraventions committed by defendants

13    as alleged herein above.

14    63.    Plaintiffs allege that defendants were knowledgeable and aware of the

15    commission of the primary RICO contraventions committed, and that said

16    defendants substantially assisted in the commission of the primary RICO

1    contraventions by defendants, thereby deriving a monetary benefit as a result to the

2    detriment of plaintiffs.

3        64.    Plaintiffs allege that defendants are conspiratorially liable under

4    application of the **Pinkerton** Doctrine [**Pinkerton, v. United States**, 328 U.S. 640

5    (1946) and **Salinas, v. United States**, 522 U.S. 52 (1997)] for the substantive RICO

6    Section 1962©) contraventions committed by defendants inasmuch as:

7        A.    Defendants engaged in the fraudulent activities that constitute the

8            RICO §1961(5) pattern of racketeering activity;

9        B.    Defendants are members of the RICO §1962(d) conspiracy

10            designed and intended to contravene RICO § 1962©);

11        C.    Defendants engaged in activities in furtherance of advancing

12            and promoting the RICO §1962(d) conspiracy designed and

13            intended to contravene RICO § 1962©);

14        D.    Defendants are members of the RICO §1962(d) conspiracy

1    at and during the time frame the fraudulent activities were

2    committed that constitute the RICO §1961(5) pattern of

3    racketeering activity; and,

4    E.    The offense fell within the scope of the unlawful agreement

5    and could reasonably have been foreseen to be a necessary or

6    natural consequence of the unlawful agreement.

7

8                                        *[RICO Recovery]*

9    65.    Plaintiffs are entitled to recover, pursuant to Title 18 United States Code

10    §1964©), treble damages in the amount to be determined by offer of proof at time

11    of trial. Plaintiffs are also entitled to recover attorneys' fees and costs of this

12    litigation, as well as damages arising from lost profits and/or lost business

13    opportunities attributable to the activities engaged in by defendants committed in

14    furtherance of the Racketeer Influenced and Corrupt Organizations Act of 1970

15    ["RICO"] [Title 18 U.S.C. §1961 et.seq.].

16    ///

17    ///

73 AMENDED RACKETEER INFLUENCED and CORRUPT ORGANIZATIONS ACT OF 1970 [RICO][Title 18 United States Code §§1961, 1962(a), 1962(c), 1962(d), 1964(a), and 1964(b) et.seq.]; __RE__: RICO §1962(d) Conspiracy - ***Pinkerton v. United States***, 328 U.S. 640 (1946) – ***Pinkerton*** Doctrine __RE__:Mediate Causality Predicated RICO §1962(d) Multiple Conspiracy Litigation

*VII.*

*RICO §1962(d) CONSPIRACY PREMISED AND PREDICATED CLAIMS ADVANCED THROUGH INVOCATION OF THE CONCEPT OF MEDIATE CAUSATION and THE <u>PINKERTON</u> DOCTRINE*

*SEVENTH CLAIM FOR RELIEF*

*[For Commission of Conspiratorial Contravention of RICO Section 1962©) of*

*the Racketeer Influenced and Corrupt Organizations Act of 1970]*

*["RICO"][Title 18 United States Code §1962©)]*

*RE: <u>Mediate Causation</u>*

*[RE: RICO Section 1962(d)\Pinkerton Doctrine]*

*[RE: Pinkerton, v. United States, 328 U.S. 640 (1946)*

*and*

*Salinas, v. United States, 522 U.S. 52 (1997) Conspiratorial Liability]*

*[Against All Defendants - RICO <u>Intra-Corporate</u> Conspiracy]*

66.    For Plaintiffs' Seventh Claim for Relief, plaintiffs reallege and incorporate Paragraphs 1 through 27, and each and every claim for relief asserted pursuant to the federal Racketeer Influenced and Corrupt Organizations Act of 1970 ["RICO"][Title 18 U.S.C. §§ 1961 et.seq.].

*[RICO §1962(d) Conspiratorial Liability Contentions]*

67.    Plaintiffs allege that commencing in September 2020, and during and at all times material herein thereafter, defendants mutually agreed to engage in the aforementioned racketeering activities and/or wrongful conduct giving rise to the

1   RICO Section 1962©) contraventions, that the objective of that mutual agreement

2   was to injure, damage, and/or destroy plaintiffs' interests in business and/or property,

3   and that such conspiratorial conduct constitutes contravention of RICO Section

4   1962(d).

5          68.     Plaintiffs allege that defendants employed the federal mails and/or

6   federal interstate wires, as well as engaged in racketeering activity as alleged herein,

7   to aid and abet the primary RICO § 1962©) contraventions committed by defendants

8   and other RICO persons unknown to plaintiff as alleged herein above.

9          69.     Plaintiffs allege that the defendants were knowledgeable and aware of

10  the commission of the primary RICO contraventions committed, and that defendants

11  substantially assisted in the commission of the primary RICO contraventions,

12  thereby deriving a monetary benefit as a result to the detriment of plaintiffs.

13         70.     Plaintiffs allege that defendants aided and abetted a RICO Section

14  1962(d) conspiracy between said defendants to contravene RICO Section 1962©) to

15  injure and/or damage Plaintiffs' interests in business and/or property. Plaintiffs

16  allege moreover that Progressive Company can be, and is, liable for RICO §1962(d)

17  conspiracy contravention, not only under the principle of respondeat superior, but

75 AMENDED RACKETEER INFLUENCED and CORRUPT ORGANIZATIONS ACT OF
1970 [RICO][Title 18 United States Code §§1961, 1962(a), 1962(c), 1962(d), 1964(a), and
1964(b) et.seq.]; **_RE_**: RICO §1962(d) Conspiracy - **_Pinkerton v. United States_**, 328 U.S. 640
(1946) – **_Pinkerton_** Doctrine **_RE_**:Mediate Causality Predicated RICO §1962(d) Multiple
Conspiracy Litigation

1  also because Progressive Casualty not only learned of its employees' illegal acts and

2  failed to take action, but also knowingly, intentionally willfully participated,

3  conspired, aided and abetted, acquiesced, ratified and actively concealed the illegal

4  acts of Progressive Casualty while under a quasi-fiduciary duty owed to Progressive

5  insureds.

6  ***[Mediate Causation Predicated Affiliative Conspiratorial Liability and <u>Pinkerton</u>***

7  ***Doctrine Applicability]***

8  71.    Plaintiffs allege that during all times material herein that defendants,

9  acting in concert with each other, and acting with persons unknown, engaged in

10  conspiratorial activities designed, formulated, intended, and executed to achieve

11  their conspiratorial objective as alleged herein.

12  72.    Plaintiffs allege that the affiliative associational collaborative concerted

13  actions of defendants, and those acting with defendants unknown to plaintiffs, are

14  conspiratorially liable, jointly and severally, by invocation and application of the

15  concept of mediate causation.

16  72A.    Plaintiffs allege that defendants are conspiratorially liable for

17  contravention of RICO §1962(d) by application and invocation of mediate causation.

18  Plaintiffs allege that "mediate causation" denotes instances in which an individual's

1   actions can be deemed to have exerted some causal effect upon another's conduct.

2   It resolves the problem of attempting to identify the extent to which one person's

3   acts actually affected another's conduct by making it possible, under certain

4   circumstances, to assume a causal effect that is sufficient to support imposition of

5   criminal liability.

6   72B.    Plaintiffs that defendants are conspiratorially liable for

7   contravention of RICO §1962(d) by application of and by invocation investing the

8   concept of mediate causation. Plaintiffs furthermore allege that the concerted,

9   orchestrated, and coordinated activities and conduct of these RICO defendants

10  exerted a causal effect on another's conduct.  Application of this conception of

11  causation avoids the difficult task of specifying the actual effect such acts had on

12  another's conduct by making it possible to assume a causal effect sufficient to

13  support liability.  The result is the imposition of RICO § 1962(d) conspiratorial

14  criminal liability that comports with traditional requirements by including the

15  element of demonstrable personal fault.

16  73.    Plaintiffs allege that defendants are conspiratorially liable for

17  contravention of the RICO §1962(d) conspiratorial prohibition arising from

18  contravention of RICO §1962(c), by and through application of mediate causation.

77 AMENDED RACKETEER INFLUENCED and CORRUPT ORGANIZATIONS ACT OF
1970 [RICO][Title 18 United States Code §§1961, 1962(a), 1962(c), 1962(d), 1964(a), and
1964(b) et.seq.]; *RE*: RICO §1962(d) Conspiracy - ***Pinkerton v. United States***, 328 U.S. 640
(1946) – ***Pinkerton*** Doctrine *RE*:Mediate Causality Predicated RICO §1962(d) Multiple
Conspiracy Litigation

74. Plaintiffs allege that defendants are conspiratorially liable under application of the ***Pinkerton*** Doctrine [***Pinkerton, v. United States***, 328 U.S. 640 (1946) and ***Salinas v. United States***, 522 U.S. 52 (1997)] for the commission of the substantive RICO Section 1962©) contraventions committed by defendants inasmuch as:

    A.    Defendants engaged in the fraudulent activities that constitute the RICO §1961(5) pattern of racketeering activity;

    B.    Defendants are members of the RICO §1962(d) conspiracy designed and intended to contravene RICO § 1962©);

    C.    Defendants engaged in activities in furtherance of advancing and promoting the RICO §1962(d) conspiracy designed and intended to contravene RICO § 1962©);

    D.    Defendants are members of the RICO §1962(d) conspiracy at and during the time frame the fraudulent and extortionate activities were committed that constitute the RICO §1961(5) pattern of racketeering activity; and,

1        E.     The offense fell within the scope of the unlawful agreement and

2                could reasonably have been foreseen to be a necessary or natural

3                consequence of the unlawful agreement.

4                              ***[RICO Recovery]***

5      75.    Plaintiffs are entitled to recover, pursuant to Title 18 United States Code

6  §1964©), treble damages in the amount to be determined by offer of proof at time

7  of trial. Plaintiffs are also entitled to recover attorneys' fees and costs of this

8  litigation, as well as damages arising from lost profits and/or lost business

9  opportunities attributable to the activities engaged in by defendants committed in

10  furtherance of the Racketeer Influenced and Corrupt Organizations Act of 1970

11  ["RICO"] [Title 18 U.S.C. §1961 et.seq.].

12  ///

13  ///

14  ///

15  ///

16  ///

79 AMENDED RACKETEER INFLUENCED and CORRUPT ORGANIZATIONS ACT OF 1970 [RICO][Title 18 United States Code §§1961, 1962(a), 1962(c), 1962(d), 1964(a), and 1964(b) et.seq.]; ___RE___: RICO §1962(d) Conspiracy - ***Pinkerton v. United States***, 328 U.S. 640 (1946) – ***Pinkerton*** Doctrine ___RE___:Mediate Causality Predicated RICO §1962(d) Multiple Conspiracy Litigation

*EIGHTH CLAIM FOR RELIEF*

*[For Commission of Primary Contravention of RICO Section 1962(a) of the*

*Racketeer Influenced and Corrupt Organizations Act of 1970]*

*["RICO"]*

*[Title 18 United States Code §1962(a)]*

*[Against All Defendants]*

76.    For Plaintiffs' Eighth Claim for Relief, plaintiffs reallege and incorporate Paragraphs 1 through 27, and each and every claim for relief asserted pursuant to the federal Racketeer Influenced and Corrupt Organizations Act of 1970 ["RICO"][Title 18 U.S.C. §§ 1961 et.seq.].

*RICO Title 18 United States Code Section 1961(B) Predicate Offense*

*Contraventions re: Title 18 U.S.C. §§ 2, 1341, 1343, 1346, and 1952]*

*Federal Principal and Aider and Abettor Liability: Title 18 U.S.C.A. §2(a)-(b)*

*Federal Principal and Aider and Abettor Liability*

*re: Aiding and Abetting A Conspiracy: Title 18 U.S.C.A. §2(a)-(b)*

*Federal Principal and Aider and Abettor Liability*

*re: Conspiracy to Commit Aiding and Abetting: Title 18 U.S.C.A. §2(a)-(b)*

*Federal Mail Fraud: Title 18 U.S.C.A. §1341*

*Federal Mail Fraud re: Aiding and Abetting: Title 18 U.S.C.A. §1341*

*Federal Mail Fraud re: Conspiracy: Title 18 U.S.C.A. §1341*

*Federal Mail Fraud re: Conspiracy to Aid and Abet: Title 18 U.S.C.A. §1341*

*Federal Mail Fraud re: Aiding and Abetting a Conspiracy:*

1    *Title 18 U.S.C.A. §1341*

2    *Federal Wire Fraud: Title 18 U.S.C.A. §1343*

3    *Federal Wire Fraud re: Aiding and Abetting: Title 18 U.S.C.A. §1343*

4    *Federal Wire Fraud re: Conspiracy: Title 18 U.S.C.A. §1343*

5    *Federal Wire  Fraud re: Conspiracy to Aid and Abet: Title 18 U.S.C.A. §1343*

6    *Federal Wire  Fraud re: Aiding and Abetting a Conspiracy:*

7    *Title 18 U.S.C.A. §1343*

8    *Federal Intangible Personal Property Right Deprivation: Title 18 U.S.C.A.*
9    *§1346*

10   *Federal Racketeering :Title 18 U.S.C.A. §1952*

11   *Federal Racketeering re: Aiding and Abetting: Title 18 U.S.C.A. §1952*

12   *Federal Racketeering re: Conspiracy: Title 18 U.S.C.A. §1952*

13   *Federal Racketeering re: Conspiracy to Aid and Abet: Title 18 U.S.C.A. §1952*

14   *Federal Racketeering re: Aiding and Abetting a Conspiracy:*

15   *Title 18 U.S.C.A. §1952*

16       77.    Plaintiffs allege that defendants engaged in the aforementioned

17   activities, with the intent to harm plaintiffs' interest in business and/or property.

18   Plaintiffs allege that the fraudulent activity engaged by defendants   injured

19   plaintiffs' interests in business and/or property in connection with their business

20   activities that affect federal interstate commerce, resulting in loss of plaintiffs'

21   property interests, business opportunities, and monies.

22       ///

81 AMENDED RACKETEER INFLUENCED and CORRUPT ORGANIZATIONS ACT OF 1970 [RICO][Title 18 United States Code §§1961, 1962(a), 1962(c), 1962(d), 1964(a), and 1964(b) et.seq.]; **_RE_**: RICO §1962(d) Conspiracy - ***Pinkerton v. United States***, 328 U.S. 640 (1946) – ***Pinkerton*** Doctrine **_RE_**:Mediate Causality Predicated RICO §1962(d) Multiple Conspiracy Litigation

1    *[RICO Title 18 United States Code § 1961(5) Pattern of Racketeering Activity]*

2    78.    Plaintiffs allege that the afore described activities constitute conduct

3    engaged in by defendants  to  deprive  plaintiffs of their  interest in business and/or

4    property, by and through commission of federal mail fraud, federal wire fraud,  and

5    federal racketeering, and are therefore indictable as "racketeering activity," as that

6    term is defined  pursuant to Title 18 United  States  Code §1961(1)(B), and in

7    contravention of, **inter alia**, Title 18 U.S.C. §1346, **RE**: intangible personal property

8    right to receive rendition of honest services for purposes of title 18 U.S.C. §§ 1341

9    and 1343.

10    79.    Plaintiffs allege that the course of  conduct engaged in by said

11    defendants constitute both continuity  and  relatedness of the racketeering activity,

12    thereby constituting a "pattern of racketeering activity, as that term is defined

13    pursuant to Title 18 United State Code §1961(5).

14    79A. Plaintiffs allege that Progressive Casualty engages in this alleged

15    artifice and scheme designed, intended, implemented and executed to wrongfully,

16    fraudulently, criminally and feloniously effectuating electronic funds transfers from

17    similarly situated insured customers. Plaintiffs furthermore allege that Progressive

18    Casualty declines to honour the terms and conditions of motor vehicle insurance

82 AMENDED RACKETEER  INFLUENCED and  CORRUPT  ORGANIZATIONS  ACT  OF
1970 [RICO][Title 18 United States Code §§1961, 1962(a), 1962(c), 1962(d), 1964(a), and
1964(b) et.seq.]; ***RE***: RICO §1962(d) Conspiracy - ***Pinkerton v. United States***, 328 U.S. 640
(1946) – ***Pinkerton*** Doctrine ***RE***:Mediate Causality Predicated RICO §1962(d) Multiple
Conspiracy Litigation

coverage in the aftermath of the complete and total destruction of the insured

customers' motor vehicles and continues to effectuate electronic funds transfers from

those insured customers. Plaintiffs allege that Progressive Casualty is engaged in a

course of conduct and pattern of practice constituting RICO §1961(5) pattern of

racketeering activity that is both continuous and related.  Plaintiffs allege moreover

that Progressive Company can be, and is, liable for RICO §1962(d) conspiracy

contravention, not only under the principle of respondeat superior, but also because

Progressive Casualty not only learned of its employees' illegal acts and failed to take

action, but also knowingly, intentionally willfully participated, conspired, aided and

abetted, acquiesced, ratified and actively concealed the illegal acts of Progressive

Casualty while under a quasi-fiduciary duty owed to Progressive insureds.

80.    Plaintiffs allege that the afore described pattern of racketeering activity

committed by defendants is both related  and  continuous  inasmuch  as  it is designed

and/or intended to  cause  damage and/or injury to the interest in business and/or

property  of  plaintiffs,  and  plaintiffs  reasonably believe and apprehend that  such

conduct shall and will continue prospectively with correlative long  term  injury.

### [RICO Section 1962(a) Enterprises and
### RICO Section 1962(a) Enterprise Investment Injury]

83 AMENDED RACKETEER INFLUENCED and CORRUPT ORGANIZATIONS ACT OF 1970 [RICO][Title 18 United States Code §§1961, 1962(a), 1962(c), 1962(d), 1964(a), and 1964(b) et.seq.]; *RE*: RICO §1962(d) Conspiracy - *Pinkerton v. United States*, 328 U.S. 640 (1946) – *Pinkerton* Doctrine *RE*:Mediate  Causality  Predicated  RICO  §1962(d)  Multiple Conspiracy Litigation

81.    Plaintiffs    allege    that defendants were employed by and associated with others and engaged in conduct that constitutes a RICO §1961(5) pattern of racketeering    activity.    Plaintiffs    furthermore    allege    that    defendants    were knowledgeable and aware of the activities of these RICO §1961(4) enterprises, and that defendants facilitated  and   furthered the RICO §1962(d) conspiracies alleged herein, for the purpose and objective of damaging and/or injuring Plaintiff interests in their businesses and/or properties.

82.    Plaintiffs allege that each of the following configurations constitute a RICO "enterprise," as that term is defined pursuant to Title 18 United States Code §1961(4) of the Racketeer Influenced and Corrupt Organizations Act of 1970 ["RICO"][Title 18 U.S.C. §1961(4)] and within the strictures of **Boyle v. United States**, 129  S. Ct. 2237 (2009) and   **Odom   v. Microsoft Corp**., 486 F.3d 541 (9th Cir. 2007)(**en banc**):

A.    **_RICO Enterprise No. 1_**: Plaintiffs allege that at and during all times material herein, and continuing up through and including the date of the initiation of these federal proceedings, defendants have engaged, and continue to engage, in felonious, criminal and wrongful conduct as alleged herein, constituting commission of

84 AMENDED RACKETEER INFLUENCED and CORRUPT ORGANIZATIONS ACT OF 1970 [RICO][Title 18 United States Code §§1961, 1962(a), 1962(c), 1962(d), 1964(a), and 1964(b) et.seq.]; **_RE_**: RICO §1962(d) Conspiracy - **Pinkerton v. United States**, 328 U.S. 640 (1946) – **Pinkerton** Doctrine **_RE_**:Mediate Causality Predicated RICO §1962(d) Multiple Conspiracy Litigation

1    RICO "racketeering activity," as statutorily defined pursuant to

2    RICO 18 United States Code §1961(1)(B), specifically,

3    commission of federal mail fraud [Title 18 United States Code

4    §1341], federal wire fraud [Title 18 United States Code §1343],

5    and, federal racketeering [Title 18 United States Code §1952],

6    and were employed by or associated with the operation of a

7    RICO association-in-fact enterprise, as statutorily defined

8    pursuant to RICO 18 United States Code §1961(4), specifically,

9    Progressive Casualty and Progressive, for purposes of RICO

10    §1962(c), whose activities affect federal interstate and/or in

11    foreign commerce.

12    B.    **_RICO Enterprise No. 2_**: Plaintiffs allege that at and during all

13    times material herein, and continuing up through and including

14    the date of the initiation of these federal proceedings, defendants

15    have engaged, and continue to engage, in felonious, criminal and

16    wrongful conduct as alleged herein, constituting commission of

17    RICO "racketeering activity," as statutorily defined pursuant to

18    RICO 18 United States Code §1961(1)(B), specifically,

1    commission of federal mail fraud [Title 18 United States Code

2    §1341], federal wire fraud [Title 18 United States Code §1343],

3    and, federal racketeering [Title 18 United States Code §1952],

4    and were employed by or associated with the operation of a

5    RICO enterprise, as statutorily defined pursuant to RICO 18

6    United States Code §1961(4), specifically, Progressive Casualty,

7    for purposes of RICO §1962(c), whose activities affect federal

8    interstate and/or in foreign commerce.

9    83.    Plaintiffs allege that in conducting the business and affairs of the RICO

10   enterprises, and in committing the acts, omissions, misrepresentations, and breaches

11   referred to herein between September, 2020, and continuing up through and

12   including the initiation of these proceedings, RICO defendants engaged in a RICO

13   pattern of racketeering activity in contravention of Title 18 United States Code

14   §1962(a) inasmuch as said defendants were employed by, or associated with, said

15   RICO enterprise that were engaged in activities that affect federal interstate and/or

16   foreign commerce, and conducted such RICO §1961(4) enterprise affairs by and

17   through a RICO §1961(5) pattern of racketeering activity.

84.     Plaintiffs allege that in conducting the business and affairs of the RICO enterprises, and in committing the acts, omissions, misrepresentations, and breaches referred to herein between September 2020, and continuing up through and including the initiation of these proceedings, defendants' activities were consistently intended to tortiously interfere with both plaintiffs' existing contractual and business commercial relationships and prospective economic advantages. Plaintiffs allege that defendants' use of the federal mails and the federal interstate wires in this regard was reasonably foreseeable, and, as such, constituted contraventions of Title 18 U.S.C. §§ 1341, 1343, and 1346.

85.     Plaintiffs allege that in committing the acts, omissions, conduct, misrepresentations, and breaches referred to herein  between September 2020,  and continuing up through and including the initiation of these proceedings, defendants engaged in a RICO  §1961(5)  pattern of racketeering activity in contravention of Title 18 United States Code §1962(a).

86.     Plaintiffs furthermore allege defendants engaged in a RICO  §1961(5) pattern of racketeering activity, receiving proceeds and/or income derived therefrom, and investing plaintiffs' monetary funds and/or  monetary proceeds  and/or  income to   acquire, maintain, operate, and/or establish,   directly and/or indirectly, of the

87 AMENDED RACKETEER INFLUENCED and CORRUPT ORGANIZATIONS ACT OF 1970 [RICO][Title 18 United States Code §§1961, 1962(a), 1962(c), 1962(d), 1964(a), and 1964(b) et.seq.]; *RE*: RICO §1962(d) Conspiracy - *Pinkerton v. United States*, 328 U.S. 640 (1946) – *Pinkerton* Doctrine *RE*:Mediate Causality Predicated RICO §1962(d) Multiple Conspiracy Litigation

1  RICO § 1961(4) enterprises identified herein above, and that said RICO enterprises

2  are engaged in activities that affect federal interstate and/or foreign commerce.

3      87.    Plaintiffs allege that plaintiffs sustained injuries to plaintiffs' interests

4  in business and/or property as a direct and proximate cause of RICO defendants'

5  investment of income and/or proceeds to the afore mentioned RICO §1961(4)

6  enterprises, constituting RICO enterprise investment injuries as follows:

7          A. Intentional and reckless conversion of plaintiffs' monies.

8          B. Plaintiffs incurring attorneys' fees, costs and expenses required to

9              recover monies converted by defendants.

10                    *[RICO Recovery]*

11     88.    Plaintiffs are entitled to recover, pursuant to Title 18 United States

12  Code §1964©), treble damages in the amount to be determined by offer of proof at

13  time of trial. Plaintiffs are furthermore also entitled to recover attorneys' fees and

14  costs of this litigation, as well as damages arising from lost profits and/or lost

15  business opportunities attributable to the activities engaged in by defendants

16  committed in furtherance of the Racketeer Influenced and Corrupt Organizations Act

17  of 1970 ["RICO"][Title 18 U.S.C. §1961 et.seq.].

88 AMENDED RACKETEER INFLUENCED and CORRUPT ORGANIZATIONS ACT OF 1970 [RICO][Title 18 United States Code §§1961, 1962(a), 1962(c), 1962(d), 1964(a), and 1964(b) et.seq.]; **RE**: RICO §1962(d) Conspiracy - ***Pinkerton v. United States***, 328 U.S. 640 (1946) – ***Pinkerton*** Doctrine **RE**:Mediate Causality Predicated RICO §1962(d) Multiple Conspiracy Litigation

### NINTH CLAIM FOR  RELIEF

### *[For RICO Aiding and Abetting Primary Contravention of RICO Section 1962(a) of the Racketeer Influenced and Corrupt Organizations Act of 1970]*

### *["RICO"]*

### *[Title 18 United States Code §§ 2(a)-(b) and §1962(a)]*

### *[Against All Defendants]*

89.    For Plaintiffs' Ninth  Claim for Relief, plaintiffs reallege  and

incorporates Paragraphs 1 through 27, and each and every claim for relief asserted

pursuant to the federal Racketeer Influenced and Corrupt Organizations Act of 1970

["RICO"][Title 18 U.S.C. §§ 1961 et.seq.].

90.    Plaintiffs allege that defendants employed the  federal mails and/or

federal interstate wires,  as well as engaged in racketeering activity as alleged herein,

to aid and abet  the  primary RICO § 1962(a) contraventions committed by

defendants, and other RICO persons unknown to plaintiffs,  as alleged herein above.

91.    Plaintiffs allege that the defendants was aware of the commission of the

primary RICO contraventions committed,  and  that  defendants  substantially

assisted  in  the commission  of  the  primary RICO contraventions by defendants,

thereby deriving a monetary  benefit as a result to the detriment of plaintiffs.

Plaintiffs allege moreover that Progressive Company can be, and is, liable for RICO

89 AMENDED RACKETEER INFLUENCED and CORRUPT ORGANIZATIONS ACT OF 1970 [RICO][Title 18 United States Code §§1961, 1962(a), 1962(c), 1962(d), 1964(a), and 1964(b) et.seq.]; *RE*: RICO §1962(d) Conspiracy - *Pinkerton v. United States*, 328 U.S. 640 (1946) – *Pinkerton* Doctrine *RE*:Mediate Causality Predicated RICO §1962(d) Multiple Conspiracy Litigation

1   §1962(d) conspiracy contravention, not only under the principle of respondeat

2   superior, but also because Progressive Casualty not only learned of its employees'

3   illegal acts and failed to take action, but also knowingly, intentionally willfully

4   participated, conspired, aided and abetted, acquiesced, ratified and actively

5   concealed the illegal acts of Progressive Casualty while under a quasi-fiduciary duty

6   owed to Progressive insureds.

7                              *[RICO Recovery]*

8       92.    Plaintiff is  entitled to recover, pursuant to Title 18 United States Code

9   §1964©), treble damages in the amount to be determined by offer of proof at time

10  of trial.  Plaintiffs  are furthermore also entitled to recover attorneys' fees and costs

11  of this litigation, as well as damages arising from lost profits and/or lost business

12  opportunities attributable to the activities engaged in by defendants committed in

13  furtherance of the Racketeer Influenced and Corrupt Organizations Act of 1970

14  ["RICO"][Title 18 U.S.C. §1961 et.seq.].

15  ///

16  ///

17  ///

90 AMENDED RACKETEER INFLUENCED and CORRUPT ORGANIZATIONS ACT OF 1970 [RICO][Title 18 United States Code §§1961, 1962(a), 1962(c), 1962(d), 1964(a), and 1964(b) et.seq.]; *RE*: RICO §1962(d) Conspiracy - *Pinkerton v. United States*, 328 U.S. 640 (1946) – *Pinkerton* Doctrine *RE*:Mediate Causality Predicated RICO §1962(d) Multiple Conspiracy Litigation

1    ***TENTH CLAIM FOR RELIEF***

2    ***[For Contravention of RICO Section 1962(a) of the Racketeer Influenced***

3    ***and Corrupt Organizations Act of 1970]***

4    ***["RICO"]***

5    ***[Title 18 United States Code §1962(a)]***

6    ***[Respondeat Superior\Derivative Liability]***

7    ***[Against Progressive, Only]***

8    93.    For Plaintiffs' Tenth Claim for Relief, plaintiffs reallege and

9    incorporates Paragraph 1 through 27, and each and every claim for relief asserted

10    pursuant to the federal Racketeer Influenced and Corrupt Organizations Act of 1970

11    ["RICO"][Title 18 U.S.C. §§ 1961 et.seq.].

12    ***[RICO Respondeat Superior/Derivative Liability Contentions]***

13    94.    Plaintiffs allege that during and at all times material herein various

14    individuals and persons functioned and served in the capacities of agent, employee,

15    director, designee, officer, co-managing general partner, general partner,

16    representative, managing member, co-managing member, member, and/or servant

17    upon behalf of Progressive, the parent corporation of Progressive Casualty, engaged

18    in the fraudulent and felonious conduct in such representative capacities, and that as

19    a proximate result thereof, the entity derived a benefit thereby.

91 AMENDED RACKETEER INFLUENCED and CORRUPT ORGANIZATIONS ACT OF 1970 [RICO][Title 18 United States Code §§1961, 1962(a), 1962(c), 1962(d), 1964(a), and 1964(b) et.seq.]; ***RE***: RICO §1962(d) Conspiracy - ***Pinkerton v. United States***, 328 U.S. 640 (1946) – ***Pinkerton*** Doctrine ***RE***:Mediate Causality Predicated RICO §1962(d) Multiple Conspiracy Litigation

95.     Plaintiffs allege that Progressive exercised control, management, and/or direction of Progressive Casualty, and the various persons and individuals relative to the complained of fraudulent and felonious activities, with the intent to harm plaintiffs in plaintiffs' business and/or property interests.

96.     Plaintiffs allege that the fraudulent activities engaged in by Progressive Casualty injured and/or damaged plaintiffs' business interests and activities and/or properties in connection with plaintiffs' business activities that affect federal commerce.

97.     Plaintiffs allege that the commission of the afore described extortionate, fraudulent, and criminally felonious activities by said individuals employed by or

associated with Progressive, and therefore Progressive is vicariously and derivatively liable for contravening RICO Section 1962©). Plaintiffs allege moreover that Progressive Company can be, and is, liable for RICO §1962(d) conspiracy contravention, not only under the principle of respondeat superior, but also because Progressive Casualty not only learned of its employees' illegal acts and failed to take action, but also knowingly, intentionally willfully participated, conspired, aided and abetted, acquiesced, ratified and actively concealed the illegal

1   acts of Progressive Casualty while under a quasi-fiduciary duty owed to Progressive

2   insureds.

3        98.    Plaintiffs    further    allege    that    Progressive    ratified,    authorized,

4   acquiesced, and/or consented to the wrongful conduct of certain persons and

5   individuals that proximately caused the injuries sustained by plaintiff to plaintiffs'

6   interests in business and/or property.

7                              *[RICO Recovery]*

8        99.    Plaintiffs are entitled to recover, pursuant to Title 18 United States Code

9   §1964©), treble damages in the amount to be determined by offer of proof at time

10  of trial. Plaintiffs are also entitled to recover attorneys' fees and costs of this

11  litigation, as well as damages arising from lost profits and/or lost business

12  opportunities attributable to the activities engaged in by defendants committed in

13  furtherance of the Racketeer Influenced and Corrupt Organizations Act of 1970

14  ["RICO"][Title 18 U.S.C. § 1961 et.seq.].

15  ///

16  ///

17  ///

93 AMENDED RACKETEER INFLUENCED and CORRUPT ORGANIZATIONS ACT OF
1970 [RICO][Title 18 United States Code §§1961, 1962(a), 1962(c), 1962(d), 1964(a), and
1964(b) et.seq.]; *RE*: RICO §1962(d) Conspiracy - *Pinkerton v. United States*, 328 U.S. 640
(1946) – *Pinkerton* Doctrine *RE*:Mediate Causality Predicated RICO §1962(d) Multiple
Conspiracy Litigation

1    ***ELEVENTH CLAIM FOR RELIEF***

2    ***[For RICO Aiding and Abetting a RICO Section 1962(d) Conspiracy***

3    ***Contravention of RICO Section 1962(a) of the Racketeer Influenced and***

4    ***Corrupt Organizations Act of 1970]***

5    ***["RICO"]***

6    ***[Title 18 United States Code §§ 2(a)-(b) and §§1962(a)-1962(d)]***

7    ***[Against All Defendants]***

8    100.  For Plaintiffs' Eleventh Claim for Relief, plaintiffs reallege and

9    incorporate Paragraphs 1 through 27, and each and every claim for relief asserted

10    pursuant to the federal Racketeer Influenced and Corrupt Organizations Act of 1970

11    ["RICO"][Title 18 U.S.C. §§ 1961 et.seq.].

12    101.  Plaintiffs allege that defendants employed the federal mails and/or

13    federal interstate wires, as well as engaged in racketeering activity as alleged herein,

14    to aid and abet the primary RICO § 1962(a) contraventions committed by defendants

15    and other RICO persons unknown to plaintiffs as alleged herein above.

16    102.  Plaintiffs allege that the defendants were knowledgeable and aware of

17    the commission of the primary RICO contraventions committed, and those

18    defendants substantially assisted in the commission of the primary RICO

1  contraventions, thereby deriving a monetary benefit as a result to the detriment of

2  plaintiffs.

3       103.   Plaintiffs allege that defendants aided and abetted a RICO Section

4  1962(d) conspiracy between said defendants to contravene RICO Section 1962(a) to

5  injure and/or damage Plaintiffs' interests in business and/or property. Plaintiffs allege

6  moreover that Progressive Company can be, and is, liable for RICO §1962(d)

7  conspiracy contravention, not only under the principle of respondeat superior, but

8  also because Progressive Casualty not only learned of its employees' illegal acts and

9  failed to take action, but also knowingly, intentionally willfully participated,

10  conspired, aided and abetted, acquiesced, ratified and actively concealed the illegal

11  acts of Progressive Casualty while under a quasi-fiduciary duty owed to Progressive

12  insureds.

13       ///

14       ///

15       ///

16       ///

17       ///

95 AMENDED RACKETEER INFLUENCED and CORRUPT ORGANIZATIONS ACT OF 1970 [RICO][Title 18 United States Code §§1961, 1962(a), 1962(c), 1962(d), 1964(a), and 1964(b) et.seq.]; _RE_: RICO §1962(d) Conspiracy - *Pinkerton v. United States*, 328 U.S. 640 (1946) – *Pinkerton* Doctrine _RE_:Mediate Causality Predicated RICO §1962(d) Multiple Conspiracy Litigation

1            *[RICO Recovery]*

2            104.    Plaintiffs are entitled to recover, pursuant to Title 18 United States Code

3    §1964©), treble damages in the amount to be determined by offer of proof at time

4    of trial. Plaintiffs are also entitled to recover attorneys' fees and costs of this

5    litigation, as well as damages arising from lost profits and/or lost business

6    opportunities attributable to the activities engaged in by defendants committed in

7    furtherance of the Racketeer Influenced and Corrupt Organizations Act of 1970

8    ["RICO"] [Title 18 U.S.C. §1961 et.seq.].

9    ///

10   ///

11   ///

12   ///

13   ///

14   ///

15   ///

16   ///

96 AMENDED RACKETEER INFLUENCED and CORRUPT ORGANIZATIONS ACT OF
1970 [RICO][Title 18 United States Code §§1961, 1962(a), 1962(c), 1962(d), 1964(a), and
1964(b) et.seq.]; **RE**: RICO §1962(d) Conspiracy - ***Pinkerton v. United States***, 328 U.S. 640
(1946) – ***Pinkerton*** Doctrine **RE**:Mediate Causality Predicated RICO §1962(d) Multiple
Conspiracy Litigation

*TWELFTH CLAIM FOR RELIEF*

*[For Commission of Conspiratorial Contravention of RICO Section 1962(a) of*

*the Racketeer Influenced and Corrupt Organizations Act of 1970]*

*["RICO"]*

*[Title 18 United States Code §1962(a)]*

*[RE: RICO Section 1962(d)\Pinkerton Doctrine]*

*[RE: Pinkerton, v. United States, 328 U.S. 640 (1946)*

*and*

*Salinas, v. United States, 522 U.S. 52 (1997) Conspiratorial Liability]*

*[Against All Defendants RICO Intra-Corporate Conspiracy]*

105. For Plaintiffs' Twelfth Claim for Relief, plaintiffs reallege and incorporate Paragraphs 1 through 27, and each and every claim for relief asserted pursuant to the federal Racketeer Influenced and Corrupt Organizations Act of 1970["RICO"][Title 18 U.S.C. §§ 1961 et.seq.].

*[RICO §1962(d) Conspiratorial Liability Contentions]*

106. Plaintiffs allege that commencing in September, 2020, and during and at all times material herein thereafter, defendants mutually agreed to engage in the aforementioned racketeering activities and/or wrongful conduct giving rise to the RICO Section 1962(a) contraventions, that the objective of that mutual agreement was to injure, damage, and/or destroy plaintiffs' interests in business and/or property,

1  and that such conspiratorial conduct constitutes contravention of RICO Section

2  1962(d).

3      107.  Plaintiffs allege that defendants employed the federal mails and/or

4  federal interstate wires, as well as engaged in racketeering activity as alleged herein,

5  to aid and abet the primary RICO § 1962(a) contraventions committed by defendants

6  and other RICO persons unknown to plaintiff as alleged herein above.

7      108.  Plaintiffs allege that the defendants were knowledgeable and aware of

8  the commission of the primary RICO contraventions committed, and that defendants

9  substantially assisted in the commission of the primary RICO contraventions,

10  thereby deriving a monetary benefit as a result to the detriment of plaintiffs.

11      109.  Plaintiffs allege that defendants aided and abetted a RICO Section

12  1962(d) conspiracy between said defendants to contravene RICO Section 1962(a) to

13  injure and/or damage Plaintiffs' interests in business and/or property. Plaintiffs

14  allege moreover that Progressive Company can be, and is, liable for RICO §1962(d)

15  conspiracy contravention, not only under the principle of respondeat superior, but

16  also because Progressive Casualty not only learned of its employees' illegal acts and

17  failed to take action, but also knowingly, intentionally willfully participated,

98 AMENDED RACKETEER INFLUENCED and CORRUPT ORGANIZATIONS ACT OF 1970 [RICO][Title 18 United States Code §§1961, 1962(a), 1962(c), 1962(d), 1964(a), and 1964(b) et.seq.]; **_RE_**: RICO §1962(d) Conspiracy - **_Pinkerton v. United States_**, 328 U.S. 640 (1946) – **_Pinkerton_** Doctrine **_RE_**:Mediate Causality Predicated RICO §1962(d) Multiple Conspiracy Litigation

1    conspired, aided and abetted, acquiesced, ratified and actively concealed the illegal

2    acts of Progressive Casualty while under a quasi-fiduciary duty owed to Progressive

3    insureds.

4        110.    Plaintiffs allege that defendants are conspiratorially liable under

5    application of the ***Pinkerton*** Doctrine [***Pinkerton, v. United States***, 328 U.S. 640

6    (1946) and ***Salinas, v. United States***, 522 U.S. 52 (1997)] for the commission of the

7    substantive RICO Section 1962((a) contraventions committed by defendants

8    inasmuch as:

9        A.    Defendants engaged in the fraudulent activities that constitute the

10            RICO §1961(5) pattern of racketeering activity;

11        B.    Defendants are members of the RICO §1962(d) conspiracy

12            designed and intended to contravene RICO § 1962(a);

13        C.    Defendants engaged in activities in furtherance of advancing and

14            promoting the RICO §1962(d) conspiracy designed and intended

15            to contravene RICO § 1962(a);

16        D.    Defendants are members of the RICO §1962(d) conspiracy at

17            and during the time frame the fraudulent and extortionate

1    activities were committed that constitute the RICO §1961(5)

2    pattern of racketeering activity; and,

3    E.    The offense fell within the scope of the unlawful agreement and

4    could reasonably have been foreseen to be a necessary or natural

5    consequence of the unlawful agreement.

6    *[RICO Recovery]*

7    111.    Plaintiffs are entitled to recover, pursuant to Title 18 United States Code

8    §1964©), treble damages in the amount to be determined by offer of proof at time

9    of trial. Plaintiffs are also entitled to recover attorneys' fees and costs of this

10    litigation, as well as damage arising from lost profits and/or lost business

11    opportunities attributable to the activities engaged in by defendants committed in

12    furtherance of the Racketeer Influenced and Corrupt Organizations Act of 1970

13    ["RICO"] [Title 18 U.S.C. §1961 et.seq.].

14    ///

15    ///

16    ///

1      ***THIRTEENTH CLAIM FOR RELIEF***

2    ***[For Commission of Conspiratorial Contravention of RICO Section 1962(a) of***

3       ***the Racketeer Influenced and Corrupt Organizations Act of 1970]***

4       ***["RICO"] RE: RICO §1962(d) Conspiracy to Commit RICO Aiding and***

5                          ***Abetting***

6                ***[Title 18 United States Code §1962(a)]***

7              ***[RE: RICO Section 1962(d)\Pinkerton Doctrine]***

8          ***[RE: Pinkerton, v. United States, 328 U.S. 640 (1946)***

9                            ***and***

10   ***Salinas, v. United States, 522 U.S. 52 (1997) Conspiratorial Liability]***

11                 ***[Against All Defendants]***

12      112.  For Plaintiffs' Thirteenth Claim for Relief, plaintiffs reallege and

13   incorporate Paragraph 1 through 27, and each and every claim for relief asserted

14   pursuant to the federal Racketeer Influenced and Corrupt Organizations Act of 1970

15   ["RICO"][Title 18 U.S.C. §§ 1961 et.seq.].

16                 ***[RICO Conspiratorial Liability Contentions]***

17      113.  Plaintiffs allege that commencing in September 2020, and during and

18   at all times material herein thereafter, defendants mutually agreed to engage in the

19   aforementioned racketeering activities and/or wrongful conduct giving rise to the

20   RICO Section 1962(a) contraventions, that the objective of that mutual agreement

1    was to destroy plaintiff's interests in business and/or property, and that such RICO

2    conspiratorial conduct constitutes contravention of RICO Section 1962(d). Plaintiffs

3    allege moreover that Progressive Company can be, and is, liable for RICO §1962(d)

4    conspiracy contravention, not only under the principle of respondeat superior, but

5    also because Progressive Casualty not only learned of its employees' illegal acts and

6    failed to take action, but also knowingly, intentionally willfully participated,

7    conspired, aided and abetted, acquiesced, ratified and actively concealed the illegal

8    acts of Progressive Casualty while under a quasi-fiduciary duty owed to Progressive

9    insureds.

10    114.    Plaintiffs allege that the defendants employed the federal mails and/or

11    federal interstate wires, as well as engaged in racketeering activity as alleged herein,

12    to aid and abet the primary RICO § 1962(a) contraventions committed by defendants

13    as alleged herein above.

14    115.    Plaintiffs allege that defendants were knowledgeable and aware of the

15    commission of the primary RICO contraventions committed, and that said

16    defendants substantially assisted in the commission of the primary RICO

1    contraventions by defendants, thereby deriving a monetary benefit as a result to the

2    detriment of plaintiffs.

3    116.    Plaintiffs allege that defendants are conspiratorially liable under

4    application of the *Pinkerton* Doctrine [*Pinkerton, v. United States*, 328 U.S. 640

5    (1946) and *Salinas, v. United States*, 522 U.S. 52 (1997)] for the substantive RICO

6    Section 1962(a) contraventions committed by defendants inasmuch as:

7    A.    Defendants engaged in the fraudulent activities that constitute the
8          RICO §1961(5) pattern of racketeering activity;

9    B.    Defendants are members of the RICO §1962(d) conspiracy
10         designed and intended to contravene RICO § 1962(a);

11   C.    Defendants engaged in activities in furtherance of advancing
12         and promoting the RICO §1962(d) conspiracy designed and
13         intended to contravene RICO § 1962(a);

14   D.    Defendants are members of the RICO §1962(d) conspiracy

1    at and during the time frame the fraudulent activities were

2    committed that constitute the RICO §1961(5) pattern of

3    racketeering activity; and,

4    E.    The offense fell within the scope of the unlawful agreement

5    and could reasonably have been foreseen to be a necessary or

6    natural consequence of the unlawful agreement.

7    *[RICO Recovery]*

8    117.    Plaintiffs are entitled to recover, pursuant to Title 18 United States Code

9    §1964©), treble damages in the amount to be determined by offer of proof at time

10    of trial. Plaintiffs are also entitled to recover attorneys' fees and costs of this

11    litigation, as well as damages arising from lost profits and/or lost business

12    opportunities attributable to the activities engaged in by defendants committed in

13    furtherance of the Racketeer Influenced and Corrupt Organizations Act of 1970

14    ["RICO"] [Title 18 U.S.C. §1961 et.seq.].

15    ///

16    ///

17    ///

104 AMENDED RACKETEER INFLUENCED and CORRUPT ORGANIZATIONS ACT OF 1970 [RICO][Title 18 United States Code §§1961, 1962(a), 1962(c), 1962(d), 1964(a), and 1964(b) et.seq.]; ___RE___: RICO §1962(d) Conspiracy - *Pinkerton v. United States*, 328 U.S. 640 (1946) – *Pinkerton* Doctrine ___RE___:Mediate Causality Predicated RICO §1962(d) Multiple Conspiracy Litigation

1    *VIII.*

2    *RICO §1962(d) CONSPIRACY PREMISED AND PREDICATED CLAIMS*
3    *ADVANCED THROUGH INVOCATION OF THE CONCEPT OF MEDIATE*
4    *CAUSATION and THE <u>PINKERTON</u> DOCTRINE*

5    *FOURTEENTH CLAIM FOR RELIEF*

6    *[For Commission of Conspiratorial Contravention of RICO Section 1962(a)) of*

7    *the Racketeer Influenced and Corrupt Organizations Act of 1970]*

8    *["RICO"][Title 18 United States Code §1962(a)]*

9    *RE: <u>Mediate Causation</u>*

10    *[RE: RICO Section 1962(d)\Pinkerton Doctrine]*

11    *[RE: Pinkerton, v. United States, 328 U.S. 640 (1946)*

12    *and*

13    *Salinas, v. United States, 522 U.S. 52 (1997) Conspiratorial Liability]*

14    *[Against All Defendants RICO <u>Intra-Corporate</u> Conspiracy]*

15    118.    For Plaintiffs' Fourteenth Claim for Relief, plaintiffs reallege and

16    incorporate Paragraphs 1 through 27, and each and every claim for relief asserted

17    pursuant to the federal Racketeer Influenced and Corrupt Organizations Act of 1970

18    ["RICO"][Title 18 U.S.C. §§ 1961 et.seq.].

19    *[RICO §1962(d) Conspiratorial Liability Contentions]*

20    119.    Plaintiffs allege that commencing in September 2020, and during and

21    at all times material herein thereafter, defendants mutually agreed to engage in the

105 AMENDED RACKETEER INFLUENCED and CORRUPT ORGANIZATIONS ACT OF
1970 [RICO][Title 18 United States Code §§1961, 1962(a), 1962(c), 1962(d), 1964(a), and
1964(b) et.seq.]; *<u>RE</u>*: RICO §1962(d) Conspiracy - *Pinkerton v. United States*, 328 U.S. 640
(1946) – *Pinkerton* Doctrine *<u>RE</u>*:Mediate Causality Predicated RICO §1962(d) Multiple
Conspiracy Litigation

1  aforementioned racketeering activities and/or wrongful conduct giving rise to the

2  RICO Section 1962(a) contraventions, that the objective of that mutual agreement

3  was to injure, damage, and/or destroy plaintiffs' interests in business and/or property,

4  and that such conspiratorial conduct constitutes contravention of RICO Section

5  1962(d).

6       120.    Plaintiffs allege that defendants employed the federal mails and/or

7  federal interstate wires, as well as engaged in racketeering activity as alleged herein,

8  to aid and abet the primary RICO § 1962(a) contraventions committed by defendants

9  and other RICO persons unknown to plaintiff as alleged herein above. Plaintiffs

10  allege moreover that Progressive Company can be, and is, liable for RICO §1962(d)

11  conspiracy contravention, not only under the principle of respondeat superior, but

12  also because Progressive Casualty not only learned of its employees' illegal acts and

13  failed to take action, but also knowingly, intentionally willfully participated,

14  conspired, aided and abetted, acquiesced, ratified and actively concealed the illegal

15  acts of Progressive Casualty while under a quasi-fiduciary duty owed to Progressive

16  insureds.

17  ///

106 AMENDED RACKETEER INFLUENCED and CORRUPT ORGANIZATIONS ACT OF 1970 [RICO][Title 18 United States Code §§1961, 1962(a), 1962(c), 1962(d), 1964(a), and 1964(b) et.seq.]; *RE*: RICO §1962(d) Conspiracy - *Pinkerton v. United States*, 328 U.S. 640 (1946) – *Pinkerton* Doctrine *RE*:Mediate Causality Predicated RICO §1962(d) Multiple Conspiracy Litigation

1    121.   Plaintiffs allege that the defendants were knowledgeable and aware of

2  the commission of the primary RICO contraventions committed, and that defendants

3  substantially assisted in the commission of the primary RICO contraventions,

4  thereby deriving a monetary benefit as a result to the detriment of plaintiffs.

5    122.   Plaintiffs allege that defendants aided and abetted a RICO Section

6  1962(d) conspiracy between said defendants to contravene RICO Section 1962(a) to

7  injure and/or damage Plaintiffs' interests in business and/or property.

8  ***[Mediate Causation Predicated Affiliative Conspiratorial Liability and <u>Pinkerton</u>***

9  ***Doctrine Applicability]***

10    123.   Plaintiffs allege that during all times material herein that defendants,

11  acting in concert with each other, and acting with persons unknown, engaged in

12  conspiratorial activities designed, formulated, intended, and executed to achieve

13  their conspiratorial objective as alleged herein.

14    124.   Plaintiffs allege that the affiliative associational collaborative concerted

15  actions of defendants, and those acting with defendants unknown to plaintiffs, are

16  conspiratorially liable, jointly and severally, by invocation and application of the

17  concept of mediate causation.

1    124A.        Plaintiffs allege that defendants are conspiratorially liable for

2   contravention of RICO §1962(d) by application and invocation of mediate causation.

3   Plaintiffs allege that "mediate causation" denotes instances in which an individual's

4   actions can be deemed to have exerted some causal effect upon another's conduct.

5   It resolves the problem of attempting to identify the extent to which one person's

6   acts actually affected another's conduct by making it possible, under certain

7   circumstances, to assume a causal effect that is sufficient to support imposition of

8   criminal liability.

9    124B.        Plaintiffs that defendants are conspiratorially liable for

10   contravention of RICO §1962(d) by application of and by invocation investing the

11   concept of mediate causation. Plaintiffs furthermore allege that the concerted,

12   orchestrated, and coordinated activities and conduct of these RICO defendants

13   exerted a causal effect on another's conduct.  Application of this conception of

14   causation avoids the difficult task of specifying the actual effect such acts had on

15   another's conduct by making it possible to assume a causal effect sufficient to

16   support liability.  The result is the imposition of RICO § 1962(d) conspiratorial

17   criminal liability that comports with traditional requirements by including the

18   element of demonstrable personal fault.

108 AMENDED RACKETEER INFLUENCED and CORRUPT ORGANIZATIONS ACT OF
1970 [RICO][Title 18 United States Code §§1961, 1962(a), 1962(c), 1962(d), 1964(a), and
1964(b) et.seq.]; *RE*: RICO §1962(d) Conspiracy - *Pinkerton v. United States*, 328 U.S. 640
(1946) – *Pinkerton* Doctrine *RE*:Mediate Causality Predicated RICO §1962(d) Multiple
Conspiracy Litigation

125.   Plaintiffs allege that defendants are conspiratorially liable for contravention of the RICO §1962(d) conspiratorial prohibition arising from contravention of RICO §1962(a), by and through application of mediate causation.

126.   Plaintiffs allege that defendants are conspiratorially liable under application of the ***Pinkerton*** Doctrine [***Pinkerton, v. United States***, 328 U.S. 640 (1946) and ***Salinas v. United States***, 522 U.S. 52 (1997)] for the commission of the substantive RICO Section 1962(a) contraventions committed by defendants inasmuch as:

A.    Defendants engaged in the fraudulent activities that constitute the RICO §1961(5) pattern of racketeering activity;

B.    Defendants are members of the RICO §1962(d) conspiracy designed and intended to contravene RICO § 1962(a);

C.    Defendants engaged in activities in furtherance of advancing and promoting the RICO §1962(d) conspiracy designed and intended to contravene RICO § 1962(a);

D.    Defendants are members of the RICO §1962(d) conspiracy at and during the time frame the fraudulent and extortionate

1    activities were committed that constitute the RICO §1961(5)

2    pattern of racketeering activity; and,

3    E.    The offense fell within the scope of the unlawful agreement and

4    could reasonably have been foreseen to be a necessary or natural

5    consequence of the unlawful agreement.

6    *[RICO Recovery]*

7    127.   Plaintiffs are entitled to recover, pursuant to Title 18 United States Code

8    §1964©), treble damages in the amount to be determined by offer of proof at time

9    of trial. Plaintiffs are also entitled to recover attorneys' fees and costs of this

10   litigation, as well as damages arising from lost profits and/or lost business

11   opportunities attributable to the activities engaged in by defendants committed in

12   furtherance of the Racketeer Influenced and Corrupt Organizations Act of 1970

13   ["RICO"] [Title 18 U.S.C. §1961 et.seq.].

14   ///

15   ///

16   ///

110 AMENDED RACKETEER INFLUENCED and CORRUPT ORGANIZATIONS ACT OF 1970 [RICO][Title 18 United States Code §§1961, 1962(a), 1962(c), 1962(d), 1964(a), and 1964(b) et.seq.]; __*RE*__: RICO §1962(d) Conspiracy - ***Pinkerton v. United States***, 328 U.S. 640 (1946) – ***Pinkerton*** Doctrine __*RE*__:Mediate Causality Predicated RICO §1962(d) Multiple Conspiracy Litigation

1

*FIFTEENTH CLAIM FOR RELIEF*

2

*[For Immediate Entry of RICO Declaratory Judgment Relief Pursuant RICO*

3

*Sections 1964(a)-(b) of the Racketeer Influenced and Corrupt Organizations Act*

4

*of 1970] ["RICO"]*

5

*[Title 18 United States Code §§ 1964(a)-(b)]*

6
7

*[For Imposition of Constructive Trust, Divestiture, Accounting, Disgorgement,*
*Accounting, and Unjust Enrichment]*

8

*[Against All Defendants]*

9    128.   Plaintiffs, for a Fifteenth Claim for Relief, reallege and incorporate

10   herein Paragraphs 1 through 27, and incorporates each and every claim for relief

11   advanced under the federal Racketeer Influenced and Corrupt Organizations Act of

12   1970 ["RICO"] [Title 18 United States Code §§ 1961 et.seq.].

13    129.   Plaintiffs allege that an actual controversy has arisen and now exists

14   between plaintiffs and defendants pertaining and/or materially relating to the legal

15   rights and duties of the plaintiffs and said defendants arising from the activities of

16   said defendants committed as alleged herein above. Plaintiffs allege moreover that

17   Progressive Company can be, and is, liable for RICO §1962(d) conspiracy

18   contravention, not only under the principle of respondeat superior, but also because

19   Progressive Casualty not only learned of its employees' illegal acts and failed to take

20   action, but also knowingly, intentionally willfully participated, conspired, aided and

1    abetted, acquiesced, ratified and actively concealed the illegal acts of Progressive

2    Casualty while under a quasi-fiduciary duty owed to Progressive insureds.

3    130.   Plaintiffs allege that entry of a declaratory judgment is necessary

4    inasmuch as    plaintiffs contend, and that defendants deny, liability to plaintiffs as

5    alleged above.

6    131.   Plaintiffs respectfully petition this Honourable Court to enter

7    appropriate declaratory judgment relief against the afore identified defendants as

8    follows:

9        A.    That this Honourable Court declare that defendants be

10             declared derivatively and vicariously liable for the conduct of

11             each other as RICO §1962(d) co-conspirators and as RICO aiders

12             and abettors, as alleged within the complaint.

13       B.    That this Honourable Court declares that defendants owe

14             plaintiffs the monies plaintiffs allege defendants fraudulently,

15             criminally, wrongfully, and falsely obtained and received from

16             plaintiffs as alleged herein above.

C.    That this Honourable Court declare that defendants engaged in a course of conduct and a pattern of practice constituting in contravention of, *inter alia*, Title 18 U.S.C. §1346, **_RE_**: intangible personal property right to receive rendition of honest services for purposes of title 18 U.S.C. §§ 1341 and 1343.

D.    That this Honourable Court enter appropriate orders, decrees and judgments judicially declaring and judicially imposing a constructive trust, commanding an accounting, disgorgement, divestiture and refunding wrongfully obtained monies under unjust enrichment

132.   Plaintiffs further request recovery of attorneys' fees and costs incurred herein in connection with prosecuting this claim.

133   Plaintiffs respectfully petition this Honourable Court for entry of appropriate declaratory judgment and appropriate orders consistent with the judicial declaration of rights pursuant to RICO §§ 1964(a)-(b).

134.   Plaintiffs respectfully petition this Honourable Court for entry of appropriate declaratory judgment and appropriate orders consistent with the judicial declaration of rights pursuant to federal Declaratory Judgment Act of 1946 for entry

113 AMENDED RACKETEER INFLUENCED and CORRUPT ORGANIZATIONS ACT OF 1970 [RICO][Title 18 United States Code §§1961, 1962(a), 1962(c), 1962(d), 1964(a), and 1964(b) et.seq.]; **_RE_**: RICO §1962(d) Conspiracy - *Pinkerton v. United States*, 328 U.S. 640 (1946) – *Pinkerton* Doctrine **_RE_**:Mediate Causality Predicated RICO §1962(d) Multiple Conspiracy Litigation

1    of appropriate and necessary federal declaratory judgment relief under Title 28

2    United States Code §§ 2201-2202.

3                              *[RICO Declaratory Relief]*

4         135.   Plaintiffs are entitled to entry of RICO declaratory judgment relief as

5    petitioned herein above, pursuant to Title 18 United States Code §§1964(a)-(b).

6    Plaintiffs are also entitled to recover attorneys' fees, expenses, charges, and costs

7    incurred in connection with the prosecution of this litigation, as well as damages

8    arising from lost profits and/or lost business opportunities, pursuant to Title 18

9    United States Code §§1964©), attributable to the activities engaged in by defendants

10   committed in furtherance of the Racketeer Influenced and Corrupt Organizations Act

11   of 1970 ["RICO"][Title 18 U.S.C. §§1961 et.seq.].

12   ///

13   ///

14   ///

15   ///

16   ///

17   ///

114 AMENDED RACKETEER INFLUENCED and CORRUPT ORGANIZATIONS ACT OF
1970 [RICO][Title 18 United States Code §§1961, 1962(a), 1962(c), 1962(d), 1964(a), and
1964(b) et.seq.]; **RE**: RICO §1962(d) Conspiracy - ***Pinkerton v. United States***, 328 U.S. 640
(1946) – ***Pinkerton*** Doctrine **RE**:Mediate Causality Predicated RICO §1962(d) Multiple
Conspiracy Litigation

***SIXTEENTH CLAIM FOR RELIEF***

***[For Immediate Entry of Federal Declaratory Judgment Relief Pursuant to the***

***Federal Declaratory Judgment Act of 1946]***

***[Title 28 U.S.C.§§ 2201-2202]***

***[Against All Defendants]***

136.   Plaintiffs, for a Sixteenth Claim for Relief, reallege and incorporate herein Paragraphs 1 through 27, and incorporates each and every claim for relief advanced under the federal Racketeer Influenced and Corrupt Organizations Act of 1970 ["RICO"][Title 18 United States Code §§ 1961 et.seq.].

137.   Plaintiffs allege that an actual controversy has arisen and now exists between plaintiffs and defendants pertaining and/or materially relating to the legal rights and duties of the plaintiffs and said defendants arising from the activities of said defendants committed as alleged herein above. Plaintiffs allege moreover that Progressive Company can be, and is, liable for RICO §1962(d) conspiracy contravention, not only under the principle of respondeat superior, but also because Progressive Casualty not only learned of its employees' illegal acts and failed to take action, but also knowingly, intentionally willfully participated, conspired, aided and abetted, acquiesced, ratified and actively concealed the illegal acts of Progressive Casualty while under a quasi-fiduciary duty owed to Progressive insureds.

115 AMENDED RACKETEER INFLUENCED and CORRUPT ORGANIZATIONS ACT OF 1970 [RICO][Title 18 United States Code §§1961, 1962(a), 1962(c), 1962(d), 1964(a), and 1964(b) et.seq.]; **_RE_**: RICO §1962(d) Conspiracy - ***Pinkerton v. United States***, 328 U.S. 640 (1946) – ***Pinkerton*** Doctrine **_RE_**:Mediate Causality Predicated RICO §1962(d) Multiple Conspiracy Litigation

1    138.   Plaintiffs allege that entry of a declaratory judgment is necessary

2   inasmuch as   plaintiffs contend, and that defendants deny, liability to plaintiffs as

3   alleged above.

4    139.  Plaintiffs respectfully petition this Honourable Court to enter

5   appropriate declaratory judgment relief against the afore identified defendants as

6   follows:

7    A.    That this Honourable Court declare that defendants be

8          declared derivatively and vicariously liable for the conduct of

9          each other as RICO §1962(d) co-conspirators and as RICO aiders

10          and abettors, as alleged within the complaint.

11    B.    That this Honourable Court declares that defendants owe

12          plaintiffs the monies plaintiffs allege defendants fraudulently,

13          criminally, wrongfully, and falsely obtained and received from

14          plaintiffs as alleged herein above.

15    C.    That this Honourable Court declare that defendants engaged in a

16          course of conduct and a pattern of practice constituting in

17          contravention of, inter alia, Title 18 U.S.C. §1346, RE: intangible

1    personal property right to receive rendition of honest services for

2    purposes of title 18 U.S.C. §§ 1341 and 1343.

3    D.    That this Honourable Court enter appropriate orders, decrees and

4    judgments judicially declaring and judicially imposing a

5    constructive trust, commanding an accounting, disgorgement,

6    divestiture and refunding wrongfully obtained monies under

7    unjust enrichment

8    140.    Plaintiffs further request recovery of attorneys' fees and costs incurred

9    herein in connection with prosecuting this claim.

10    ///

11    ///

12    ///

13    ///

14    ///

15    ///

16    ///

1   141.   Plaintiffs respectfully petition this Honourable Court for entry of

2   appropriate declaratory judgment and appropriate orders consistent with the judicial

3   declaration of rights pursuant to federal Declaratory Judgment Act of 1946 for entry

4   of appropriate and necessary federal declaratory judgment relief under Title 28

5   United States Code §§ 2201-2202.

6   142.   Plaintiffs respectfully petition this Honourable Court for entry of

7   appropriate declaratory judgment and appropriate orders consistent with the judicial

8   declaration of rights pursuant to RICO §§ 1964(a)-(b).

9   ///

10  ///

11  ///

12  ///

13  ///

14  ///

15  ///

16  ///

118 AMENDED RACKETEER INFLUENCED and CORRUPT ORGANIZATIONS ACT OF
1970 [RICO][Title 18 United States Code §§1961, 1962(a), 1962(c), 1962(d), 1964(a), and
1964(b) et.seq.]; *RE*: RICO §1962(d) Conspiracy - *Pinkerton v. United States*, 328 U.S. 640
(1946) – *Pinkerton* Doctrine *RE*:Mediate Causality Predicated RICO §1962(d) Multiple
Conspiracy Litigation

*SEVENTEENTH CLAIM FOR RELIEF*

*[For Commission of Conspiratorial Contravention of RICO Section 1962©) of*

*the Racketeer Influenced and Corrupt Organizations Act of 1970]*

*["RICO"] [Title 18 United States Code §1962©)]*

*RE: RICO §1962(d) Conspiracy to Conceal*

*[RE: RICO Section 1962(d)\Pinkerton Doctrine]*

*[RE: Pinkerton, v. United States, 328 U.S. 640 (1946)*

*and*

*Salinas, v. United States, 522 U.S. 52 (1997) Conspiratorial Liability]*

*[Against All Defendants]*

143.   For Plaintiffs' Seventeenth Claim for Relief, plaintiffs reallege and incorporate Paragraphs 1 through 27, and each and every claim for relief asserted pursuant to the federal Racketeer Influenced and Corrupt Organizations Act of 1970 ["RICO"][Title 18 U.S.C. §§ 1961 et.seq.].

*[RICO §1962(d) Conspiratorial Liability Concealment Contentions]*

144.   Plaintiffs allege that commencing in September 2020, and during and at all times material herein thereafter, defendants mutually agreed to engage in the aforementioned racketeering activities and/or wrongful conduct giving rise to the RICO Section 1962©) contraventions, that the objective of that mutual agreement

1   was to injure, damage, and/or destroy plaintiffs' interests in business and/or property,

2   and that such conspiratorial conduct constitutes contravention of RICO Section

3   1962(d). Plaintiffs furthermore allege that defendants consummated a RICO

4   §1962(d) conspiracy to conceal from detection and conceal for discovery the

5   underlying motivation animating and advancing a conspiracy to initiate, formulate,

6   design, intend, generate, implement and execute a multifaceted, multidimensional

7   artifice and scheme to defraud similarly situated Progressive Casualty insureds in

8   the manner plaintiffs were victimized and injured in their interests in business and/or

9   property: feloniously, criminally, wrongly and fraudulently obtain monies from

10  victims for motor vehicle insurance coverage on motor vehicles previously

11  destroyed and completely damaged while summarily declining property damage

12  claim submissions.

13      145.   Plaintiffs allege that defendants employed the federal mails and/or

14  federal interstate wires, as well as engaged in racketeering activity as alleged herein,

15  to aid and abet the primary RICO § 1962© contraventions committed by defendants

16  and other RICO persons unknown to plaintiff as alleged herein above.

17  ///

120 AMENDED RACKETEER INFLUENCED and CORRUPT ORGANIZATIONS ACT OF 1970 [RICO][Title 18 United States Code §§1961, 1962(a), 1962(c), 1962(d), 1964(a), and 1964(b) et.seq.]; *RE*: RICO §1962(d) Conspiracy - *Pinkerton v. United States*, 328 U.S. 640 (1946) – *Pinkerton* Doctrine *RE*:Mediate Causality Predicated RICO §1962(d) Multiple Conspiracy Litigation

1    146.   Plaintiffs allege that the defendants were knowledgeable and aware of

2    the commission of the primary RICO contraventions committed, and that defendants

3    substantially assisted in the commission of the primary RICO contraventions,

4    thereby deriving a monetary benefit as a result to the detriment of plaintiffs.

5    Plaintiffs furthermore allege that defendants concerted conspiratorial activities and

6    inimical conduct to affirmatively conceal from detection and discovery the

7    underlying motive for the creation and maintenance of the artifice and scheme to

8    defraud Progressive Casualty insureds was to retain monies illegally and criminally

9    obtained and refuse to otherwise account therefore those monies by refunding those

10   monies to the insured victims.

11   147.   Plaintiffs allege that defendants aided and abetted a RICO Section

12   1962(d) conspiracy between said defendants to contravene RICO Section 1962©) to

13   injure and/or damage Plaintiffs' interests in business and/or property.

14   ***[Mediate Causation Predicated Affiliative Conspiratorial Liability and <u>Pinkerton</u>***
15   ***<u>Doctrine Applicability</u>]***

16   148.   Plaintiffs allege that during all times material herein that defendants,

17   acting in concert with each other, and acting with unknown persons, engaged in

18   conspiratorial activities designed, formulated, intended, and executed to achieve

19   their conspiratorial objective as alleged herein.

121 AMENDED RACKETEER INFLUENCED and CORRUPT ORGANIZATIONS ACT OF
1970 [RICO][Title 18 United States Code §§1961, 1962(a), 1962(c), 1962(d), 1964(a), and
1964(b) et.seq.]; <u>**RE**</u>: RICO §1962(d) Conspiracy - ***Pinkerton v. United States***, 328 U.S. 640
(1946) – ***Pinkerton*** Doctrine <u>**RE**</u>:Mediate Causality Predicated RICO §1962(d) Multiple
Conspiracy Litigation

149.   Plaintiffs allege that the affiliative associational collaborative concerted actions of defendants, and those acting with defendants unknown to plaintiffs, are conspiratorially liable, jointly and severally, by invocation and application of the concept of mediate causation. Plaintiffs allege moreover that Progressive Company can be, and is, liable for RICO §1962(d) conspiracy contravention, not only under the principle of respondeat superior, but also because Progressive Casualty not only learned of its employees' illegal acts and failed to take action, but also knowingly, intentionally willfully participated, conspired, aided and abetted, acquiesced, ratified and actively concealed the illegal acts of Progressive Casualty while under a quasi-fiduciary duty owed to Progressive insureds.

150.   Plaintiffs allege that defendants are conspiratorially liable for contravention of RICO §1962(d) by application and invocation of the concept of mediate causation. Plaintiffs allege that "mediate causation" denotes instances in which an individual's actions can be deemed to have exerted some causal effect upon another's conduct.  It resolves the problem of attempting to identify the extent to which one person's acts actually affected another's conduct by making it possible, under certain circumstances, to assume a causal effect that is sufficient to support imposition of criminal liability.

151. Plaintiffs allege that defendants are conspiratorially liable for contravention of RICO §1962(d) by application of and by invocation investing the concept of mediate causation. Plaintiffs furthermore allege that the concerted, orchestrated, and coordinated activities and conduct of these RICO defendants exerted a causal effect on another's conduct. Application of this conception of causation avoids the difficult task of specifying the actual effect such acts had on another's conduct by making it possible to assume a causal effect sufficient to support liability. The result is the imposition of RICO § 1962(d) conspiratorial criminal liability that comports with traditional requirements by including the element of demonstrable personal fault.

152. Plaintiffs allege that defendants are conspiratorially liable for contravention of the RICO §1962(d) conspiratorial prohibition arising from contravention of RICO §1962(c), by and through application of mediate causation.

153. Plaintiffs allege that defendants are conspiratorially liable under application of the **Pinkerton** Doctrine [**Pinkerton, v. United States**, 328 U.S. 640 (1946) and **Salinas v. United States**, 522 U.S. 52 (1997)] for the commission of the substantive RICO Section 1962©) contraventions committed by defendants inasmuch as:

123 AMENDED RACKETEER INFLUENCED and CORRUPT ORGANIZATIONS ACT OF 1970 [RICO][Title 18 United States Code §§1961, 1962(a), 1962(c), 1962(d), 1964(a), and 1964(b) et.seq.]; **RE**: RICO §1962(d) Conspiracy - **Pinkerton v. United States**, 328 U.S. 640 (1946) – **Pinkerton** Doctrine **RE**:Mediate Causality Predicated RICO §1962(d) Multiple Conspiracy Litigation

1       A.    Defendants engaged in the fraudulent activities that constitute the

2            RICO §1961(5) pattern of racketeering activity;

3       B.    Defendants are members of the RICO §1962(d) conspiracy

4            designed and intended to contravene RICO § 1962©);

5       C.    Defendants engaged in activities in furtherance of advancing and

6            promoting the RICO §1962(d) conspiracy designed and intended

7            to contravene RICO § 1962©);

8       D.    Defendants are members of the RICO §1962(d) conspiracy at

9            and during the time frame the fraudulent and extortionate

10          activities were committed that constitute the RICO §1961(5)

11          pattern of racketeering activity; and,

12       E.    The offense fell within the scope of the unlawful agreement and

13            could reasonably have been foreseen to be a necessary or natural

14            consequence of the unlawful agreement.

15   ///

16   ///

124 AMENDED RACKETEER INFLUENCED and CORRUPT ORGANIZATIONS ACT OF 1970 [RICO][Title 18 United States Code §§1961, 1962(a), 1962(c), 1962(d), 1964(a), and 1964(b) et.seq.]; __*RE*__: RICO §1962(d) Conspiracy - ***Pinkerton v. United States***, 328 U.S. 640 (1946) – ***Pinkerton*** Doctrine __*RE*__:Mediate Causality Predicated RICO §1962(d) Multiple Conspiracy Litigation

1

*[RICO Recovery]*

2    154.    Plaintiffs are entitled to recover, pursuant to Title 18 United States Code

3    §1964©), treble damages in the amount to be determined by offer of proof at time

4    of trial. Plaintiffs are also entitled to recover attorneys' fees and costs of this

5    litigation, as well as damages arising from lost profits and/or lost business

6    opportunities attributable to the activities engaged in by defendants committed in

7    furtherance of the Racketeer Influenced and Corrupt Organizations Act of 1970

8    ["RICO"] [Title 18 U.S.C. §1961 et.seq.].

9    ///

10    ///

11    ///

12    ///

13    ///

14    ///

15    ///

16    ///

125 AMENDED RACKETEER INFLUENCED and CORRUPT ORGANIZATIONS ACT OF 1970 [RICO][Title 18 United States Code §§1961, 1962(a), 1962(c), 1962(d), 1964(a), and 1964(b) et.seq.]; <u>RE</u>: RICO §1962(d) Conspiracy - *Pinkerton v. United States*, 328 U.S. 640 (1946) – *Pinkerton* Doctrine <u>RE</u>:Mediate Causality Predicated RICO §1962(d) Multiple Conspiracy Litigation

*EIGHTEENTH CLAIM FOR RELIEF*

*[For Commission of Conspiratorial Contravention of RICO Section 1962(a) of*

*the Racketeer Influenced and Corrupt Organizations Act of 1970]*

*["RICO"][Title 18 United States Code §1962(a)]*

*RE: RICO §1962(d) Conspiracy to Conceal*

*[RE: RICO Section 1962(d)\Pinkerton Doctrine]*

*[RE: Pinkerton, v. United States, 328 U.S. 640 (1946)*

*and*

*Salinas, v. United States, 522 U.S. 52 (1997) Conspiratorial Liability]*

*[Against All Defendants]*

155.   For Plaintiffs' Eighteenth Claim for Relief, plaintiffs reallege and

incorporate Paragraphs 1 through 27, and each and every claim for relief asserted

pursuant to the federal Racketeer Influenced and Corrupt Organizations Act of 1970

["RICO"][Title 18 U.S.C. §§ 1961 et.seq.].

*[RICO §1962(d) Conspiratorial Liability Concealment Contentions]*

156.   Plaintiffs allege that commencing in September 2020, and during and

at all times material herein thereafter, defendants mutually agreed to engage in the

aforementioned racketeering activities and/or wrongful conduct giving rise to the

RICO Section 1962(a) contraventions, that the objective of that mutual agreement

1    was to injure, damage, and/or destroy plaintiffs' interests in business and/or property,

2    and that such conspiratorial conduct constitutes contravention of RICO Section

3    1962(d). Plaintiffs furthermore allege that defendants consummated a RICO

4    §1962(d) conspiracy to conceal from detection and conceal for discovery the

5    underlying motivation animating and advancing a conspiracy to initiate, formulate,

6    design, intend, generate, implement and execute a multifaceted, multidimensional

7    artifice and scheme to defraud similarly situated Progressive Casualty insureds in

8    the manner plaintiffs were victimized and injured in their interests in business and/or

9    property: feloniously, criminally, wrongly and fraudulently obtain monies from

10   victims for motor vehicle insurance coverage on motor vehicles previously

11   destroyed and completely damaged while summarily declining property damage

12   claim submissions.

13        157.   Plaintiffs allege that defendants employed the federal mails and/or

14   federal interstate wires, as well as engaged in racketeering activity as alleged herein,

15   to aid and abet the primary RICO § 1962(a) contraventions committed by defendants

16   and other RICO persons unknown to plaintiff as alleged herein above.

17

1    158.   Plaintiffs allege that the defendants were knowledgeable and aware of

2    the commission of the primary RICO contraventions committed, and that defendants

3    substantially assisted in the commission of the primary RICO contraventions,

4    thereby deriving a monetary benefit as a result to the detriment of plaintiffs.

5    159.   Plaintiffs allege that defendants aided and abetted a RICO Section

6    1962(d) conspiracy between said defendants to contravene RICO Section 1962(a) to

7    injure and/or damage Plaintiffs' interests in business and/or property.

8    *[Mediate Causation Predicated Affiliative Conspiratorial Liability and Pinkerton*
9    *Doctrine Applicability]*

10    160.   Plaintiffs allege that during all times material herein that defendants,

11    acting in concert with each other, and acting with unknown persons, engaged in

12    conspiratorial activities designed, formulated, intended, and executed to achieve

13    their conspiratorial objective as alleged herein. Plaintiffs allege moreover that

14    Progressive Company can be, and is, liable for RICO §1962(d) conspiracy

15    contravention, not only under the principle of respondeat superior, but also because

16    Progressive Casualty not only learned of its employees' illegal acts and failed to take

17    action, but also knowingly, intentionally willfully participated, conspired, aided and

18    abetted, acquiesced, ratified and actively concealed the illegal acts of Progressive

19    Casualty while under a quasi-fiduciary duty owed to Progressive insureds.

128 AMENDED RACKETEER INFLUENCED and CORRUPT ORGANIZATIONS ACT OF 1970 [RICO][Title 18 United States Code §§1961, 1962(a), 1962(c), 1962(d), 1964(a), and 1964(b) et.seq.]; **RE**: RICO §1962(d) Conspiracy - ***Pinkerton v. United States***, 328 U.S. 640 (1946) – ***Pinkerton*** Doctrine **RE**:Mediate Causality Predicated RICO §1962(d) Multiple Conspiracy Litigation

161.   Plaintiffs allege that the affiliative associational collaborative concerted actions of defendants, and those acting with defendants unknown to plaintiffs, are conspiratorially liable, jointly and severally, by invocation and application of the concept of mediate causation. Plaintiffs furthermore allege that defendants' concerted conspiratorial activities and inimical conduct to affirmatively conceal from detection and discovery the underlying motive for the creation and maintenance of the artifice and scheme to defraud Progressive Casualty insureds was to retain monies illegally and criminally obtained and refuse to otherwise account therefore those monies by refunding those monies to the insured victims.

162.   Plaintiffs allege that defendants are conspiratorially liable for contravention of RICO §1962(d) by application and invocation of the concept of mediate causation. Plaintiffs allege that "mediate causation" denotes instances in which an individual's actions can be deemed to have exerted some causal effect upon another's conduct.  It resolves the problem of attempting to identify the extent to which one person's acts actually affected another's conduct by making it possible, under certain circumstances, to assume a causal effect that is sufficient to support imposition of criminal liability.

163.  Plaintiffs allege that defendants are conspiratorially liable for contravention of RICO §1962(d) by application of and by invocation investing the concept of mediate causation. Plaintiffs furthermore allege that the concerted, orchestrated, and coordinated activities and conduct of these RICO defendants exerted a causal effect on another's conduct.  Application of this conception of causation avoids the difficult task of specifying the actual effect such acts had on another's conduct by making it possible to assume a causal effect sufficient to support liability.  The result is the imposition of RICO § 1962(d) conspiratorial criminal liability that comports with traditional requirements by including the element of demonstrable personal fault.

164.  Plaintiffs allege that defendants are conspiratorially liable for contravention of the RICO §1962(d) conspiratorial prohibition arising from contravention of RICO §1962(a), by and through application of mediate causation.

165.  Plaintiffs allege that defendants are conspiratorially liable under application of the **Pinkerton** Doctrine [**Pinkerton, v. United States**, 328 U.S. 640 (1946) and **Salinas v. United States**, 522 U.S. 52 (1997)] for the commission of the substantive RICO Section 1962(a) contraventions committed by defendants inasmuch as:

130 AMENDED RACKETEER INFLUENCED and CORRUPT ORGANIZATIONS ACT OF 1970 [RICO][Title 18 United States Code §§1961, 1962(a), 1962(c), 1962(d), 1964(a), and 1964(b) et.seq.]; **RE**: RICO §1962(d) Conspiracy - **Pinkerton v. United States**, 328 U.S. 640 (1946) – **Pinkerton** Doctrine **RE**:Mediate Causality Predicated RICO §1962(d) Multiple Conspiracy Litigation

1    A.    Defendants engaged in the fraudulent activities that constitute the

2          RICO §1961(5) pattern of racketeering activity;

3    B.    Defendants are members of the RICO §1962(d) conspiracy

4          designed and intended to contravene RICO § 1962(a);

5    C.    Defendants engaged in activities in furtherance of advancing and

6          promoting the RICO §1962(d) conspiracy designed and intended

7          to contravene RICO § 1962(a);

8    D.    Defendants are members of the RICO §1962(d) conspiracy at

9          and during the time frame the fraudulent and extortionate

10         activities were committed that constitute the RICO §1961(5)

11         pattern of racketeering activity; and,

12   E.    The offense fell within the scope of the unlawful agreement and

13         could reasonably have been foreseen to be a necessary or natural

14         consequence of the unlawful agreement.

15   ///

16   ///

131 AMENDED RACKETEER INFLUENCED and CORRUPT ORGANIZATIONS ACT OF 1970 [RICO][Title 18 United States Code §§1961, 1962(a), 1962(c), 1962(d), 1964(a), and 1964(b) et.seq.]; **_RE_**: RICO §1962(d) Conspiracy - **_Pinkerton v. United States_**, 328 U.S. 640 (1946) – **_Pinkerton_** Doctrine **_RE_**:Mediate Causality Predicated RICO §1962(d) Multiple Conspiracy Litigation

1    *[RICO Recovery]*

2    166.   Plaintiffs are entitled to recover, pursuant to Title 18 United States Code

3    §1964©), treble damages in the amount to be determined by offer of proof at time

4    of trial. Plaintiffs are also entitled to recover attorneys' fees and costs of this

5    litigation, as well as damages arising from lost profits and/or lost business

6    opportunities attributable to the activities engaged in by defendants committed in

7    furtherance of the Racketeer Influenced and Corrupt Organizations Act of 1970

8    ["RICO"] [Title 18 U.S.C. §1961 et.seq.].

9    ///

10    ///

11    ///

12    ///

13    ///

14    ///

15    ///

16    ///

132 AMENDED RACKETEER INFLUENCED and CORRUPT ORGANIZATIONS ACT OF 1970 [RICO][Title 18 United States Code §§1961, 1962(a), 1962(c), 1962(d), 1964(a), and 1964(b) et.seq.]; __RE__: RICO §1962(d) Conspiracy - *Pinkerton v. United States*, 328 U.S. 640 (1946) – *Pinkerton* Doctrine __RE__:Mediate Causality Predicated RICO §1962(d) Multiple Conspiracy Litigation

### *NINETEENTH CLAIM FOR RELIEF*

*[For Immediate Entry of RICO <u>Ex Parte</u> Temporary Restraining Order Relief*

*Pursuant RICO*

*Sections 1964(a)-(b) of the Racketeer Influenced and Corrupt Organizations Act*

*of 1970] ["RICO"]*

*[Title 18 United States Code §§ 1964(a)-(b)]*

*[For Imposition of Constructive Trust, Divestiture, Accounting, Disgorgement,*
*Accounting, and Unjust Enrichment]*

*[Against All Defendants]*

167.    Plaintiffs, for a Nineteenth Claim for Relief, reallege and incorporate

herein Paragraphs 1 through 27, and incorporates each and every claim for relief

advanced under the federal Racketeer Influenced and Corrupt Organizations Act of

1970 ["RICO"] [Title 18 United States Code §§ 1961 et.seq.].

168.    Plaintiffs allege that an actual controversy has arisen and now exists

between plaintiffs and defendants pertaining and/or materially relating to the legal

rights and duties of the plaintiffs and said defendants arising from the activities of

said defendants committed as alleged herein above. Plaintiffs allege moreover that

Progressive Company can be, and is, liable for RICO §1962(d) conspiracy

contravention, not only under the principle of respondeat superior, but also because

Progressive Casualty not only learned of its employees' illegal acts and failed to take

1  action, but also knowingly, intentionally willfully participated, conspired, aided and

2  abetted, acquiesced, ratified and actively concealed the illegal acts of Progressive

3  Casualty while under a quasi-fiduciary duty owed to Progressive insureds.

4    169.  Plaintiffs allege that entry of an ***ex parte*** temporary restraining order is

5  necessary inasmuch as plaintiffs contend, and that defendants deny, liability to

6  plaintiffs as alleged above.

7    170.  Plaintiffs respectfully petition this Honourable Court to enter

8  appropriate declaratory judgment relief against the afore identified defendants as

9  follows:

10    A.  That this Honourable Court declare that defendants be

11    declared derivatively and vicariously liable for the conduct of

12    each other as RICO §1962(d) co-conspirators and as RICO aiders

13    and abettors, as alleged within the complaint.

14    B.  That this Honourable Court declares that defendants owe

15    plaintiffs the monies plaintiffs allege defendants fraudulently,

16    criminally, wrongfully, and falsely obtained and received from

17    plaintiffs as alleged herein above.

134 AMENDED RACKETEER INFLUENCED and CORRUPT ORGANIZATIONS ACT OF 1970 [RICO][Title 18 United States Code §§1961, 1962(a), 1962(c), 1962(d), 1964(a), and 1964(b) et.seq.]; ***RE***: RICO §1962(d) Conspiracy - ***Pinkerton v. United States***, 328 U.S. 640 (1946) – ***Pinkerton*** Doctrine ***RE***:Mediate Causality Predicated RICO §1962(d) Multiple Conspiracy Litigation

1      C.    That this Honourable Court declare that defendants engaged in a

2            course of conduct and a pattern of practice constituting in

3            contravention of, inter alia, Title 18 U.S.C. §1346, RE: intangible

4            personal property right to receive rendition of honest services for

5            purposes of title 18 U.S.C. §§ 1341 and 1343.

6      D.    That this Honourable Court enter appropriate orders, decrees and

7            judgments judicially declaring and judicially imposing a

8            constructive trust, commanding an accounting, disgorgement,

9            divestiture and refunding wrongfully obtained monies under

10           unjust enrichment

11     171.   Plaintiffs further request recovery of attorneys' fees and costs incurred

12   herein in connection with prosecuting this claim.

13     172    Plaintiffs respectfully petition this Honourable Court for entry of

14   appropriate declaratory judgment and appropriate orders consistent with the judicial

15   declaration of rights pursuant to RICO §§ 1964(a)-(b).

16   ///

17   ///

135 AMENDED RACKETEER INFLUENCED and CORRUPT ORGANIZATIONS ACT OF 1970 [RICO][Title 18 United States Code §§1961, 1962(a), 1962(c), 1962(d), 1964(a), and 1964(b) et.seq.]; **_RE_**: RICO §1962(d) Conspiracy - **_Pinkerton v. United States_**, 328 U.S. 640 (1946) – **_Pinkerton_** Doctrine **_RE_**:Mediate Causality Predicated RICO §1962(d) Multiple Conspiracy Litigation

173.    Plaintiffs respectfully petition this Honourable Court for entry of appropriate declaratory judgment and appropriate orders consistent with the judicial declaration of rights pursuant to federal Declaratory Judgment Act of 1946 for entry of appropriate and necessary federal declaratory judgment relief under Title 28 United States Code §§ 2201-2202.

*[RICO Injunctive Relief]*

174.    Plaintiffs are entitled to entry of RICO injunctive relief as petitioned herein above, pursuant to Title 18 United States Code §§1964(a)-(b). Plaintiffs are also entitled to recover attorneys' fees, expenses, charges, and costs incurred in connection with the prosecution of this litigation, as well as damages arising from lost profits and/or lost business opportunities, pursuant to Title 18 United States Code §§1964©), attributable to the activities engaged in by defendants committed in furtherance of the Racketeer Influenced and Corrupt Organizations Act of 1970 ["RICO"][Title 18 U.S.C. §§1961 et.seq.].

///

///

### *TWENTIETH CLAIM FOR RELIEF*

### *[For Immediate Entry of RICO Preliminary Injunctive Order Relief*

### *Pursuant RICO*

### *Sections 1964(a)-(b) of the Racketeer Influenced and Corrupt Organizations Act*

### *of 1970] ["RICO"]*

### *[Title 18 United States Code §§ 1964(a)-(b)]*

### *[For Imposition of Constructive Trust, Divestiture, Accounting, Disgorgement,*
### *Accounting, and Unjust Enrichment]*

### *[Against All Defendants]*

175.   Plaintiffs, for a Twentieth Claim for Relief, reallege and incorporate herein Paragraphs 1 through 27, and incorporates each and every claim for relief advanced under the federal Racketeer Influenced and Corrupt Organizations Act of 1970 ["RICO"] [Title 18 United States Code §§ 1961 et.seq.].

176.   Plaintiffs allege that an actual controversy has arisen and now exists between plaintiffs and defendants pertaining and/or materially relating to the legal rights and duties of the plaintiffs and said defendants arising from the activities of said defendants committed as alleged herein above.

177.   Plaintiffs allege that entry of a preliminary injunction order is necessary inasmuch as plaintiffs contend, and that defendants deny, liability to plaintiffs as alleged above. Plaintiffs allege moreover that Progressive Company can be, and is,

1    liable for RICO §1962(d) conspiracy contravention, not only under the principle of

2    respondeat superior, but also because Progressive Casualty not only learned of its

3    employees' illegal acts and failed to take action, but also knowingly, intentionally

4    willfully participated, conspired, aided and abetted, acquiesced, ratified and actively

5    concealed the illegal acts of Progressive Casualty while under a quasi-fiduciary duty

6    owed to Progressive insureds.

7        178.  Plaintiffs  respectfully  petition  this  Honourable  Court  to  enter

8    appropriate declaratory judgment relief against the afore identified defendants as

9    follows:

10               A.    That this Honourable Court declare that defendants be

11                     declared derivatively and vicariously liable for the conduct

12                     of each other as RICO §1962(d) co-conspirators and as

13                     RICO aiders and abettors, as alleged within the complaint.

14               B.    That this Honourable Court declares that defendants owe

15                     plaintiffs   the   monies   plaintiffs   allege   defendants

16                     fraudulently, criminally, wrongfully, and falsely obtained

17                     and received from plaintiffs as alleged herein above.

138 AMENDED RACKETEER INFLUENCED and CORRUPT ORGANIZATIONS ACT OF 1970 [RICO][Title 18 United States Code §§1961, 1962(a), 1962(c), 1962(d), 1964(a), and 1964(b) et.seq.]; *RE*: RICO §1962(d) Conspiracy - *Pinkerton v. United States*, 328 U.S. 640 (1946) – *Pinkerton* Doctrine *RE*:Mediate Causality Predicated RICO §1962(d) Multiple Conspiracy Litigation

C.   That this Honourable Court declare that defendants engaged in a course of conduct and a pattern of practice constituting in contravention of, inter alia, Title 18 U.S.C. §1346, RE: intangible personal property right to receive rendition of honest services for purposes of title 18 U.S.C. §§ 1341 and 1343.

D.   That this Honourable Court enter appropriate orders, decrees and judgments judicially declaring and judicially imposing a constructive trust, commanding an accounting, disgorgement, divestiture and refunding wrongfully obtained monies under unjust enrichment

179.   Plaintiffs further request recovery of attorneys' fees and costs incurred herein in connection with prosecuting this claim.

180   Plaintiffs respectfully petition this Honourable Court for entry of appropriate declaratory judgment and appropriate orders consistent with the judicial declaration of rights pursuant to RICO §§ 1964(a)-(b).

181.   Plaintiffs respectfully petition this Honourable Court for entry of appropriate declaratory judgment and appropriate orders consistent with the judicial declaration of rights pursuant to federal Declaratory Judgment Act of 1946 for entry of appropriate and necessary federal declaratory judgment relief under Title 28 United States Code §§ 2201-2202.

### *[RICO Injunctive Relief]*

182.   Plaintiffs are entitled to entry of RICO injunctive judgment relief as petitioned herein above, pursuant to Title 18 United States Code §§1964(a)-(b). Plaintiffs are also entitled to recover attorneys' fees, expenses, charges, and costs incurred in connection with the prosecution of this litigation, as well as damages arising from lost profits and/or lost business opportunities, pursuant to Title 18 United States Code §§1964©), attributable to the activities engaged in by defendants committed in furtherance of the Racketeer Influenced and Corrupt Organizations Act of 1970 ["RICO"][Title 18 U.S.C. §§1961 et.seq.].

///

///

///

1    ***TWENTY-FIRST CLAIM FOR RELIEF***

2    ***[For Immediate Entry of RICO Permanent Injunctive Order Relief***

3    ***Pursuant RICO***

4    ***Sections 1964(a)-(b) of the Racketeer Influenced and Corrupt Organizations Act***

5    ***of 1970] ["RICO"]***

6    ***[Title 18 United States Code §§ 1964(a)-(b)]***

7    ***[For Imposition of Constructive Trust, Divestiture, Accounting, Disgorgement,***
8    ***Accounting, and Unjust Enrichment]***

9    ***[Against All Defendants]***

10    183.    Plaintiffs, for a Twenty-First Claim for Relief, reallege and incorporate

11    herein Paragraphs 1 through 27, and incorporates each and every claim for relief

12    advanced under the federal Racketeer Influenced and Corrupt Organizations Act of

13    1970 ["RICO"] [Title 18 United States Code §§ 1961 et.seq.].

14    184.    Plaintiffs allege that an actual controversy has arisen and now exists

15    between plaintiffs and defendants pertaining and/or materially relating to the legal

16    rights and duties of the plaintiffs and said defendants arising from the activities of

17    said defendants committed as alleged herein above. Plaintiffs allege moreover that

18    Progressive Company can be, and is, liable for RICO §1962(d) conspiracy

19    contravention, not only under the principle of respondeat superior, but also because

20    Progressive Casualty not only learned of its employees' illegal acts and failed to take

1    action, but also knowingly, intentionally willfully participated, conspired, aided and

2    abetted, acquiesced, ratified and actively concealed the illegal acts of Progressive

3    Casualty while under a quasi-fiduciary duty owed to Progressive insureds.

4    185.   Plaintiffs allege that entry of a permanent injunction order is necessary

5    inasmuch as plaintiffs contend, and that defendants deny, liability to plaintiffs as

6    alleged above.

7    186.   Plaintiffs respectfully petition this Honourable Court to enter

8    appropriate declaratory judgment relief against the afore identified defendants as

9    follows:

10          A.    That this Honourable Court declare that defendants be

11                declared derivatively and vicariously liable for the conduct

12                of each other as RICO §1962(d) co-conspirators and as

13                RICO aiders and abettors, as alleged within the complaint.

14          B.    That this Honourable Court declares that defendants owe

15                plaintiffs the monies plaintiffs allege defendants

16                fraudulently, criminally, wrongfully, and falsely obtained

17                and received from plaintiffs as alleged herein above.

C.    That this Honourable Court declare that defendants engaged in a course of conduct and a pattern of practice constituting in contravention of, inter alia, Title 18 U.S.C. §1346, RE: intangible personal property right to receive rendition of honest services for purposes of title 18 U.S.C. §§ 1341 and 1343.

D.    That this Honourable Court enter appropriate orders, decrees and judgments judicially declaring and judicially imposing a constructive trust, commanding an accounting, disgorgement, divestiture and refunding wrongfully obtained monies under unjust enrichment

187.    Plaintiffs further request recovery of attorneys' fees and costs incurred herein in connection with prosecuting this claim.

188    Plaintiffs respectfully petition this Honourable Court for entry of appropriate declaratory judgment and appropriate orders consistent with the judicial declaration of rights pursuant to RICO §§ 1964(a)-(b).

143 AMENDED RACKETEER INFLUENCED and CORRUPT ORGANIZATIONS ACT OF 1970 [RICO][Title 18 United States Code §§1961, 1962(a), 1962(c), 1962(d), 1964(a), and 1964(b) et.seq.]; *RE*: RICO §1962(d) Conspiracy - *Pinkerton v. United States*, 328 U.S. 640 (1946) – *Pinkerton* Doctrine *RE*:Mediate Causality Predicated RICO §1962(d) Multiple Conspiracy Litigation

1    189.    Plaintiffs respectfully petition this Honourable Court for entry of

2    appropriate declaratory judgment and appropriate orders consistent with the judicial

3    declaration of rights pursuant to federal Declaratory Judgment Act of 1946 for entry

4    of appropriate and necessary federal declaratory judgment relief under Title 28

5    United States Code §§ 2201-2202.

6    ///

7    ///

8    ///

9    ///

10    ///

11    ///

12    ///

13    ///

14    ///

15    ///

16    ///

17    ///

18    ///

144 AMENDED RACKETEER INFLUENCED and CORRUPT ORGANIZATIONS ACT OF
1970 [RICO][Title 18 United States Code §§1961, 1962(a), 1962(c), 1962(d), 1964(a), and
1964(b) et.seq.]; **_RE_**: RICO §1962(d) Conspiracy - ***Pinkerton v. United States***, 328 U.S. 640
(1946) – ***Pinkerton*** Doctrine **_RE_**:Mediate Causality Predicated RICO §1962(d) Multiple
Conspiracy Litigation

1        *[RICO Injunctive Relief]*

2        190.   Plaintiffs are entitled to entry of RICO injunctive judgment relief as

3    petitioned herein above, pursuant to Title 18 United States Code §§1964(a)-(b).

4    Plaintiffs are also entitled to recover attorneys' fees, expenses, charges, and costs

5    incurred in connection with the prosecution of this litigation, as well as damages

6    arising from lost profits and/or lost business opportunities, pursuant to Title 18

7    United States Code §§1964©), attributable to the activities engaged in by defendants

8    committed in furtherance of the Racketeer Influenced and Corrupt Organizations Act

9    of 1970 ["RICO"][Title 18 U.S.C. §§1961 et.seq.].

10   ///

11   ///

12   ///

13   ///

14   ///

15   ///

16   ///

1

## IX.

2

## PRAYER

4

5    **WHEREFORE**, Plaintiffs pray for judgment against defendants, and each

6    and every one of them, jointly and severally, as follows:

7

8    1.    For compensatory damages, according to offer of proof at time of trial,

9          arising from contravention of RICO § 1962(c) of the Racketeer Influenced

10         and Corrupt Organizations Act of 1970 ["RICO"] [Title 18 United States

11         Code § 1962(c)], trebled pursuant to RICO Section 1964©) [Title 18

12         United States Code § 1964©)];

13

14   ///

15   ///

16   ///

146 AMENDED RACKETEER INFLUENCED and CORRUPT ORGANIZATIONS ACT OF
1970 [RICO][Title 18 United States Code §§1961, 1962(a), 1962(c), 1962(d), 1964(a), and
1964(b) et.seq.]; __RE__: RICO §1962(d) Conspiracy - *Pinkerton v. United States*, 328 U.S. 640
(1946) – *Pinkerton* Doctrine __RE__:Mediate Causality Predicated RICO §1962(d) Multiple
Conspiracy Litigation

2.      For compensatory damages, according to offer of proof at time of trial, arising from contravention of RICO § 1962(a) of the Racketeer Influenced and Corrupt Organizations Act of 1970 ["RICO"] [Title 18 United States Code § 1962(a)], trebled pursuant to RICO Section 1964©) [Title 18 United States Code § 1964©)];

2.      For compensatory damages, according to offer of proof at time of trial, arising from contravention of RICO § 1962(d) of the Racketeer Influenced and Corrupt Organizations Act of 1970 ["RICO"] [Title 18 United States Code § 1962(d)], trebled pursuant to RICO Section 1964©) [Title 18 United States Code § 1964©)];

3.      For entry of judgment and appropriate orders for issuance of declaratory judgment relief pursuant to RICO § 1964(a) of the Racketeer Influenced and Corrupt Organizations Act of 1970 ["RICO"][Title 18 United States Code § 1964(a)];

147 AMENDED RACKETEER INFLUENCED and CORRUPT ORGANIZATIONS ACT OF 1970 [RICO][Title 18 United States Code §§1961, 1962(a), 1962(c), 1962(d), 1964(a), and 1964(b) et.seq.]; **_RE_**: RICO §1962(d) Conspiracy - **_Pinkerton v. United States_**, 328 U.S. 640 (1946) – **_Pinkerton_** Doctrine **_RE_**:Mediate Causality Predicated RICO §1962(d) Multiple Conspiracy Litigation

1    4.    For entry of judgment and appropriate orders for issuance of declaratory

2          judgment relief pursuant to RICO § 1964(b) of the Racketeer Influenced

3          and Corrupt Organizations Act of 1970 ["RICO"][Title 18 United States

4          Code § 1964(b)];

5

6    5.    For recovery of attorneys' fees and costs arising from contravention of

7          RICO §§ 1962(a), ©), and (d) of the Racketeer Influenced and Corrupt

8          Organizations Act of 1970 ["RICO"] [Title 18 United States Code §

9          1964©)];

10

11   6.    For post-judgment interest arising from contravention of RICO §§

12         1962(a), ©), and (d) of the Racketeer Influenced and Corrupt

13         Organizations Act of 1970 ["RICO"] [Title 18 United States Code

14         §§1962(a), (c), and (d)];

15

1    7.        For entry of appropriate federal declaratory judgment relief pursuant to

2             Sections 2201-2202 of the Federal Declaratory Judgment Act of 1946

3             [Title 28 United States Code §§ 2201-2202];

4

5    8.        For entry of appropriate federal injunctive relief pursuant to of the

6             Racketeer Influenced and Corrupt Organizations Act of 1970 ["RICO"]

7             [Title 18 United States Code §§1964 (a)-(b)]; and,

8    ///

9    ///

10   ///

11   ///

12   ///

13   ///

14   ///

15   ///

149 AMENDED RACKETEER INFLUENCED and CORRUPT ORGANIZATIONS ACT OF
1970 [RICO][Title 18 United States Code §§1961, 1962(a), 1962(c), 1962(d), 1964(a), and
1964(b) et.seq.]; **_RE_**: RICO §1962(d) Conspiracy - **_Pinkerton v. United States_**, 328 U.S. 640
(1946) – **_Pinkerton_** Doctrine **_RE_**:Mediate Causality Predicated RICO §1962(d) Multiple
Conspiracy Litigation

9.    For such further and other relief as this Honourable Court deems just

and proper in the premises.

Dated: 1 March 2026.

DEAN BROWNING WEBB, ESQUIRE,

WASH SBN # 10735

ATTORNEY AND COUNSELOR AT LAW

5515 N.W. PACIFIC RIM BOULEVARD

SUITE # 103

CAMAS, WASHINGTON ZIP CODE 98607

TELEPHONE: [360] 241-1656

ELECTRONIC MESSAGING ADDRESS:

ricoman1968@aol.com


By:_/s/ *Dean Browning Webb*

DEAN BROWNING WEBB

ATTORNEYS AND COUNSELORS AT LAW FOR

PLAINTIFFS:

STEVEN J. NIKOLICH, both individually and upon behalf of the marital community property estate of STEVEN J. NIKOLICH and MARCIA A. NIKOLICH

///

///

150 AMENDED RACKETEER INFLUENCED and CORRUPT ORGANIZATIONS ACT OF 1970 [RICO][Title 18 United States Code §§1961, 1962(a), 1962(c), 1962(d), 1964(a), and 1964(b) et.seq.]; **RE**: RICO §1962(d) Conspiracy - *Pinkerton v. United States*, 328 U.S. 640 (1946) – *Pinkerton* Doctrine **RE**:Mediate Causality Predicated RICO §1962(d) Multiple Conspiracy Litigation

1

## *X.*

2

## *DEMAND FOR TRIAL BY JURY*

3        Plaintiffs hereby respectfully demand and honourably petition that this cause

4 be tried before a jury pursuant to the Seventh Amendment of the Constitution of the

5 United States of America [VII Amendment], Rule 38(b) of the Federal Rules of Civil

6 Procedure, Local Civil Rule 38 of the Local Civil Rules of the United States District

7 Court for the Western District of Washington.

8        Dated: 1 March 2026.

9                      DEAN BROWNING WEBB, ESQUIRE,

10                        WASH SBN # 10735

11                      ATTORNEY AND COUNSELOR AT LAW

12                      5515 N.W. PACIFIC RIM BOULEVARD

13                          SUITE # 103

14                      CAMAS, WASHINGTON ZIP CODE 98607

15                      TELEPHONE: [360] 241-1656

16                      ELECTRONIC MESSAGING ADDRESS:

17                        ricoman1968@aol.com

18                      By*: /s/ Dean Browning Webb*

19                      DEAN BROWNING WEBB

20                      ATTORNEYS AND COUNSELORS AT LAW FOR

21                      PLAINTIFFS:

151 AMENDED RACKETEER INFLUENCED and CORRUPT ORGANIZATIONS ACT OF 1970 [RICO][Title 18 United States Code §§1961, 1962(a), 1962(c), 1962(d), 1964(a), and 1964(b) et.seq.]; **RE**: RICO §1962(d) Conspiracy - *Pinkerton v. United States*, 328 U.S. 640 (1946) – *Pinkerton* Doctrine **RE**:Mediate Causality Predicated RICO §1962(d) Multiple Conspiracy Litigation

1            STEVEN J. NIKOLICH, both individually and
2            upon behalf of the marital community property
3            estate of STEVEN J. NIKOLICH and MARCIA A.
4            NIKOLICH

5    ///

6    ///

7    ///

8    ///

9    ///

10    ///

11    ///

12    ///

13    ///

14    ///

15    ///

16    ///

17    ///

152 AMENDED RACKETEER INFLUENCED and CORRUPT ORGANIZATIONS ACT OF 1970 [RICO][Title 18 United States Code §§1961, 1962(a), 1962(c), 1962(d), 1964(a), and 1964(b) et.seq.]; **RE**: RICO §1962(d) Conspiracy - ***Pinkerton v. United States***, 328 U.S. 640 (1946) – ***Pinkerton*** Doctrine **RE**:Mediate Causality Predicated RICO §1962(d) Multiple Conspiracy Litigation

1      ### ***CERTIFICATE OF SERVICE***

2      The undersigned hereby certifies and declares that on 1 March 2026, the

3      undersigned electronically filed the foregoing document with the Clerk of the Court

4      employing the CM/ECF system.

5      Daniel Kavouras, Esq., dkavouras@bakerlaw.com
6      Brittany Lockyer, Esq., blockyer@bakerlaw.com
7      Logan Frison Peppin, Esq., lpeppin@bakerlaw.com, cphillips@bakerlaw.com
8      Cheryl A. Phillips, Legal Assistant, cphillips@bakerlaw.com
9      Baker & Hostetler LLP
10     999 Third Avenue
11     Suite 3900
12     Seattle, WA 98104-4076
13
14     I declare under penalty of perjury, under the laws of the United States, that the

15     foregoing is true and correct.

16     Executed this 1st day of March 2026, at Camas, Washington.

17

18     ***By:/s/:                Dean Browning Webb***
19                   Dean Browning Webb, Esq.
20                   Attorney and Counselor at Law
21                   ATTORNEYS AND COUNSELORS AT
22                   LAW FOR PLAINTIFFS:
23                   STEVEN J. NIKOLICH, both individually
24                   and upon behalf of the marital community
25                   property estate of STEVEN J. NIKOLICH
26                   and MARCIA A. NIKOLICH

153 AMENDED RACKETEER INFLUENCED and CORRUPT ORGANIZATIONS ACT OF
1970 [RICO][Title 18 United States Code §§1961, 1962(a), 1962(c), 1962(d), 1964(a), and
1964(b) et.seq.]; ***RE***: RICO §1962(d) Conspiracy - ***Pinkerton v. United States***, 328 U.S. 640
(1946) – ***Pinkerton*** Doctrine ***RE***:Mediate Causality Predicated RICO §1962(d) Multiple
Conspiracy Litigation